UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **TIMOTHY BROWN,** | * | |
| **Plaintiff,** | * | |
| v. | | |
| | * | Civil Action No.: 23-cv-00155-GLR |
| **MAYOR & CITY COUNCIL OF BALTIMORE,** *et al.,* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Defendants, Mayor and City Council of Baltimore ("City"), the Baltimore City Police Department ("BPD"), and Dean Palmere ("BPD Defendants"), and Plaintiff Timothy Brown (BPD Defendants and Plaintiff collectively referred to as the "Moving Parties"), by and through undersigned counsel, respectfully file this Joint Status Report:

1. On March 24, 2023, the Moving Parties filed a Joint Motion to Stay Litigation and Defer Motion for Entry of Default. ECF No. 28.

2. On March 27, 2023, the Court Granted that Motion, staying the litigation until May 24, 2023 and ordering the Moving Parties to file a Joint Status Report on that date. ECF No. 29.

3. The Parties have been unable to resolve the matter to date.

4. As noted in the Joint Motion to Stay, the BPD Defendants dispute that the individual defendants were properly served and/or named. ECF No. 28, ¶ 3. Regardless of that dispute, Counsel for the BPD Defendants have assigned and referred the individual defendants who were fully named in the Complaint to outside defense counsel.

5. Pursuant to the Court's March 27, 2023 Order [29], the Named Defendants will file responses to Plaintiff's Complaint no later than June 7, 2023.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| James A. H. Corley (Fed. Bar No. 30016) | Cary J. Hansel (Fed. Bar No. 14722) |
| Alexa E. Ackerman (Fed. Bar No. 19943) | 2514 N. Charles Street |
| Baltimore City Department of Law | Baltimore, MD 21218 |
| Office of Legal Affairs | (301) 461-1040 |
| City Hall, Room 101 | (443) 451-8606 (fax) |
| 100 N. Holliday Street | cary@hansellaw.com |
| Baltimore, MD 21202 | *Counsel for Plaintiff* |
| 410-274-8614 (telephone) | |
| Jim.Corley@baltimorecity.gov | |
| *Counsel for Defendants City, BPD, Palmere* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of May, 2023, a copy of the foregoing Joint Status Report was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record were served via the Court's electronic filing system. A copy will be served upon the remaining Defendants at the time of service of the Complaint.

/s/
James A. H. Corley (Fed. Bar No. 30016)