UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

June 26, 2024

MEMORANDUM TO COUNSEL RE:          Brown v. Mayor and City Council of
                                   Baltimore City, et al
                                   Civil Action No. GLR-23-0155

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The parties shall notify the Court regarding whether there is unanimous consent to transfer the case to a United States Magistrate Judge ("USMJ") for all further proceedings by 4:30 p.m. on July 3, 2024.

The Court will refer this case to a United States Magistrate Judge for a mediation to be scheduled no earlier than August 26, 2024. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

The parties have not requested changes to the Scheduling Order, but reserve all rights to petition for more time at a later date. The Court will evaluate any such requests as needed.

Having considered the parties' reasonable request, the Court allocates 40 deposition hours per side. The parties should consult with one another and come to an agreement if additional hours are necessary.

Expert discovery is not deferred until after summary judgment motions are resolved.

The Court declines to bifurcate discovery as to Count V. The parties will submit a briefing schedule as to whether Count V should be dismissed. The Court may decide the issue on its own in due course.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge