# EXHIBIT 25

Case 1:23-cv-00155-GLR    Document 105-27    Filed 07/09/25    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| **TIMOTHY BROWN,** | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Action No.: 1:23-cv-00155-GLR |
| **MAYOR AND CITY COUNCIL OF BALTIMORE CITY, et al.** | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF AVRAHAM TASHER**

I, Avraham Tasher, am over the age of 18 and competent to testify as to the matters set forth in this Affidavit. All statements are made on my personal knowledge.

1. I am a Defendant in the above-captioned action.

2. I did not plant any evidence at 2811 Ruscombe Lane, Baltimore, Maryland 21215 ("the Residence") on February 12, 2014 or any other date.

3. I did not fabricate or falsify any documents or evidence in connection with the search of the Residence on February 12, 2014.

4. I did not fabricate or falsify any documents, evidence, or testimony in connection with any arrest or criminal charges against anyone resulting from items recovered during the search of the Residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2025

_____
Avraham Tasher

4911-5509-8708, v. 1