**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Timothy Brown                              *

**Plaintiff,**

                                                      *

**v.**                                                   Case No.  1:23-cv-00155 GLR

Mayor and City Council of Baltimore City, et al.    *

**Defendant.**                                *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☒   Plaintiff's Opposition to Defendants' Joint Motion for Summary Judgment

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail and regular mail.

August 20, 2025

Date

_Cary J. Hansel_

Signature

Cary J. Hansel, Bar No. 14722

Printed Name and Bar Number

2514 North Charles Street, Baltimore, MD 21218

Address

cary@hansellaw.com

Email Address

301-461-1040

Telephone Number

443-451-8606

Fax Number