1                    IN THE UNITED STATES DISTRICT COURT

2                         FOR THE DISTRICT OF MARYLAND

3    TIMOTHY BROWN                     *
                                       *
4         Plaintiff                    *
                                       *
5    vs.                               *         Civil Action No.:
                                       *
6    MAYOR AND CITY COUNCIL OF         *    23-cv-155 GLR
                                       *
7    BALTIMORE CITY, ET AL.            *
                                       *
8         Defendants                   *
                                       *
9    ******************************

10

11                         VOLUME I

12

13                    REMOTE DEPOSITION OF

14                    ZENA B. CUNNINGHAM

15                    Taken Virtually via

16                Zoom Video Conferencing

17                Thursday, June 12, 2025

18                    9:07 a.m.

19

20

21                Reported By:  Linda M. Shaw

Deposition of Zena Cunningham, Volume I     Timothy Brown vs. Mayor and City Council for Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 2 of 186

```
 1                    A P P E A R A N C E S

 2

 3

 4        TIANA BOARDMAN, ESQUIRE

 5        HANSEL LAW, PC

 6        2514 North Charles Street

 7        Baltimore, Maryland 21218

 8        Phone: 301-461-1040

 9        tboardman@hansellaw.com

10             ON BEHALF OF THE PLAINTIFF

11

12        SABRINA N. MARQUEZ, ESQUIRE

13        BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

14        100 Light Street, 19th Floor

15        Baltimore, Maryland 21202

16        smarquez@bakerdonelson.com

17             ON BEHALF OF DEFENDANT ROBERT HANKARD

18

19

20   (Appearances continued on the next page.)

21
```

```
 1 │  A P P E A R A N C E S   (Continued)

 2

 3 │      JAMES A. H. CORLEY, ESQUIRE

 4 │      BALTIMORE CITY DEPARTMENT OF LAW

 5 │      100 North Holiday Street, Suite 101

 6 │      Baltimore, Maryland 21202

 7 │      Jim.Corley@baltimorepolice.org

 8 │          ON BEHALF OF DEFENDANT DEAN PALMERE

 9

10 │      CHRISTOPHER C. JEFFRIES, ESQUIRE

11 │      KRAMON & GRAHAM, P.A.

12 │      750 East Pratt Street, Suite 1100

13 │      Baltimore, Maryland 21202

14 │      Phone: 410-752-6030

15 │      Fax: 410-539-1269

16 │      cjeffries@kg-law.com

17 │          ON BEHALF OF DEFENDANTS KEITH GLADSTONE,

18 │          MICHAEL O'SULLIVAN, KENNETH PATZMAN,

19 │          AVRAHAM TASHER, AND ANTONIO SAUNDERS

20

21
```

1                                C O N T E N T S

2

3      WITNESS:                                                    PAGE:

4      ZENA B. CUNNINGHAM

5          Examination by Mr. Jeffries                               5

6

7      (No Exhibits were offered.)

8

9      REPORTER'S CERTIFICATE                                       72

10

11

12

13

14

15

16

17

18

19

20

21

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 5 of 186

```
1                        P R O C E E D I N G S

2                    --  --  --  --  --  --  --

3                (On the record at 9:07 a.m.)

4                        ZENA B. CUNNINGHAM,

5    the Witness, having been called for examination, and after

6    having been duly sworn or affirmed according to law, was

7    examined and testified as follows:

8                THE COURT REPORTER:  Would you please state your

9    full name for the record?

10               THE WITNESS:  Zena B. Cunningham.

11               THE COURT REPORTER:  Thank you.  Go ahead.

12                             EXAMINATION

13   BY MR. JEFFRIES:

14      Q    Good morning, Ms. Cunningham.  My name is Chris

15   Jeffries and I represent a number of the Defendants in the

16   lawsuits that you sent Timothy to file.  Can you hear me

17   okay?

18      A    Yes, I can hear you.

19      Q    Have you ever given a deposition before?

20      A    No.

21      Q    Okay.  So let me go over just briefly some of the
```

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 6 of 186

```
 1    ground rules with you, okay?  Because there's a court

 2    reporter taking down everything you say, it's very important

 3    that only one of us talk at a time; okay?  Is that okay?

 4         A    Oh, okay.  You said one of us talking at a time,

 5    so.

 6         Q    Yes.

 7         A    I'm supposed to answer?

 8         Q    Yes.

 9         A    Okay.

10         Q    It's also very important that you give verbal,

11    you've gotta give a verbal response, because the court

12    reporter can't take down an "uh-huh", an "uh-uh" or a shake

13    of the head.  Okay?

14         A    Okay.

15         Q    All right.  If you don't understand one of my

16    questions, please just tell me.  I'm sure it's my fault, and

17    I'll repeat the question; okay?

18         A    Okay.

19         Q    If you do answer, then two things will flow from

20    that.  The first is that you understood the question, and

21    the second is that you're answering it truthfully, because
```

1    that's what you took an oath to do.  Does that make sense?

2    **A    Say that again.**

3    Q    Sure.  If you begin to answer my question, two

4    things will flow from that; okay?  The first is that you

5    understood the question, and the second is that you're

6    answering it truthfully, because that's what you took an

7    oath to do.  Does that make sense?

8    **A    Yes.**

9    Q    Okay.  If you don't know the answer to one of my

10   questions, this isn't a memory test.  Just tell me you don't

11   know, rather than answer; okay?

12   **A    Yes.**

13   Q    And I ask simply because we're doing this

14   virtually so we're not sitting in a room together.  Is there

15   anybody in the room with you?

16   **A    My husband.**

17   Q    Okay.  As long as you are not, this is for us to

18   get your testimony specifically, so as long as you are not

19   interacting with him in answering --

20   **A    No, he's getting dressed for work.**

21   Q    Understood.  Okay, that's fine.  That's fine.

```
 1              Ms. Cunningham, what is your middle name?

 2        A    Bethorillia.

 3        Q    I'm sorry, I didn't hear you.

 4        A    Bethorillia.

 5        Q    Okay.

 6              THE COURT REPORTER:  Could you spell that, please,

 7    ma'am?

 8              THE WITNESS:  B-E-T-H-O-R-I-L-L-I-A.

 9        Q    Have you ever gone by any other name?

10        A    Zena Johnson.

11        Q    Okay.  Any other, any nicknames?

12        A    I've gone by, my family calls me a nickname, but

13    not, other than my family, no.

14        Q    Okay.  What's that nickname?

15        A    Smooch.

16        Q    Smooch?  Have you ever gone by Zena Strafford?

17        A    That's my birth name but I've never gone by it,

18    no.

19        Q    Okay.  That's your birth name?

20        A    Yes.

21        Q    How about Zena Johnson?
```

1       **A      No.**

2       Q      Okay.  And I should say I understood that we have

3    a bit of a time constraint; you have someplace to be at 11

4    o'clock; that is my understanding.

5       **A      That is correct.  Work.**

6       Q      Okay.  So we may have to come back, but obviously

7    we'll make sure that you're done this morning so you have

8    more than enough time to get where you need to be; okay?

9       **A      Well, I called and asked for a little leniency, so**

10   **that won't be a problem.  So is it gonna be over three**

11   **hours?**

12      Q      So, yes, it could be.  Let's just see where we are

13   when we get to about 10:45-ish or so.  Does that make sense?

14      **A      Okay.**

15      Q      Okay.  So, when is your, what is your current

16   address?

17      **A      2811 Ruscombe Lane, Baltimore, Maryland 21215.**

18      Q      And since 2013, have you ever lived at any other

19   address?

20      **A      No.**

21      Q      Okay.  Have you ever lived at 222 North Woodyear?

1        A     No.

2        Q     Okay.  Is that address associated with anybody in

3    your family that you know of?

4        A     Yes.

5        Q     With whom?

6        A     That's Timothy's address.

7        Q     And how long has he lived at 222 North Woodyear?

8        A     Going on, I'm gonna say, two years.

9        Q     Two years, okay.  And where did he live before

10   that?

11       A     Here.  2811 Ruscombe lane.

12       Q     All right.  Between 2013 and two years ago, so

13   2023, where if anywhere else did Timothy live?

14       A     Jail.

15       Q     And other than that, any other addresses?

16       A     No.  From here, we've been here since 2007.

17       Q     Okay.  How about, were there any other places,

18   other than jail, and other than 2811, from 2013 through

19   2023, were there any other places where Timothy stayed

20   overnight?

21       A     Overnight?

Deposition of Zena Cunningham, Volume 1
Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 11 of 186
Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1      Q      Yes, ma'am.

2      **A      I apologize.  I can't answer that.  He's a man.**

3      Q      Sure.  In other words, what I'm trying to do, I

4    understand that his permanent address, other than when he

5    was incarcerated, actually, his permanent address was 2811

6    Ruscombe.  But I'm trying to figure out if there are other

7    places that he stayed --

8      **A      You said, "overnight."  He's young man, and young**

9    **men have female, you know, lady friends that they stay**

10   **overnight, so I could not tell you.**

11     Q      Okay.  Do you know whether he did?

12     **A      Did he permanently live with somebody else?**

13     Q      No, not permanently; temporarily.

14     **A      No.**

15     Q      You don't know, or he didn't?

16     **A      I don't know of any other address.**

17     Q      Okay.  I ask this of anybody, so I don't mean

18   anything by it.  Are you currently under the influence of

19   anything that would impact your ability to testify

20   truthfully?

21     **A      Caffeine.  I'm drinking coffee.**

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 12 of 186

1          Q     You and me both, but other than that?

2          **A     No, sir.**

3          Q     All right.  Thank you, Zena.

4                Did you do anything to prepare for this

5     deposition?

6          **A     You mean --**

7          Q     Did you review any documents, did you speak to

8     anybody about the case?

9          **A     No.**

10         Q     Okay.

11         **A     Except for my son --**

12         Q     What did you say --

13         **A     -- to tell me when it was gonna be.**

14         Q     Got it.

15         **A     You know, we didn't go into details about, do you**

16    **remember or anything, so the answer would be no.**

17         Q     Okay.  When you say "son," you mean Timothy;

18    correct?

19         **A     That is correct.**

20         Q     Have you seen a copy of the Complaint that was

21    filed on your son's behalf in this case?

Deposition of Zena Cunningham, Volume 1                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 13 of 186

1      A    No.

2      Q    Okay.  What do you know about this lawsuit?

3      A    What do I know about it?

4      Q    Yes, ma'am.

5      A    In reference to, do I know it exists?  Yes, I know

6  it exists.

7      Q    Okay.  Do you know what he's alleging?

8      A    Yes.

9      Q    Okay.  What is he alleging?

10      A    That the officers that came into my home did some

11  things that were improper, and placed some things in my

12  home, so, did provide some things that were supposed to be

13  in my home that were not.

14      Q    Okay.  And how do you, what is your basis?  How do

15  you know that?

16      A    Because I was called from work to come home, and

17  my home was being invaded by police.

18      Q    Other than speaking with your son, who told you,

19  obviously, about the arrangements for the deposition, have

20  you spoken with anyone else about this lawsuit?

21      A    No.

Deposition of Zena Cunningham, Volume 1                                 Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 14 of 186

1      Q    Okay.  So, and I'm drawing a distinction between

2  this lawsuit and what I'll call the "occurrence," okay?  So

3  there was a search in 2014 and an arrest.  So I also want to

4  ask you, have you spoken with anybody else about that

5  occurrence?  Do you understand my question?

6      **A    No.**

7      Q    Okay.  So, we're here, Timothy's case is about a

8  search that occurred in February of 2014 and a subsequent

9  arrest.  Right?

10     **A    Yes.**

11     Q    Have you spoken with anybody about that?

12     **A    The attorney that called me in reference to**

13 **Timothy is the only person that I've spoken to besides him.**

14     Q    Besides him?

15     **A    Besides Timothy.**

16     Q    Okay.  And what have you spoken to Timothy about?

17     **A    How he feeling, how he feel about it, what he**

18 **going through, is it okay, is he okay, things of that**

19 **nature.**

20     Q    And when were those conversations?

21     **A    Recently, when I noticed a, a change in his**

1    conversation, he gets agitated easily, is he okay, what's

2    going on with him.

3        Q    And when did you notice -- you said "recently"

4    that you noticed a change.  What do you mean by "recently"?

5        A    About, I'm-a say about a couple of months ago,

6    when, you know, he keeps speaking about it, I see how he

7    gets agitated and easily upset about the whole situation.

8        Q    I'm sorry; what do you mean by "the whole

9    situation"?

10       A    About being locked up.  About what he went through

11   while he was in there.  How it feels that he goes through

12   certain things and then all of a sudden have your life

13   turned up outside down.  What he's trying to say to me is, I

14   don't understand what he's going through.  And honestly, I

15   don't.

16       Q    Okay.  And that just started a few months ago?

17       A    Well, we would have periodic conversation, but it

18   didn't get real deep until, what I'm seeing now, a couple of

19   months ago.

20       Q    Are you able to turn your -- I'm assuming it's a,

21   whatever device it is -- are you able to turn the angle a

```
 1   little bit?  All I can see is the top of your head and the

 2   very top of your glasses.

 3           (Witness adjusting device.)

 4       Q    Thank you.

 5       A    Should I be dressed?  I mean, I'm in my night

 6   thing.  Is this all you need to see?  I mean, I have a top

 7   on.

 8       Q    Yes.  I don't -- I just need to be able to see --

 9       A    I'll turn my angle.  Is that better?

10       Q    That's fine.  You are, is your date of birth

11   9/20/63?

12       A    Yes, it is.

13       Q    All right.  And are you married?

14       A    Yes, I am.

15       Q    And is your husband Dennis Cunningham?

16       A    Yes, he is.

17       Q    How long have you two been married?

18       A    Since 2007.

19       Q    2007, okay.  And I know you have -- I'm trying to

20   figure out your children.  I know that you have Timothy and

21   Trevor?
```

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 17 of 186

1      A     Mm-hm.

2      Q     Do you have any other children?

3      A     Yes.  Tylance.

4      Q     Tylance.  Okay.

5            THE COURT REPORTER:  Would you spell that name,

6  please?

7            THE WITNESS:  T-Y-L-A-N-C-E.

8      Q     And Timothy, I think, his date of birth is

9  8/15/85.  Is that correct?

10     A     That is correct.

11     Q     And what about Trevor?

12     A     Trevor is 11/19/1997.

13     Q     And how about Tylance?

14     A     10/30/1982.

15     Q     Have you spoken with Trevor at all about this

16  case?

17     A     No.

18     Q     Have you spoken with Trevor at all about the

19  occurrence before Timothy's arrest?

20     A     No.

21     Q     Okay.  Or your arrest, for that matter?

Deposition of Zena Cunningham, Volume 1
Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 18 of 186
Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1      A    Or what?

2      Q    Or your arrest, for that matter, back in February

3  of '14?

4      A    No.

5      Q    Okay.  How about Tylance?

6      A    Have I spoken to him about my arrest?  No.

7      Q    Okay.  How about Timothy's arrest?

8      A    No.

9      Q    Okay.  And how about Timothy's lawsuit?

10     A    No.

11     Q    How about with Mr. Cunningham?

12     A    No.  We don't have conversations like that.

13     Q    Okay.

14     A    Pretty much it is how you feeling, are you okay?

15     Q    And those conversations are conversations that you

16  had with Timothy; is that right?

17     A    Yes.  Well, Tylance asks how we doing, as well.

18  I'm pretty sure that where he's at, you know where he's at,

19  as well.

20     Q    No, actually, I don't.  I'm sorry.  Where is he?

21     A    He's not in the home.

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 19 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1          Q     Okay.

2          **A     So when a child calls to check on how their**

3     **mother's doing, they're checking on their well being.**

4          Q     Sure.   Okay.

5          **A     They know I have high blood pressure and they know**

6     **I distressed easily when something's wrong with one of them.**

7          Q     Okay.   Okay.   Was that a no, you haven't had any

8     conversations with --

9          **A     That is a no.**

10         Q     Okay.   Just so the record is clear, so only one of

11    us is talking at once, you haven't had any conversations

12    with Mr. Cunningham about this lawsuit; is that correct?

13         **A     No.**

14         Q     And you haven't had about conversations with him

15    about Timothy's arrest either?

16         **A     No.**

17         Q     Okay.   Have you had any conversations with him

18    about your arrest?

19         **A     Whose arrest?**

20         Q     Yours.

21         **A     No.**

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 20 of 186

1      Q    Okay.  Since you have reached the age of 18 and

2   had the opportunity to be represented by counsel or waived

3   that right, have you been convicted of any crimes?

4      A    Say again?

5      Q    Sure.  Since you reached the age of 18 and had the

6   opportunity to be represented by a lawyer or waived that

7   right, have you been convicted of any crimes?

8      A    Crimes?

9      Q    Yes, ma'am.

10     A    Yeah.

11     Q    Okay.  Can you tell when me what they are and

12   when?

13     A    Oh, my God.  It was so, so long time ago.  Let's

14   see, 27 years, um, I think, 25 years ago, I bounced a check

15   and they called it petty theft.  I think, 29 years ago, I

16   was arrested for possession.

17     Q    Possession of what?

18     A    Controlled substance.

19     Q    Okay.  Do you recall what it was?

20     A    I never saw the results of it, but I know it was

21   marijuana and something else.  I can't think specifically at

1    the time because it was, it was thrown out.

2        Q    The charge was thrown out?

3        A    Yeah, null processed.

4        Q    Yeah.  Do you know why?

5        A    I was with a bunch of other people and they tried

6    to pretty much say that everybody was arrested was being

7    held for the same thing, but when it all boiled down to it,

8    the person that it actually was admitted to it then and

9    there.  So, was non-processed.

10       Q    Okay.  And any other convictions that you recall?

11       A    No.

12       Q    Okay.  How about lawsuits; have you ever been a

13   party to a lawsuit in the past?  In other words, have you

14   ever sued somebody or been sued by someone?

15       A    I have, yes.

16       Q    Okay.  Can you tell me about those?

17       A    Car accident.

18       Q    Okay.  When was that?

19       A    Oh, my God.  I think maybe about five or six years

20   ago, I was in a car accident.  Let me see, like, two

21   thousand and 21, I believe it was, '21.

Deposition of Zena Cunningham, Volume 1                                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 22 of 186

```
 1        Q    Was anyone with you?

 2        A    No.

 3        Q    Okay.  Any other lawsuits where you've been sued

 4   or you filed suit that you recall?

 5        A    Only car accidents.

 6        Q    Okay.  I noticed that there was a lead paint case

 7   that was filed on behalf of your son Trevor.

 8        A    Yes.

 9        Q    Where you were listed, presumably because he was a

10   minor at the time.  Was Timothy involved in that case at

11   all?

12        A    No.

13        Q    Okay.  I also notice that had you filed for

14   custody of, I believe, Amontay Sikes; is that right?

15        A    That's correct.

16        Q    So that's another lawsuit that you filed?

17        A    So, so let me say.  When you saying lawsuit and

18   lawyer involved, and I'm thinking you talking about, like,

19   he's suing someone, not the point that my grandson needs

20   somebody to care for him and so we had to, they had to file

21   certain paperwork for us to have him in the home with us.  I
```

1    didn't consider that as a lawsuit.  That's my grandchild.

2        Q    Okay.  So I'm asking as broadly as possible.  If

3    you filed something in court similarly, or if a case was

4    filed against you, I wasn't limiting it to whether you were

5    represented by a lawyer or whether a lawyer filed it.  I'm

6    just trying figure out the background, so.  But thank you

7    for seeking the clarification.

8            So tell me about the custody case.

9        A    Okay.  Amontay was born.  For whatever reason, his

10   mother and father at the time felt they were not able to

11   care for him, so her mother put her and my grandchild out on

12   the street and they had nowhere are else to go.  So, they

13   came here at 2811 to stay with me.

14           Things did not work out between her and Timothy so

15   she left the residence with the other two kids and left

16   Amontay in our care.  After six months she asked that we

17   take him until she get herself on her feet.  Somehow or

18   another Protective Custody got involved with the other kids

19   and that's how the lawyers and stuff got involved.  We did

20   not go and file suit for Amontay.  Because of her other

21   kids, everything was drawing them together and as a result

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 24 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    of that case, we ended up with Amontay.

2              Timothy and I and my husband appeared in court and

3    the primary purpose of the case was in reference to the

4    other children that another grandmother had filed against.

5    We didn't file any, get any representation.  It was provided

6    freely by the State because he was one of her 13 children.

7        Q    "He" means Amontay?

8        A    Yeah, Amontay.

9        Q    Got it.

10       A    Well, by them already having something in the mix,

11   that's how we stepped up to take Amontay, me, myself and

12   Timothy.  Amontay, A-M-O-N-T-A-Y.

13       Q    And how old is Amontay, his date of birth?

14       A    He is 17 now.

15       Q    Okay.

16       A    We've had him since he was six months old.

17       Q    Where does he reside now?

18       A    Right now, Charles Hickey.

19       Q    Charles Hickey?

20       A    Yes.

21       Q    How long has he been there?

```
 1        A     Three months.

 2        Q     And what is he there for?

 3        A     Um, you, you, violence, what is it called?  I

 4   can't tell you the exact name of it, but he was supposed to

 5   be allegedly with some kids that broke into somebody's car

 6   and home.  I don't know what the name of that's called.

 7        Q     Thank you.  Let me work backwards.

 8              Amontay was born, what's his birth date?

 9        A     September the 4th.

10        Q     Okay.  Of?

11        A     2007.

12        Q     Got it.  And what is his mother's name?

13        A     Charday Lee Paris.  Charday N. Sikes Paris, 'cause

14   she's now married.

15        Q     Okay.  Does Timothy have any other children with

16   Charday?

17        A     No.

18        Q     Okay.  And when, so you described that she was put

19   out and she came with Amontay to live with you at 2811.

20   When was that?

21        A     Six months after he was born, so I'm-a say the end
```

Deposition of Zena Cunningham, Volume 1  Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR  Document 112-4  Filed 08/20/25  Page 26 of 186

1  of 2007, beginning of 2008.

2    Q  Okay.  And when was the, when was that case filed

3  that resulted for you all to have custody, that resulted in

4  you having custody?

5    A  Oh, my goodness.  Let me see, Amontay might have

6  been three, so I'm-a say 2010.

7    Q  So, I understand that he's not currently residing

8  at 2811, between 2010 and I guess, three months ago, where

9  else has he resided?

10    A  No, nowhere, 2811.

11    Q  Okay.  Going back to, I believe I read -- did you

12  file bankruptcy at some point?

13    A  Yes.

14    Q  Okay.  And when was that?

15    A  Two years ago.

16    Q  Has that be discharged?

17    A  Not yet.

18    Q  Okay.  I have a couple of phone numbers.  Do you

19  recognize phone number 443-683-0799?

20    A  No.  I don't recognize that.

21    Q  Okay.  How about 410-382-6965?

Deposition of Zena Cunningham, Volume 1    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 27 of 186

1    A    Yep.

2    Q    What's that?

3    A    That was my phone number maybe ten years ago.

4    Q    Okay.  When you say your phone, house or cell?

5    A    Mobile number.

6    Q    Okay.  How about 410-523-5219?

7    A    That's the land line.

8    Q    Got it.  At 2811?

9    A    Yep.

10   Q    Okay.

11   A    Or should I say yes?

12   Q    Yes, you should have, but thank you.

13        How about 410-523-8382?

14   A    No.

15   Q    Do you know what Timothy's cell phone was in 2014?

16   A    No.  They changed so many phones, I couldn't tell

17   you.

18   Q    I understand.

19        And Ms. Cunningham, what's your educational

20   background?

21   A    I have a Associate degree in business management.

1    Q    Where from?

2    **A    UMBC.**

3    Q    When did you earn that?

4    **A    1985.**

5    Q    Got it.  Are you currently working?

6    **A    Yes, I am.  I'm First Assistant Owner Operator of**

7    **McDonald's and also a Manager at Royal Farms.**

8    Q    Okay.  And how about in 2014, where were you

9    working?

10    **A    McDonald's.**

11    Q    Okay.

12    **A    Same owner of operator but under the mother, not**

13    **the daughter.**

14    Q    Got it.  And that's where you were working when

15    the search warrant was executed?

16    **A    That is correct.**

17    Q    Got you.  Thank you.

18         Do you know whether Timothy was working at all in

19    February of 2014?

20    **A    No, Timothy was not working.**

21    Q    How was he spending his time in 2014?

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 29 of 186

 1     A    Pursuing his GED and driver's education.

 2     Q    Where was he pursuing his GED?

 3     A    At, I believe, at the Multipurpose Building on

 4   Reisterstown.  I don't know the exact location of it,

 5   Reisterstown Road, Oswego, and I don't know the name of the

 6   location of the driving school.  I do think it was called

 7   Ideal.  I do think it was called Ideal Driving and Learning

 8   down in West Baltimore.

 9     Q    Okay.  Did Timothy, so, in 2014, February of 2014,

10   did Timothy have a driver's license?

11     A    No, he did not.

12     Q    He did not?

13     A    No, no, he did not.

14     Q    Had he had one before?

15     A    He had a learner's permit.

16     Q    Best of your knowledge, when did he get his

17   learner's permit?

18     A    Oh, my God, I don't even, Lord have mercy.  He

19   might have got it 2013, 2011.  I'm not quite sure.

20     Q    Okay.  But it's your recollection he didn't

21   actually have a driver's license in 2014?

Deposition of Zena Cunningham, Volume 1    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 30 of 186

1    A    No.

2    Q    Was he driving in 2014?

3    A    Yes.

4    Q    Okay.  What was kind of car was he driving?

5    A    I don't know the make and model of it.  I know it

6    was red or burgundy, whatever, some type of wine color car.

7    Q    Got it.  Might it have been a Mercury?

8    A    Yeah, or something like that.  I'm not good with

9    make and models of cars, only my own.

10    Q    I understand.  It was a red car?

11    A    Yeah.

12    Q    Okay.

13    A    It might have been burgundy.  Not sure.  It was

14    like a wine color car.

15    Q    And where was the car kept?

16    A    On the side of my home.

17    Q    There's a driveway at your house; correct?

18    A    That is correct.

19    Q    Was it parked in the driveway when the search

20    warrant was executed?

21    A    Oh, yes.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 31 of 186

Deposition of Zena Cunningham, Volume 1          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1      Q      And did anybody else use that red car?

2      A      No.

3      Q      How often did Timothy use it?

4      A      I can't say.

5      Q      But it was his?

6      A      Yes.

7      Q      All right.  What happened to that car, if

8  anything?

9      A      I had it towed.

10      Q      You had it towed?

11      A      Yes.

12      Q      Why did you have it towed?

13      A      Because I was getting fines for it because he

14  didn't have no tags or nothing on the car.  They was giving

15  me a environmental fine, environmental fines that the State

16  comes up with, saying that you have a vehicle on your

17  property that has no current tags or anything on it and they

18  are considering it as abandoned.

19      Q      Got it.  When did you have it towed?

20      A      Oh, my God, maybe sixth months after he was

21  incarcerated.

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 32 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1        Q    Okay.  Did he ever try to get it back, do you

2    know?

3        A    **Oh, how could he do that?  He was locked up.**

4        Q    Even --

5        A    **No.  He was in jail.**

6        Q    He was --

7        A    **I'm sorry, no, he was in jail.**

8        Q    Okay.  In 2014, did the car have current tags on

9    it?

10       A    **Mm-hm.**

11       Q    Is that a yes?

12       A    **Yes, yes, I'm sorry.**

13       Q    That's okay.  That's okay.  You're doing great.

14            So I'm going to ask you a few names.  Do you know

15   the name Keith Gladstone?

16       A    **No.**

17       Q    Okay.  How about Michael Sullivan?

18       A    **No.**

19       Q    Abraham Tasker?

20       A    **No.**

21       Q    Antonio Saunders?

Deposition of Zena Cunningham, Volume 1                                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 33 of 186

1        A    No.

2        Q    Kenneth Taxman?

3        A    No.

4        Q    Okay.  Do you know anything about those

5   individuals?

6        A    No.

7        Q    All right.  Have you ever heard of them before?

8        A    **Not really, can't say that I have.  No.**

9        Q    Okay.  Let's talk a little bit about the search

10  warrant execution.  Okay?

11       A    **Mm-hm.**

12       Q    So, obviously you were living at 2811 in February

13  2014.  Who else was living with you, if anybody, at that

14  time?

15       A    **My husband.**

16       Q    Okay.

17       A    **Dennis Cunningham.  My son Trevor.**

18       Q    Okay.

19       A    **My stepson, Karon Cunningham, and my grandson,**

20  **Amontay Sikes, along with Timothy Brown.**

21       Q    Okay.  I am trying to get an understanding of the

Deposition of Zena Cunningham, Volume 1                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 34 of 186

1    layout of your home.  Okay.  So, if I am facing the front of

2    2811 Ruscombe, outside there's a driveway.  Is that driveway

3    to the right or the left?

4        A    You're out front, so the driveway's to your right.

5        Q    Okay.  So, is there a porch or a walkway?  Coming

6    in, is there a porch or --

7        A    A walkway that's about maybe six to ten feet, that

8    leads up a flight of steps which is about eight, which leads

9    to a porch.

10        Q    All right.  And then, if I, so if I go in your

11    front door then, can you give me an idea of the first floor

12    of the house?

13        A    You go in through the front door.  To the right is

14    the staircase which leads up the stairs.  To the left is the

15    dining room, which has an adjoining room, with a living room

16    which has an adjoining room, which is the dining room.  If

17    you go straight forward, you have a walk-in kitchen.  You

18    can't sit down and dine in it, uh-uh, in the front of it,

19    but on the side of it, we have a countertop with what you

20    call, like, bar stools for the chairs.  All the way back

21    toward the back door is the laundry room.  Off to the

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 35 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    **kitchen to the right before you get to the stove is the door**

2    **to the basement.**

3         Q    Okay.  So, let me repeat that to make sure I've

4    got it.  So, if I go in your front door, on the right-hand

5    side there's a staircase?

6         A    **Right.**

7         Q    So, on my left-hand side is the living room?

8         A    **Yeah.**

9         Q    And then, if I were to proceed toward the back of

10   your house, at the living room, I'd get to the dining room?

11        A    **That is correct.**

12        Q    Okay.  And then, if I, back to your front door, if

13   I look straight ahead, I would walk into your kitchen?

14        A    **Right.**

15        Q    Okay.  Behind the kitchen is the laundry room, and

16   in the kitchen is the door to the basement?

17        A    **That's correct.**

18        Q    And there's a back door in your kitchen?

19        A    **That's correct.**

20        Q    Okay.  Is there a back yard?

21        A    **Yes.**

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 36 of 186

 1      Q    Is there an alley?

 2      A    No.  No alley.  Behind my home is another road

 3   called Olney where there are houses.  That's a road.

 4      Q    Got it.  Okay.  I have a question.  Where do you

 5   put your trash cans, front or the back?

 6      A    I can do either.

 7      Q    Got it.

 8      A    I can put it on the side where they pick up the

 9   recycle or in the front where they pick up the trash.

10      Q    Got it.  Was that the case in 2014?

11      A    Yes.

12      Q    Got it.  Okay.  So, if I come in and I go to my

13   right and go up the stairs, I get to the top of the stairs

14   and I'm on the second floor?

15      A    Mm-hm.

16      Q    Can you take me through the layout of the second

17   floor?

18      A    In the front of the house is the master bedroom

19   where Dennis and I reside.  In the middle room is Trevor.

20   In the back room is Amontay and his bed, and down in the

21   basement is Tylance.  And in the middle is the bathroom.

1      Q     In the middle, on the second floor?

2      A     Yes.  Soon as you come up the steps and bear to

3  the right there's a restroom.

4      Q     Okay.  And is that the layout of 2014, those

5  individuals, is that where they lived in 2014?

6      A     The same layout, it is.

7      Q     Okay.  So, Timothy and Amontay were in the back

8  bedroom in 2014?

9      A     Yes.

10     Q     And what was the furniture in the back bedroom, in

11  Timothy's bedroom, in 2014?

12     A     A full-size bed at the bottom.  I don't even know

13  how to describe it.  It's like a bunk bed set, but it's not

14  a bunk bed set.  The bottom bunk is a full-size bed and it's

15  got a small ladder to it and it's a twin size.

16     Q     Okay.

17     A     And the full-size bed is for an adult and the

18  child is over top of him in the twin.

19     Q     Okay.  And what else, was there a dresser or

20  closet or night stand?

21     A     There's the closet, there's a stand for a large

Deposition of Zena Cunningham, Volume 1        Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 38 of 186

1    television, the stand has about two components where their

2    game system was, and one night stand with a night light.

3        Q    Okay.  Was there a set of drawers or anything?

4        A    Not really a drawer.  It's like a cubby hole.

5        Q    Any other furniture in that room in February 2014?

6        A    Storage bins, two storage bins, both be for toys

7    in it for Amontay.

8        Q    Okay.  Anything else?

9        A    No, not that I can remember.

10        Q    Okay.  And then, tell me about the basement in

11    2014.  You said your Stepson lived there, Karon?

12        A    Mm-hm.  Full-size bed, same type of layout, large

13    console for TV, cubby holes, game system, the remote and

14    control, one stand where a night light went.  Further up,

15    deep freezer and the small six-foot cubic freezer, then

16    toys, bicycles, and I believe, at that time, a dirt bike.

17        Q    Okay.  All right.  So let's go to, take me through

18    February 12, 2014.  Okay?  So, in the morning through the --

19    All right.  So, let's start, let's start in the morning.

20    You say you were working at McDonald's.

21        A    Yes.

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 39 of 186

1        Q     What time did your shift start?

2        A     **Seven a.m.**

3        Q     Seven a.m.  Okay.  What time would you have left

4    in the morning to get there by seven?

5        A     **About six, 6:15.  It don't take me that long to**

6    **get to work.  I had a special route that I took.  There's**

7    **not really much traffic at that time of morning, getting**

8    **there, get your shift started, get to work.**

9        Q     Okay.  February 12th of '14, was your husband

10   working?

11       A     **No.  He was on his way to North Carolina to visit**

12   **his Dad.**

13       Q     Did he leave on the 12th or did he leave before

14   that, to your recollection?

15       A     **He left that day, that morning.**

16       Q     All right.  So when you left to go to work, was he

17   at 2811?

18       A     **No, he was already gone, I believe.**

19       Q     Okay.

20       A     **I believe he was already gone because he drove by**

21   **hisself.  So he came from work, took a small nap, and then**

 1    got hisself ready.  My father-in-law was having health

 2    problems.  It was like an emergency type thing.

 3         Q    Got it.  When you left, were any of your, was

 4    anybody, who else, was anybody else in the house when you

 5    left?

 6         A    When I left, no, 'cause Karon and Trevor was at

 7    school.  Amontay was already taken to daycare, and Timothy

 8    was responsible for taking Amontay to daycare.  So Amontay

 9    was enrolled in daycare.  From daycare, Timothy was going to

10    the driving school.  Karon and Trevor was already en route

11    to school.  They left out early to go to the breakfast, had

12    breakfast at school and on to their regular curriculum.

13         Q    So what time did Karon and Trevor usually leave to

14    go to school?

15         A    6:30.

16         Q    They left at 6:30?  Okay.

17         A    6:30 a.m.

18         Q    And what time did Timothy usually leave to take

19    Amontay to daycare?

20         A    About the same time.

21         Q    Okay.  And so, they would have all still been at

```
 1   home if you left between 6:00 and 6:15; is that right?

 2        A    6:15, no.  6:15 all of them was not in the home,

 3   two was on their way out the door, and two was already out

 4   the door, and the other two was coming out behind.  And I'm

 5   already in my car when the two are ready to come out the

 6   door and two are already walking down the street.

 7        Q    Okay.  So then, they would normally leave earlier

 8   than 6:30?

 9        A    Yeah.

10        Q    Got ya.

11        A    Like I said, they go to the breakfast program.

12   They didn't need to, but that's what kids do.

13        Q    Got ya.  Okay.  Does Amontay have a nickname,

14   Fats?

15        A    Phat, P-H-A-T.

16        Q    Got it.  How about Timothy, does he --

17        A    We called him Squint.

18        Q    How'd he get that one?

19        A    'Cause he's always squinting his eyes to see

20   'cause he wouldn't put on his glasses.

21        Q    Got ya.  Did he ever go by S-Q, short for Squint,
```

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 41

1    do you know?

2         A    No, never heard of that.

3         Q    Okay.  Are there any other nicknames that Timothy

4    went by?

5         A    Not that I'm aware of.

6         Q    All right.  I know he used, he used his brother's

7    name a couple of times; is that right?

8         A    When he was in trouble, yeah.

9         Q    When he was in trouble, were there any other names

10   that Timothy used?

11        A    Not that I'm aware of.

12        Q    Okay.  Do you know what his friends or

13   acquaintances would have called him?

14        A    Squint.

15        Q    Okay.  Anything else?

16        A    No.

17        Q    Not that you're aware of, or no?

18        A    Not that I'm aware of.

19        Q    Got ya.  Okay.  So everybody's out of 2811 by 6:30

20   in the morning on February 12th.

21        A    Yes.

Deposition of Zena Cunningham, Volume 1
Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 43 of 186

```
1        Q    And what's the next thing that -- you went off to

2   work.  I get that.  What's the next thing that happened in

3   relation to 2811 and you?

4        A    I get a call.  It's a small close-knit

5   neighborhood.  This little area right here, we look out for

6   one another.  I get a phone call from my neighbor, Mrs.

7   Curtis Corbit, telling me, "Sis, you need to get home."  And

8   I'm saying, "What's going on?"  She say, "Are you by

9   yourself or are you on the floor?"  You know, customers and

10  whatnot.  I said, "I can step off the floor.  What's going

11  on?"  She says, "Them boys is running up in your house.  You

12  need to get here immediately."

13       Q    Okay.

14       A    And then I called my supervisor, let my supervisor

15  know.  I have another manager here, a support manager, she's

16  not that strong.  I have an emergency I need to be home.

17       Q    Okay.

18       A    And I left my job and came home.

19       Q    What time did -- do you have any idea what time

20  you got home?

21       A    I don't recall.
```

1    Q    All right.  How about what time Mrs. Corbit called

2  you?

3    **A    I'm going to say it was around right before lunch,**

4  **maybe about midday, maybe about 11 o'clock.  I can't recall**

5  **the exact time.**

6    Q    Okay.  And how long did it take you, would it have

7  taken you to get home?

8    **A    About 35 minutes.**

9    Q    So I'm assuming Mrs. Corbit called and the

10  conversation lasted a few minutes.  You called your

11  supervisor.  That's probably a pretty quick conversation.

12    **A    Yeah.**

13    Q    And then you left out.  Is that fair?

14    **A    That's fair.**

15    Q    And you said it would have taken you about 35

16  minutes to get back to your house.

17    **A    Yes.  About 35 minutes -- I'm-a say, yeah, I was**

18  **speeding.**

19    Q    And you answered my question, which was gonna be

20  driving.

21    **A    Yes.**

```
 1        Q    Okay.

 2        A    I was driving.

 3        Q    Got it.  All right.  And so, where did you park

 4   when you got to your house?

 5        A    I had to park on Mrs. Corbit's side because the

 6   officers had their vehicles parked exactly in front of the

 7   location.

 8        Q    Okay.  So what did --

 9        A    At 2813 is where my vehicle, I pulled my vehicle

10   up to.

11        Q    Okay.  When you get out of your car, what did you

12   observe?

13        A    When I get out of my car I walk up to my residence

14   and two of the gentlemen tell me, "Hold you right there."

15   One pulls a weapon.  "Who are you, buh, buh, buh?"  "I'm

16   Zena Cunningham.  I'm the owner of the house."  "Stay right

17   there.  Don't come forward."  And I stay right there.

18        Q    So there were two officers outside?

19        A    Yeah.

20        Q    Okay.  Was anybody else outside?

21        A    Um, one, one officer was in a couple, by, by their
```

1    car and two was in front.  One was on the side, and then I

2    heared them talking on their radios.  They was in the back

3    of the home, but with my vision, I only saw three.

4         Q    All right.  I'm going to make sure I'm following

5    you.  So you get to your house and you get towards your

6    front door, and there were two officers in the front of the

7    house?

8         A    Yeah.

9         Q    Where in the front?

10        A    One back exactly by the front door, and one on the

11   pathway coming up to the house.

12        Q    Okay.  Can you describe either of those officers?

13        A    No, the one was a Caucasian.  Can I say that?

14        Q    Yes.

15        A    One was a Caucasian, standing by the door, and one

16   was an African American, down by the landing pad.

17        Q    Okay.  And which one of them spoke to you?

18        A    The Black one said, "Who are you?"  The White one

19   said, "Hold it right there."

20        Q    Okay.  And you said someone pulled a weapon?

21        A    Yeah, the Black one pulled a weapon.

1      Q     Okay.  All right.  And then you said there was an

2   officer by --

3      A     By the end of Timothy's car there was a officer.

4      Q     Okay.  Can you describe that officer?

5      A     It looked like he could have been of foreign

6   descent.

7      Q     Okay.

8      A     He wasn't African American but he wasn't White

9   either.

10     Q     Okay.  Did you speak with that officer?

11     A     No.

12     Q     All right.  So, we've got one at the door, an

13  officer on the walkway, one standing at Timothy's car.  Were

14  there any other officers standing outside at the front?

15     A     Not that I could see.

16     Q     Okay.

17     A     Like I said, I could hear them but I couldn't see

18  them.

19     Q     Okay.  And what is it that you heard?

20     A     I heard talk.

21     Q     Okay.  What did you hear being said?

1      A    I heard, they said that, "I'm around here."   And

2   one of them said something to the nature of that they was

3   looking on the back porch.

4      Q    Okay.

5      A    And one I heard on his radio say that they was in

6   the trash around the back.

7      Q    Okay.

8      A    So, I could hear conversation that there was

9   people around the back.

10     Q    Got it.   All right.   So what happens next?

11     A    I identify who I am.   He grabbed me by my hand and

12   tell me to come in, and if I did not mind, have a seat.   And

13   I said, "Oh, my God.   What the hell?"   And I said, "What's

14   going on?"

15     Q    All right.

16     A    That's when they told me they had a warrant to

17   search my home.

18     Q    Okay.   So you said an officer grabbed you by your

19   hand and asked you to have a seat.   Can you describe that

20   officer?

21     A    Caucasian, um, looked like he might have been

```
 1   mid-thirties, early forties.  I can't describe no facial

 2   features.  Really, he had a cap on, um, tell me have a seat.

 3       Q    Have a seat where?

 4       A    Right there at the living room.  At the living

 5   room I had a chair.  We had a living room set right there

 6   and a couple of chairs right there where the kids played the

 7   games at.  Tell me "Have a seat."

 8       Q    Okay.

 9       A    So, I have a seat.

10       Q    All right.  And you said, "Oh my God.  What the

11   hell's going on?"

12       A    Yeah.

13       Q    And then what did the officer say?

14       A    "We have a Search Warrant for your home."

15       Q    Okay.  What else did they say?

16       A    And I said, what and why, and that's what he said.

17       Q    You said why and then what did he --

18       A    I say why, yeah, I asked why.

19       Q    All right.  And then what did the officer say?

20       A    He said, "We have a Search and Seizure for your

21   residence because of Timothy Brown," and again I asked why.
```

1    Q    All right.  Can you tell me the rest of the

2    conversation?

3    A    Yeah.  One of the other ones that was behind me

4    stated that something about a confidential informant, said

5    that Timothy was a drug trafficker, and I said, "Drug

6    trafficker?  First of all, what is that, and why would he be

7    trafficking drugs here?"

8    Q    Okay.  In 2014, do you know whether Timothy was

9    using drugs?

10    A    Using drugs?

11    Q    Yes, ma'am.

12    A    Smoking marijuana?

13    Q    Was he smoking marijuana in 2014?

14    A    Yeah, I believe so.

15    Q    All right.  Did he keep it in the house?

16    A    No, no, no, no, no.  They already knew that was

17    off limits.

18    Q    Where did he keep it?

19    A    On his person.  On him.

20    Q    Well, if it's on him and he's in the house, it's

21    in the house, right?

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 51 of 186

```
 1        A    Right.  That, that's not, what I'm saying is for

 2   him smoking marijuana, if he was smoking it, they wasn't

 3   smoking it in my house.  They would have their stuff on them

 4   outside.  When you come into my house, they already know

 5   that was prohibited.  Me and my husband are recovering

 6   addicts.  They already know better.

 7        Q    Okay.  You --

 8        A    He's going on 29 years clean.  I'm 27.  That's a

 9   no, no.

10        Q    Congratulations.

11        A    Yeah.

12        Q    Did he use any other drugs that you're aware of?

13        A    No, sir.

14        Q    No, he didn't, or no, that you don't know?

15        A    No, no, not that I'm aware of.

16        Q    All right.  Did he sell drugs in 2014?

17        A    Not that I'm aware of.

18        Q    All right.  Are you aware of whether he has been

19   convicted of possession with intent to distribute?

20        A    Am I aware that he has been convicted of it?  No,

21   not that I'm aware of.
```

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 52 of 186

```
 1        Q     Okay.  Do you know whether he's been convicted of

 2   possession of drugs?

 3        A     Not that I'm aware.

 4        Q     Okay.

 5        A     No, not that I'm aware.  Not Timothy.

 6        Q     Okay.  All right.  So you are in the living room.

 7   Did the officers have any other conversation with you?

 8        A     Yes, they asked me, one of them asked me, um,

 9   where does Timothy travel?  Does he go out of state?  Do I

10   know any of his friends?  Um, how much money does he have?

11   Something like that, something to that nature.

12        Q     Can you describe that officer?

13        A     It was a African American.  Well, I'm not going to

14   say, um, fit figure.  Then, um, facial appearance was clean

15   shaven, but he had on a jacket, and there wasn't too much

16   you could see of it, that's about it.

17        Q     Did you have other conversations with the officers

18   in your house on that date?

19        A     I really didn't have too much to say to nobody

20   because I was shaken up, because one of them kept yelling

21   and screaming that if I didn't get Timothy on the phone and
```

Deposition of Zena Cunningham, Volume 1                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 53 of 186

1    if I didn't get Timothy back there that anything that was

2    found was gonna be placed upon me, and if I didn't get him

3    to bring his ass back here right now, I was gonna be

4    arrested for whatever was found in my home.

5        Q    And who was that officer?  Can you describe that

6    officer?

7        A    I never, another African American.

8        Q    To the best of your knowledge, how many officers

9    were present?

10       A    Best of my knowledge, that I could see, it was

11   about one, two, three -- one was in the kitchen, still

12   tearing up my stuff.  Two was upstairs tearing up my stuff.

13   The one that was outside; one, two was outside.  I would

14   say, it was about four or five of 'em inside, and about,

15   I'm-a say no more than three outside.

16       Q    So, maybe eight total?

17       A    Like I said, I could, I could hear voices talking

18   but I couldn't see 'em.

19       Q    Okay.  Maybe eight total?

20       A    Maybe.

21       Q    Okay.  Can you tell me, of those eight, how many

1    you're saying were African American?

2         A    I think, three.

3         Q    Okay.

4         A    If I can recall.  Can't say specifically whether

5    there was more or not, but I know for sure --

6         Q    Okay.

7         A    -- there was about three.  Yeah, about three.

8         Q    And you told me you saw or spoke to an officer

9    that was Caucasian.  How many officers were Caucasian that

10   you know?

11        A    Two.  Like I said, one of them, I couldn't really

12   tell their ethnic background.  Their skin was fair, but

13   that's not to say that they was Caucasian.

14        Q    Sure.  And so, that gets us up to five --

15        A    I can't even tell you if they was really

16   Caucasian.  All I could say is their skin was fair.  They

17   wasn't African American.

18        Q    Can you give that same description for any of the

19   other three?

20        A    I can't recall.  I can't give you no specifics.

21   All I can say to you, their skin color and what they was

 1    saying to me and how they was trying to shake me up for me

 2    to get them Timothy.

 3        Q    So what did you do when they said, call your son?

 4    Did you call your son?

 5        A    I called my son and then I asked him, can I call

 6    my husband.

 7        Q    Okay.  And what did Timothy say on the phone?

 8        A    Timothy didn't answer.  Timothy didn't answer.

 9        Q    And what about your husband?

10        A    My husband answered.

11        Q    Okay.

12        A    And I told him what was going on and he said he

13    was turning around right then, and he turned around right

14    now.  By the time my husband got back to Baltimore, I was

15    already being booked and send me downtown.

16        Q    Okay.  Where was he, do you know where he was when

17    he answered?

18        A    He say he was damn near there, so I'm thinking he

19    almost in North Carolina.

20        Q    Where in North Carolina was he headed?

21        A    Say that again.

Deposition of Zena Cunningham, Volume 1     Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 56 of 186

1      Q     Where in North Carolina was he going?

2      **A     To see my father-in-law.**

3      Q     I understand.  Where in North Carolina was your

4    father-in-law?

5      **A     I think he was in Raleigh.  I can't say for sure.**

6      Q     Okay.

7      **A     My husband always drove us.  I'm not good with**

8    **that.**

9      Q     No problem.  I was just trying to ask how long it

10   would take him to get there.  That's all.  Okay.

11         What other conversations did you have with any

12   officers that you haven't told me about, on February 12th?

13     **A     One of them, being smart and nasty, they kept me**

14   **face forward like I'm forward towards you, one of them**

15   **behind me, all smart and nasty, said I must have thought**

16   **they was stupid as shit.  "All this shit, all this shit that**

17   **we recovered, how is it you do not know?"**

18         **So I asked a question, I asked him, "Can I ask a**

19   **question?  They said yes.  So, I said, "So where did you**

20   **supposedly find all of this shit?"  Specific places.  He**

21   **said, "Yeah.  We both have found something in the dining**

```
 1   room."  I found that hard to believe.

 2            He said he found something in my drawer.  We go in

 3   that drawer every day to make coffee and take our vitamins,

 4   and everything was kept right there.  I found that hard to

 5   believe.

 6            And I think somebody said something about finding

 7   something, a gun or something, in my freezer.  The kids go

 8   into the freezer to get Hot Pockets and shit.  I find that

 9   hard to believe.

10            So, I said to the officer, "You mean to tell me

11   you all sliced up all of our stuff and did all of this and

12   you only found something minor --" which was what this man

13   behind me is saying that kept on telling me 'look straight

14   forward' -- um -- "something minor in my dining room and in

15   my kitchen?"  Said, "We doing our job and that's all you

16   need to know."  And so from that point on, I shut up.

17       Q    What was recovered; do you know?

18       A    I think somebody mentioned drug paraphernalia,

19   supposed to been a weapon and supposed to been some cocaine.

20       Q    Do you know where it was recovered from?

21       A    No.  Like I said, he said that they found
```

1    something in the dining room and something in our kitchen

2    cabinets.

3         Q    And do you have any knowledge of, before that was

4    recovered, did you have any knowledge of the whereabouts of

5    the drugs or the paraphernalia?

6         A    Say that again.

7         Q    Before they were recovered, had you seen any drugs

8    or drug paraphernalia in your house?

9         A    Like I said to the officer, "No, sir, because we

10   go into that drawer all day, every day to get sugar."  We

11   bought stuff by the bulk.  So, when we use it, we package it

12   up and issue it out and put it in places so when it's time

13   to use it, all we had to do is grab it, open the Ziploc bags

14   and use it.  The stuff that we kept in that drawer was

15   mainly for coffee.  So, no, I didn't see it, because I made

16   coffee that morning.  The coffee maker time was 4 a.m.,

17   'cause Dennis got up at four to go to work, and he would

18   make his coffee.

19         And then in the dining room, where the kids eat,

20   down the basement where the kids go get Hot Pockets and

21   stuff, I did not believe that nothing like that was in those

1    places.

2         Q     Okay.  Would you -- in February of 2014, did you

3    search through your kids' stuff?

4         A     Did I search through my kids' stuff?

5         Q     Yes.  Did you --

6         A     Do you mean Timothy's room?

7         Q     Yes.

8         A     No.

9         Q     Okay.

10        A     No.

11        Q     What about Karon?  Am I pronouncing that

12   correctly?

13        A     Karon, yeah.

14        Q     Same question.

15        A     No.  Huh-uh.  They are minors.  The only thing we

16   had problems with them was video games.

17        Q     Okay.

18        A     And candy.

19        Q     Okay.

20        A     I would search their book bags for candy because

21   --

Deposition of Zena Cunningham, Volume 1    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 60 of 186

1      Q    But you didn't --

2      A    -- there was a problem.  So, yeah.  Did I search

3    for things?  Yeah.  I searched their book bags on the

4    regular basis for snacks and candy because they already knew

5    they wasn't supposed to take that type of stuff to school

6    because they was already in trouble --

7      Q    Got it.

8      A    -- for eating candy in class.  So, yeah, I

9    searched his book bag on a regular basis, and Trevor's, as

10   well, because Trevor was in school, as well.  Amontay, no.

11   Amontay was a baby going to daycare.  I packed his diaper

12   bag for Timothy, so there was no reason for me to search his

13   diaper bag because I knew what was in his diaper bag

14   already.

15     Q    All right.  But other than their book bags, you

16   were not going through your kids' stuff; right?

17     A    No.  They gave me no reason to search through

18   their stuff.

19     Q    I understand.  Okay.

20          On the 12th, did you have any other conversations

21   with police that you haven't already told me about, or

Deposition of Zena Cunningham, Volume 1                Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 61 of 186

```
 1   interactions with police that you haven't already told me

 2   about?

 3        A    No, except for until I get Timothy, I was gonna be

 4   held.

 5        Q    And you told me about that; right?

 6        A    Yes.

 7        Q    Okay.

 8             (Off the record at 10:12 a.m.)

 9             (On the record at 10:31 a.m.)

10   BY MR. JEFFRIES:

11        Q    Ms. Cunningham, I was asking you before we broke,

12   I meant to follow up with you about your son's car.  I'm

13   assuming that red colored car that was in your driveway, I'm

14   assuming that you also didn't search that car; right?

15        A    No.  Didn't touch it.

16        Q    Understood - it was his car, right?

17        A    Um-um.

18        Q    That's a yes?

19        A    Yes.

20        Q    How did he pay for it?

21        A    Let me see.  He went to work with my
```

1    brother-in-law, David, and earned money.  He went to work

2    with my uncle and earned money.  He was good with, like,

3    home improvement stuff.

4        Q    All right.  And what did your uncle do and what

5    did your brother-in-law do?

6        A    Home improvement.

7        Q    Got it.  Both of them did?

8        A    Both of them do home improvement.

9        Q    Got it.

10       A    One is more toward cement and the other is more

11   geared toward wood.

12       Q    While we're on the subject, were there any other

13   jobs that Timothy held in 2013, 2014?

14       A    2013 and 2014?  No, because he didn't try

15   McDonald's yet.  I had him at one of them McDonald stores

16   but he hadn't put his foot through the door then yet, no.

17       Q    When did he --

18       A    These was just odd jobs that he was doing with

19   different people and got paid cash.

20       Q    Okay.  When did he try McDonald's?

21       A    When he came home.  I think I tried to get him to

```
 1    do McDonald's 2021, didn't work out.  The supervisor said it

 2    wasn't a good fit for him.  He wasn't adjusted or didn't

 3    deal with the public well, and we tried again in 2023,

 4    didn't work out.  Tried him at both of my stores.

 5         Q    Did he hold any other jobs that you haven't told

 6    me about?

 7         A    After this situation or before?  Period.

 8         Q    My question was going to be, before February '14.

 9         A    No.  No.  Just school.

10         Q    So the only time he worked for money that you're

11    aware of before February '14 was working with your

12    brother-in-law and your uncle?

13         A    Right.

14         Q    And that was temporary work; correct?

15         A    Yes.

16         Q    If you're having a problem hearing me, please tell

17    me.

18         A    Raise my hand.

19         Q    I'm a low talker.  I apologize.

20              All right.  Let's go back to February 12th.  When

21    was any contraband or anything else seized from 2811?  Do
```

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 63

1    you know, time-wise?

2         A    No, I don't remember.

3         Q    Do you know if it was before you came home or

4    while you were at home?

5         A    It was, from my understanding, they didn't find

6    anything, anything while I was there.  All of this was

7    supposed to be found before I got in there.

8         Q    Okay.  And what was the basis of your

9    understanding?

10        A    That whatever they found, they found before I had

11   arrived.

12        Q    Right.  I understood what you said, but I'm trying

13   to understand, how do you know that that's the case?

14        A    Because that's what the officer said.

15        Q    Got it.  Do you know which officer said that?

16        A    The Caucasian.

17        Q    One, a Caucasian officer?

18        A    A Caucasian officer.

19        Q    Okay.

20        A    I don't remember nobody -- as a matter of fact, I

21   don't think, only one of them said something in reference to

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 65 of 186

```
 1    his name, and I can't even remember, it's been so long ago,

 2    what his name even was.

 3         Q     Okay.

 4         A     But I know they knew my name because one of 'em

 5    kept calling me Ms. Cunningham, so they knew my name.  They

 6    knew I was the homeowner.

 7         Q     Okay.  And you told them you were the homeowner?

 8         A     Yes.

 9         Q     Got ya.  All right.

10               Were you, so when were you arrested?

11         A     The same day.

12         Q     Okay.  And what were you -- do you recall what you

13    were charged with?

14         A     Yes, I do.  Assault, I mean, possession,

15    possession with attempt to distribute, possession of a

16    firearm.  I had about 22 charges.

17         Q     Okay.  What happened to those charges?

18         A     They got non-processed.

19         Q     When were they null prossed, do you know?

20         A     Oh, my God, I would have to go downstairs and look

21    in my file cabinet and dig out the paperwork, 'cause I know
```

1    for sure I kept it.  I'm a pack rat, so my family says.  I

2    kept it, but I hired Roger L. Harris as my attorney, and the

3    agreement that they made with Timothy, that if he agreed to

4    do X-Y-Z-1-2-3, they would drop the charges against me, and

5    when we went to court, and stuff was non-processed and his

6    begun.

7         Q    Okay.  So what was your understanding of whatever

8    that agreement was?

9         A    Huh?

10        Q    You said there was an agreement.  What is your

11   understanding of what that agreement was?

12        A    That if Timothy pled guilty to whatever they said

13   that they found, they would let me off the hook.

14        Q    And who reached that agreement?

15        A    Does that make sense?  Am I saying that correctly?

16        Q    I mean, you're answering my question.

17             Who reached that agreement as far as you're aware?

18        A    Roger L. Harris and Timothy's Public Defender.

19        Q    All right.  And when was that agreement reached?

20        A    Like, 2015.  2015, or end of '14.  End of '14,

21   beginning of '15, something like that, because even though

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 67 of 186

```
 1   he was aware of, I'm guessing, at that time, I can't really

 2   say because I can't speak for him.  That he was afraid.

 3   They caught Timothy.  He didn't turn hisself in.

 4       Q    He was afraid?  What do you mean by that?

 5       A    He was afraid of being locked up.  He wasn't a

 6   child that was constantly in trouble and constantly got

 7   locked up, so he was afraid of being locked up.

 8       Q    When was he afraid of -- I understand what you're

 9   saying.  When was he afraid of being locked up?

10       A    What you mean, when?

11       Q    Okay.  Okay.  When was he arrested, do you know?

12       A    Oh, my God.  I think they maybe caught him maybe

13   30 or maybe 60 days later.  It wasn't in the same month.

14   This happened all in February, because by the time my sister

15   and my husband bailed me out.  I had a bail.  They didn't

16   just let me out on my own recon.  I had a bail.

17       Q    When did you --

18       A    And my sister and my husband bailed me out.  I got

19   out on bail on Valentine's Day, and Karon and them had set

20   up something for me at home that was kinda cute.  Anyway, I

21   got out on February 14th.  Timothy had contacted my sister
```

1    or my brother, one of the two, and they told him what was

2    going on and he had to turn hisself in or I was gonna remain

3    in trouble.  He say, my sister said that he was on the phone

4    crying and carrying on and saying he don't know what was

5    going on because he wouldn't have never did nothing like

6    that.  He didn't turn hisself in immediately.  It was, like,

7    thirty days later they might have caught him.

8        Q    So he never turned himself in.  He got arrested?

9        A    Right.

10       Q    Okay.  Do you know why he was arrested?

11       A    I think, getting on a bus without a bus pass or

12    something to that nature.  That simple.

13       Q    All right.  What's, why do you think that?

14       A    Why did I think he's afraid to go to jail?

15       Q    No.  Why do you think that's what he was arrested

16    for?

17       A    'Cause that's what he told me.

18       Q    Got it.  After February 13th of 2014, did you have

19    any other conversations with the Police Officers relating to

20    this occurrence?

21       A    No.

1    Q    Okay.  Did you have --

2    A    I had, I had -- they handed me off to a woman, um,

3    a woman officer, after I had got down to, I think that place

4    is called Central Booking.

5    Q    Okay.

6    A    I didn't have any conversation with anybody after

7    that.

8    Q    Okay.  Did you ever speak with Timothy's lawyer?

9    A    The Public Defender?

10   Q    Yes.

11   A    After my situation I had communications with that

12   individual.

13   Q    Do you recall his or her name?

14   A    No.

15   Q    Had that lawyer represented Timothy before?

16   A    That Public Defender, no.

17   Q    You don't know, or no, he or she didn't?

18   A    No, he didn't never represent Timothy before.

19   Q    Okay.  Do you know the other lawyers that

20   represented Timothy before?

21   A    Another lawyer that represented Timothy before?

Deposition of Zena Cunningham, Volume 1          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 70 of 186

1        Q     Yes.  Do you know their names?

2        **A     Mr. Harris.**

3        Q     Mr. Harris had.  Okay.

4        **A     Yeah.**

5        Q     Was there any particular reason why Mr. Harris

6    didn't represent Timothy?

7        **A     They said it would be a conflict of interest.**

8        Q     Because he was representing you?

9        **A     Right.  And you had to look at, at that time, I**

10   **been, if I can't say that, at that time, being having to pay**

11   **for a lawyer and having to pay to be bailed out, I didn't**

12   **have money to pay for an attorney for him, as well.  So, the**

13   **only thing I could do was to maintain and take care of his**

14   **son financially.  We didn't receive any State benefits to**

15   **take care of Amontay.  We took care of Amontay out of going**

16   **to work, my husband and I, and Timothy is doing odd jobs.**

17   **We didn't get any State assistance for Amontay, so we had to**

18   **work.  So we couldn't afford all four, Amontay, the lawyer,**

19   **the bail, and then take care of Timothy's lawyer, as well.**

20   **So, he had to get public representation.**

21       Q     Understood.  Okay.

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 71 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

```
1              I think I am about finished with February 12th.

2              So, why don't we break here so Ms. Cunningham can

3     get to work on time, and we can resume and finish on --

4         A    I'm-a get myself ready together in a moment.

5     I'm-a enjoy this little hour that they gave me extra.

6         Q    Thank you for your time, ma'am.

7              THE COURT REPORTER:  Ms. Boardman, will she read

8     and sign?

9              MS. BOARDMAN:  Yes.

10             THE COURT REPORTER:  I need to get everybody's

11    orders on the record, please.  Mr. Jeffries, are you

12    ordering the original?

13             MR. JEFFRIES:  Yes, I will take copy of the

14    transcript.  Just electronic is fine.

15             MS. BOARDMAN:  The ASCII, and then condensed, and

16    full-size PDF.

17             MS. MARQUEZ:  Nothing for us, thanks.

18             MR. CORLEY:  Nothing for me right now, thank you.

19             (Off the record 10:46 a.m.)

20                E N D   O F   D E P O S I T I O N

21
```

1                         C E R T I F I C A T E

2

3              State of Maryland, City of Baltimore, to wit:

4              I, LINDA M. SHAW, a Notary Public of the State of

5      Maryland, City of Baltimore, do hereby certify that the

6      within-named witness appeared before me via videoconference

7      at the time and place herein set out, and after having been

8      duly sworn by me, according to law, was examined by counsel.

9              I further certify that the examination was

10     recorded stenographically by me and this transcript is a

11     true record of the proceedings.

12             I further certify that I am not of counsel to any

13     of the parties, nor in any way interested in the outcome of

14     this action.

15             As witness my hand and notarial seal this 26th day

16     of June, 2025.

17

18

19                         LINDA M. SHAW
                           NOTARY PUBLIC
20                         My commission expires:
                           December 12, 2026

21

Deposition of Zena Cunningham, Volume 1    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 73 of 186

```
 1                  CERTIFICATE OF DEPONENT

 2

 3           I hereby certify that I have read and

 4     examined the foregoing transcript, and the same

 5     is a true and accurate record of the testimony

 6     given by me.

 7           Any additions or corrections that I

 8     feel are necessary, I will attach on a separate

 9     sheet of paper to the original transcript.

10

11

12     _____

13     [WITNESS]

14

15     _____

16     DATE

17

18

19

20     (If needed, make additional copies of the Errata Sheet

21     on the next page or use a blank piece of paper.)

21
```

## WORD INDEX

**< 1 >**
**10/30/1982** 17:14
**10:12** 61:8
**10:31** 61:9
**10:45-ish** 9:13
**10:46** 71:19
**100** 2:14 3:5
**101** 3:5
**11** 9:3 44:4
**11/19/1997** 17:12
**1100** 3:12
**12** 1:17 38:18 72:20
**12th** 39:9, 13 42:20 56:12 60:20 63:20 71:1
**13** 24:6
**13th** 68:18
**14** 18:3 39:9 63:8, 11 66:20
**14th** 67:21
**15** 66:21
**17** 24:14
**18** 20:1, 5
**1985** 28:4
**19th** 2:14

**< 2 >**
**2007** 10:16 16:18, 19 25:11 26:1
**2008** 26:1
**2010** 26:6, 8
**2011** 29:19
**2013** 9:18 10:12, 18 29:19 62:13, 14
**2014** 14:3, 8 27:15 28:8, 19, 21 29:9, 21 30:2 32:8 33:13 36:10 37:4, 5, 8, 11 38:5, 11, 18 50:8, 13 51:16

**59:2** 62:13, 14 68:18
**2015** 66:20
**2021** 63:1
**2023** 10:13, 19 63:3
**2025** 1:17 72:16
**2026** 72:20
**21** 21:21
**21202** 2:15 3:6, 13
**21215** 9:17
**21218** 2:7
**22** 65:16
**222** 9:21 10:7
**23-cv-155** 1:6
**25** 20:14
**2514** 2:6
**26th** 72:15
**27** 20:14 51:8
**2811** 9:17 10:11, 18 11:5 23:13 25:19 26:8, 10 27:8 33:12 34:2 39:17 42:19 43:3 63:21
**2813** 45:9
**29** 20:15 51:8

**< 3 >**
**30** 67:13
**301-461-1040** 2:8
**35** 44:8, 15, 17

**< 4 >**
**4** 58:16
**410-382-6965** 26:21
**410-523-5219** 27:6
**410-523-8382** 27:13
**410-539-1269** 3:15
**410-752-6030** 3:14

**443-683-0799** 26:19
**4th** 25:9

**< 5 >**
**5** 4:5

**< 6 >**
**6:00** 41:1
**6:15** 39:5 41:1, 2
**6:30** 40:15, 16, 17 41:8 42:19
**60** 67:13

**< 7 >**
**72** 4:9
**750** 3:12

**< 8 >**
**8/15/85** 17:9

**< 9 >**
**9/20/63** 16:11
**9:07** 1:18 5:3

**< A >**
**a.m** 1:18 5:3 39:2, 3 40:17 58:16 61:8, 9 71:19
**abandoned** 31:18
**ability** 11:19
**able** 15:20, 21 16:8 23:10
**Abraham** 32:19
**accident** 21:17, 20
**accidents** 22:5
**accurate** 73:5
**acquaintances** 42:13
**Action** 1:5 72:14
**addicts** 51:6
**additional** 73:20
**additions** 73:7

**address** 9:16, 19 10:2, 6 11:4, 5, 16
**addresses** 10:15
**adjoining** 34:15, 16
**adjusted** 63:2
**adjusting** 16:3
**admitted** 21:8
**adult** 37:17
**affirmed** 5:6
**afford** 70:18
**afraid** 67:2, 4, 5, 7, 8, 9 68:14
**African** 46:16 47:8 52:13 53:7 54:1, 17
**age** 20:1, 5
**agitated** 15:1, 7
**ago** 10:12 15:5, 16, 19 20:13, 14, 15 21:20 26:8, 15 27:3 65:1
**agreed** 66:3
**agreement** 66:3, 8, 10, 11, 14, 17, 19
**ahead** 5:11 35:13
**AL** 1:7
**allegedly** 25:5
**alleging** 13:7, 9
**alley** 36:1, 2
**American** 46:16 47:8 52:13 53:7 54:1, 17
**Amontay** 22:14 23:9, 16, 20 24:1, 7, 8, 11, 12, 13 25:8, 19 26:5 33:20 36:20 37:7 38:7 40:7, 8, 19 41:13 60:10, 11 70:15, 17, 18
**A-M-O-N-T-A-Y** 24:12
**angle** 15:21 16:9

**answer** 6:7, 19 7:3, 9, 11 11:2 12:16 55:8
**answered** 44:19 55:10, 17
**answering** 6:21 7:6, 19 66:16
**ANTONIO** 3:19 32:21
**anybody** 7:15 10:2 11:17 12:8 14:4, 11 31:1 33:13 40:4 45:20 69:6
**Anyway** 67:20
**apologize** 11:2 63:19
**appearance** 52:14
**Appearances** 2:20
**appeared** 24:2 72:6
**area** 43:5
**arrangements** 13:19
**arrest** 14:3, 9 17:19, 21 18:2, 6, 7 19:15, 18, 19
**arrested** 20:16 21:6 53:4 65:10 67:11 68:8, 10, 15
**arrived** 64:11
**ASCII** 71:15
**asked** 9:9 23:16 48:19 49:18, 21 52:8 55:5 56:18
**asking** 23:2 61:11
**asks** 18:17
**ass** 53:3
**Assault** 65:14
**assistance** 70:17
**Assistant** 28:6
**Associate** 27:21
**associated** 10:2

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 1

assuming 15:*20*
44:*9* 61:*13, 14*
attach 73:*8*
attempt 65:*15*
attorney 14:*12*
66:*2* 70:*12*
AVRAHAM
3:*19*
aware 42:*5, 11,
17, 18* 51:*12, 15,
17, 18, 20, 21*
52:*3, 5* 63:*11*
66:*17* 67:*1*

< B >
baby 60:*11*
back 9:*6* 18:*2*
26:*11* 32:*1*
34:*20, 21* 35:*9,
12, 18, 20* 36:*5,
20* 37:*7, 10*
44:*16* 46-2, *10*
48:*3, 6, 9* 53:*1,
3* 55:*14* 63:*20*
background
23:*6* 27:*20*
54:*12*
backwards 25:*7*
bag 60:*9, 12, 13*
bags 58:*13*
59:*20* 60:*3, 15*
bail 67:*15, 16,
19* 70:*19*
bailed 67:*15,
18* 70:*11*
BAKER 2:*13*
BALTIMORE
1:*7* 2:*7, 15* 3:*4,
6, 13* 9:*17* 29:*8*
55:*14* 72:*3, 5*
bankruptcy
26:*12*
bar 34:*20*
basement 35:*2,
16* 36:*21* 38:*10*
58:*20*
basis 13:*14*
60:*4, 9* 64:*8*
bathroom 36:*21*
bear 37:*2*

BEARMAN
2:*13*
bed 36:*20*
37:*12, 13, 14, 17*
38:*12*
bedroom 36:*18*
37:*8, 10, 11*
beginning 26:*1*
66:*21*
begun 66:*6*
BEHALF 2:*10,
17* 3:*8, 17*
12:*21* 22:*7*
believe 21:*21*
22:*14* 26:*11*
29:*3* 38:*16*
39:*18, 20* 50:*14*
57:*1, 5, 9* 58:*21*
benefits 70:*14*
BERKOWITZ
2:*13*
Best 29:*16*
53:*8, 10*
Bethorillia 8:*2,
4*
B-E-T-H-O-R-I-
L-L-I-A 8:*8*
better 16:*9*
51:*6*
bicycles 38:*16*
bike 38:*16*
bins 38:*6*
birth 8:*17, 19*
16:*10* 17:*8*
24:*13* 25:*8*
bit 9:*3* 16:*1*
33:*9*
Black 46:*18, 21*
blank 73:*21*
blood 19:*5*
BOARDMAN
2:*4* 71:*7, 9, 15*
boiled 21:*7*
book 59:*20*
60:*3, 9, 15*
booked 55:*15*
Booking 69:*4*
born 23:*9* 25:*8,
21*

bottom 37:*12,
14*
bought 58:*11*
bounced 20:*14*
boys 43:*11*
break 71:*2*
breakfast 40:*11,
12* 41:*11*
briefly 5:*21*
bring 53:*3*
broadly 23:*2*
broke 25:*5*
61:*11*
brother 68:*1*
brother-in-law
62:*1, 5* 63:*12*
brother's 42:*6*
BROWN 1:*3*
33:*20* 49:*21*
buh 45:*15*
Building 29:*3*
bulk 58:*11*
bunch 21:*5*
bunk 37:*13, 14*
burgundy 30:*6,
13*
bus 68:*11*
business 27:*21*

< C >
cabinet 65:*21*
cabinets 58:*2*
Caffeine 11:*21*
CALDWELL
2:*13*
call 14:*2* 34:*20*
43:*4, 6* 55:*3, 4,
5*
called 5:*5* 9:*9*
13:*16* 14:*12*
20:*15* 25:*3, 6*
29:*6, 7* 36:*3*
41:*17* 42:*13*
43:*14* 44:*1, 9,
10* 55:*5* 69:*4*
calling 65:*5*
calls 8:*12* 19:*2*
candy 59:*18, 20*
60:*4, 8*

cans 36:*5*
cap 49:*2*
Car 21:*17, 20*
22:*5* 25:*5* 30:*4,
6, 10, 14, 15*
31:*1, 7, 14* 32:*8*
41:*5* 45:*11, 13*
46:*1* 47:*3, 13*
61:*12, 13, 14, 16*
care 22:*20*
23:*11, 16* 70:*13,
15, 19*
Carolina 39:*11*
55:*19, 20* 56:*1,
3*
carrying 68:*4*
cars 30:*9*
case 12:*8, 21*
14:*7* 17:*16*
22:*6, 10* 23:*3, 8*
24:*1, 3* 26:*2*
36:*10* 64:*13*
cash 62:*19*
Caucasian
46:*13, 15* 48:*21*
54:*9, 13, 16*
64:*16, 17, 18*
caught 67:*3, 12*
68:*7*
cause 25:*13*
40:*6* 41:*19, 20*
58:*17* 65:*21*
68:*17*
cell 27:*4, 15*
cement 62:*10*
Central 69:*4*
certain 15:*12*
22:*21*
CERTIFICATE
4:*9* 73:*1*
certify 72:*5, 9,
12* 73:*3*
chair 49:*5*
chairs 34:*20*
49:*6*
change 14:*21*
15:*4*
changed 27:*16*
Charday 25:*13,

16*
charge 21:*2*
charged 65:*13*
charges 65:*16,
17* 66:*4*
Charles 2:*6*
24:*18, 19*
check 19:*2*
20:*14*
checking 19:*3*
child 19:*2*
37:*18* 67:*6*
children 16:*20*
17:*2* 24:*4, 6*
25:*15*
Chris 5:*14*
CHRISTOPHE
R 3:*10*
CITY 1:*6, 7*
3:*4* 72:*3, 5*
Civil 1:*5*
cjeffries@kg-
law.com 3:*16*
clarification
23:*7*
class 60:*8*
clean 51:*8*
52:*14*
clear 19:*10*
close-knit 43:*4*
closet 37:*20, 21*
cocaine 57:*19*
coffee 11:*21*
57:*3* 58:*15, 16,
18*
color 30:*6, 14*
54:*21*
colored 61:*13*
come 9:*6*
13:*16* 36:*12*
37:*2* 41:*5*
45:*17* 48:*12*
51:*4*
comes 31:*16*
Coming 34:*5*
41:*4* 46:*11*
commission
72:*20*
communications
69:*11*

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com · info@crcsalomon.com
Facsimile (410) 821-4889
Page: 2

**Complaint** 12:*20*
**components** 38:*1*
**condensed** 71:*15*
**Conferencing** 1:*16*
**confidential** 50:*4*
**conflict** 70:*7*
**Congratulations** 51:*10*
**consider** 23:*1*
**considering** 31:*18*
**console** 38:*13*
**constantly** 67:*6*
**constraint** 9:*3*
**contacted** 67:*21*
**continued** 2:*20* 3:*1*
**contraband** 63:*21*
**control** 38:*14*
**Controlled** 20:*18*
**conversation** 15:*1, 17* 44:*10, 11* 48:8 50:*2* 52:7 69:*6*
**conversations** 14:*20* 18:*12, 15* 19:*8, 11, 14, 17* 52:*17* 56:*11* 60:*20* 68:*19*
**convicted** 20:*3, 7* 51:*19, 20* 52:*1*
**convictions** 21:*10*
**copies** 73:*20*
**copy** 12:*20* 71:*13*
**Corbit** 43:*7* 44:*1, 9*
**Corbit's** 45:*5*
**CORLEY** 3:*3* 71:*18*

**correct** 9:*5* 12:*18, 19* 17:*9, 10* 19:*12* 22:*15* 28:*16* 30:*17, 18* 35:*11, 17, 19* 63:*14*
**corrections** 73:*7*
**correctly** 59:*12* 66:*15*
**COUNCIL** 1:*6*
**counsel** 20:*2* 72:*8, 12*
**countertop** 34:*19*
**couple** 15:*5, 18* 26:*18* 42:*7* 45:*21* 49:*6*
**COURT** 1:*1* 5:*8, 11* 6:*1, 11* 8:*6* 17:*5* 23:*3* 24:*2* 66:*5* 71:*7, 10*
**crimes** 20:*3, 7, 8*
**crying** 68:*4*
**cubby** 38:*4, 13*
**cubic** 38:*15*

**CUNNINGHAM** 1:*14* 4:4 5:*4, 10, 14* 8:*1* 16:*15* 18:*11* 19:*12* 27:*19* 33:*17, 19* 45:*16* 61:*11* 65:*5* 71:*2*
**current** 9:*15* 31:*17* 32:*8*
**currently** 11:*18* 26:7 28:*5*
**curriculum** 40:*12*
**Curtis** 43:*7*
**custody** 22:*14* 23:*8, 18* 26:*3, 4*
**customers** 43:*9*
**cute** 67:*20*

**< D >**
**Dad** 39:*12*
**damn** 55:*18*

**date** 16:*10* 17:*8* 24:*13* 25:*8* 52:*18* 73:*16*
**daughter** 28:*13*
**David** 62:*1*
**day** 39:*15* 57:*3* 58:*10* 65:*11* 67:*19* 72:*15*
**daycare** 40:*7, 8, 9, 19* 60:*11*
**days** 67:*13* 68:*7*
**deal** 63:*3*
**DEAN** 3:*8*
**December** 72:*20*
**deep** 15:*18* 38:*15*
**DEFENDANT** 2:*17* 3:*8*
**Defendants** 1:*8* 3:*17* 5:*15*
**Defender** 66:*18* 69:*9, 16*
**degree** 27:*21*
**Dennis** 16:*15* 33:*17* 36:*19* 58:*17*
**DEPARTMENT** 3:*4*
**DEPONENT** 73:*1*
**DEPOSITION** 1:*13* 5:*19* 12:*5* 13:*19*
**descent** 47:*6*
**describe** 37:*13* 46:*12* 47:*4* 48:*19* 49:*1* 52:*12* 53:*5*
**described** 25:*18*
**description** 54:*18*
**details** 12:*15*
**device** 15:*21* 16:*3*
**diaper** 60:*11, 13*
**different** 62:*19*
**dig** 65:*21*
**dine** 34:*18*

**dining** 34:*15, 16* 35:*10* 56:*21* 57:*14* 58:*1, 19*
**dirt** 38:*16*
**discharged** 26:*16*
**distinction** 14:*1*
**distressed** 19:*6*
**distribute** 51:*19* 65:*15*
**DISTRICT** 1:*1, 2*
**documents** 12:*7*
**doing** 7:*13* 18:*17* 19:*3* 32:*13* 57:*15* 62:*18* 70:*16*
**DONELSON** 2:*13*
**door** 34:*11, 13, 21* 35:*1, 4, 12, 16, 18* 41:*3, 4, 6* 46:*6, 10, 15* 47:*12* 62:*16*
**downstairs** 65:*20*
**downtown** 55:*15*
**drawer** 38:*4* 57:*2, 3* 58:*10, 14*
**drawers** 38:*3*
**drawing** 14:*1* 23:*21*
**dressed** 7:*20* 16:*5*
**dresser** 37:*19*
**drinking** 11:*21*
**driver's** 29:*1, 10, 21*
**driveway** 30:*17, 19* 34:*2* 61:*13*
**driveway's** 34:*4*
**driving** 29:*6, 7* 30:*2, 4* 40:*10* 44:*20* 45:*2*
**drop** 66:*4*
**drove** 39:*20* 56:*7*

**drug** 50:*5* 57:*18* 58:*8*
**drugs** 50:*7, 9, 10* 51:*12, 16* 52:*2* 58:*5, 7*
**duly** 5:6 72:*8*

**< E >**
**earlier** 41:*7*
**early** 40:*11* 49:*1*
**earn** 28:*3*
**earned** 62:*1, 2*
**easily** 15:*1, 7* 19:*6*
**East** 3:*12*
**eat** 58:*19*
**eating** 60:*8*
**education** 29:*1*
**educational** 27:*19*
**eight** 34:*8* 53:*16, 19, 21*
**either** 19:*15* 36:*6* 46:*12* 47:*9*
**electronic** 71:*14*
**em** 53:*14, 18* 65:*4*
**emergency** 40:*2* 43:*16*
**en** 40:*10*
**ended** 24:*1*
**enjoy** 71:*5*
**enrolled** 40:*9*
**environmental** 31:*15*
**Errata** 73:*20*
**ESQUIRE** 2:*4, 12* 3:*3, 10*
**ET** 1:*7*
**ethnic** 54:*12*
**everybody** 21:*6*
**everybody's** 42:*19* 71:*10*
**exact** 25:*4* 29:*4* 44:*5*
**exactly** 45:*6* 46:*10*

**Examination**
4:*5* 5:*5, 12*
72:*9*
**examined** 5:*7*
72:*8* 73:*4*
**executed** 28:*15*
30:*20*
**execution** 33:*10*
**Exhibits** 4:*7*
**exists** 13:*5, 6*
**expires** 72:*20*
**extra** 71:*5*
**eyes** 41:*19*

**< F >**
**face** 56:*14*
**facial** 49:*1*
52:*14*
**facing** 34:*1*
**fact** 64:*20*
**fair** 44:*13, 14*
54:*12, 16*
**family** 8:*12, 13*
10:*3* 66:*1*
**far** 66:*17*
**Farms** 28:*7*
**father** 23:*10*
**father-in-law**
40:*1* 56:*2, 4*
**Fats** 41:*14*
**fault** 6:*16*
**Fax** 3:*15*
**features** 49:*2*
**February** 14:*8*
18:*2* 28:*19*
29:*9* 33:*12*
38:*5, 18* 39:*9*
42:*20* 56:*12*
59:*2* 63:*8, 11,*
*20* 67:*14, 21*
68:*18* 71:*1*
**feel** 14:*17* 73:*8*
**feeling** 14:*17*
18:*14*
**feels** 15:*11*
**feet** 23:*17* 34:*7*
**felt** 23:*10*
**female** 11:*9*

**figure** 11:*6*
16:*20* 23:*6*
52:*14*
**file** 5:*16* 22:*20*
23:*20* 24:*5*
26:*12* 65:*21*
**filed** 12:*21*
22:*4, 7, 13, 16*
23:*3, 4, 5* 24:*4*
26:*2*
**financially**
70:*14*
**find** 56:*20*
57:*8* 64:*5*
**finding** 57:*6*
**fine** 7:*21*
16:*10* 31:*15*
71:*14*
**fines** 31:*13, 15*
**finish** 71:*3*
**finished** 71:*1*
**firearm** 65:*16*
**first** 6:*20* 7:*4*
28:*6* 34:*11*
50:*6*
**fit** 52:*14* 63:*2*
**five** 21:*19*
53:*14* 54:*14*
**flight** 34:*8*
**Floor** 2:*14*
34:*11* 36:*14, 17*
37:*1* 43:*9, 10*
**flow** 6:*19* 7:*4*
**follow** 61:*12*
**following** 46:*4*
**follows** 5:*7*
**foot** 62:*16*
**foregoing** 73:*4*
**foreign** 47:*5*
**forties** 49:*1*
**forward** 34:*17*
45:*17* 56:*14*
57:*14*
**found** 53:*2, 4*
56:*21* 57:*1, 2, 4,*
*12, 21* 64:*7, 10*
66:*13*
**four** 53:*14*
58:*17* 70:*18*
**freely** 24:*6*

**freezer** 38:*15*
57:*7, 8*
**friends** 11:*9*
42:*12* 52:*10*
**front** 34:*1, 4,*
*11, 13, 18* 35:*4,*
*12* 36:*5, 9, 18*
45:*6* 46:*1, 6, 9,*
*10* 47:*14*
**full** 5:*9*
**full-size** 37:*12,*
*14, 17* 38:*12*
71:*16*
**furniture** 37:*10*
38:*5*
**Further** 38:*14*
72:*9, 12*

**< G >**
**game** 38:*2, 13*
**games** 49:*7*
59:*16*
**geared** 62:*11*
**GED** 29:*1, 2*
**gentlemen**
45:*14*
**getting** 7:*20*
31:*13* 39:*7*
68:*11*
**give** 6:*10, 11*
34:*11* 54:*18, 20*
**given** 5:*19* 73:*6*
**giving** 31:*14*
**GLADSTONE**
3:*17* 32:*15*
**glasses** 16:*2*
41:*20*
**GLR** 1:*6*
**Go** 5:*11, 21*
12:*15* 23:*12, 20*
34:*10, 13, 17*
35:*4* 36:*12, 13*
38:*17* 39:*16*
40:*11, 14* 41:*11,*
*21* 52:*9* 57:*2, 7*
58:*10, 17, 20*
63:*20* 65:*20*
68:*14*
**God** 20:*13*
21:*19* 29:*18*

**31:*20* 48:*13*
49:*10* 65:*20*
67:*12*
**goes** 15:*11*
**Going** 10:*8*
14:*18* 15:*2, 14*
26:*11* 32:*14*
40:*9* 43:*8, 10*
44:*3* 46:*4*
48:*14* 49:*11*
51:*8* 52:*13*
55:*12* 56:*1*
60:*11, 16* 63:*8*
68:*2, 5* 70:*15*
**gonna** 9:*10*
10:*8* 12:*13*
44:*19* 53:*2, 3*
61:*3* 68:*2*
**Good** 5:*14*
30:*8* 56:*7* 62:*2*
63:*2*
**goodness** 26:*5*
**gotta** 6:*11*
**grab** 58:*13*
**grabbed** 48:*11,*
*18*
**GRAHAM** 3:*11*
**grandchild**
23:*1, 11*
**grandmother**
24:*4*
**grandson** 22:*19*
33:*19*
**great** 32:*13*
**ground** 6:*1*
**guess** 26:*8*
**guessing** 67:*1*
**guilty** 66:*12*
**gun** 57:*7*

**< H >**
**hand** 48:*11, 19*
63:*18* 72:*15*
**handed** 69:*2*
**HANKARD**
2:*17*
**HANSEL** 2:*5*
**happened** 31:*7*
43:*2* 65:*17*

67:*14*
**happens** 48:*10*
**hard** 57:*1, 4, 9*
**Harris** 66:*2, 18*
70:*2, 3, 5*
**head** 6:*13* 16:*1*
**headed** 55:*20*
**health** 40:*1*
**hear** 5:*16, 18*
8:*3* 47:*17, 21*
48:*8* 53:*17*
**heard** 33:*7*
42:*2* 47:*19, 20*
48:*1, 5*
**heared** 46:*2*
**hearing** 63:*16*
**held** 21:*7* 61:*4*
62:*13*
**hell** 48:*13*
**hell's** 49:*11*
**Hickey** 24:*18,*
*19*
**high** 19:*5*
**hired** 66:*2*
**hisself** 39:*21*
40:*1* 67:*3* 68:*2,*
*6*
**Hold** 45:*14*
46:*19* 63:*5*
**hole** 38:*4*
**holes** 38:*13*
**Holiday** 3:*5*
**home** 13:*10, 12,*
*13, 16, 17* 18:*21*
22:*21* 25:*6*
30:*16* 34:*1*
36:*2* 41:*1, 2*
43:*7, 16, 18, 20*
44:*7* 46:*3*
48:*17* 49:*14*
53:*4* 62:*3, 6, 8,*
*21* 64:*3, 4*
67:*20*
**homeowner**
65:*6, 7*
**honestly** 15:*14*
**hook** 66:*13*
**Hot** 57:*8* 58:*20*
**hour** 7:*1*
**hours** 9:*11*

Deposition of Zena Cunningham, Volume 1

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 78 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

house 27:4
30:17 34:12
35:10 36:18
40:4 43:11
44:16 45:4, 16
46:5, 7, 11
50:15, 20, 21
51:3, 4 52:18
58:8
houses 36:3
How'd 41:18
Huh 66:9
Huh-uh 59:15
husband 7:16
16:15 24:2
33:15 39:9
51:5 55:6, 9, 10,
14 56:7 67:15,
18 70:16

< I >
idea 34:11
43:19
Ideal 29:7
identify 48:11
I'm-a 15:5
25:21 26:6
44:17 53:15
71:4, 5
immediately
43:12 68:6
impact 11:19
important 6:2,
10
improper 13:11
improvement
62:3, 6, 8
incarcerated
11:5 31:21
individual 69:12
individuals
33:5 37:5
influence 11:18
informant 50:4
inside 53:14
intent 51:19
interacting 7:19
interactions
61:1

interest 70:7
interested 72:13
invaded 13:17
involved 22:10,
18 23:18, 19
issue 58:12

< J >
jacket 52:15
Jail 10:14, 18
32:5, 7 68:14
JAMES 3:3
JEFFRIES
3:10 4:5 5:13,
15 61:10 71:11,
13
Jim.Corley@balt
imorepolice.org
3:7
job 43:18
57:15
jobs 62:13, 18
63:5 70:16
Johnson 8:10,
21
June 1:17
72:16

< K >
Karon 33:19
38:11 40:6, 10,
13 59:11, 13
67:19
keep 50:15, 18
keeps 15:6
KEITH 3:17
32:15
KENNETH
3:18 33:2
kept 30:15
52:20 56:13
57:4, 13 58:14
65:5 66:1, 2
kids 23:15, 18,
21 25:5 41:12
49:6 57:7
58:19, 20 59:3,
4 60:16
kind 30:4
kinda 67:20

kitchen 34:17
35:1, 13, 15, 16,
18 53:11 57:15
58:1
knew 50:16
60:4, 13 65:4, 5,
6
know 7:9, 11
10:3 11:9, 11,
15, 16 12:15
13:2, 3, 5, 7, 15
15:6 16:19, 20
18:18 19:5
20:20 21:4
25:6 27:15
28:18 29:4, 5
30:5 32:2, 14
33:4 37:12
42:1, 6, 12 43:9,
15 50:8 51:4, 6,
14 52:1, 10
54:5, 10 55:16
56:17 57:16, 17,
20 64:1, 3, 13,
15 65:4, 19, 21
67:11 68:4, 10
69:17, 19 70:1
knowledge
29:16 53:8, 10
58:3, 4
KRAMON 3:11

< L >
ladder 37:15
lady 11:9
land 27:7
landing 46:16
Lane 9:17
10:11
large 37:21
38:12
lasted 44:10
laundry 34:21
35:15
LAW 2:5 3:4
5:6 72:8
lawsuit 13:2, 20
14:2 18:9
19:12 21:13
22:16, 17 23:1

lawsuits 5:16
21:12 22:3
lawyer 20:6
22:18 23:5
69:8, 15, 21
70:11, 18, 19
lawyers 23:19
69:19
layout 34:1
36:16 37:4, 6
38:12
lead 22:6
leads 34:8, 14
learner's 29:15,
17
Learning 29:7
leave 39:13
40:13, 18 41:7
Lee 25:13
left 23:15 34:3,
14 39:3, 15, 16
40:3, 5, 6, 11, 16
41:1 43:18
44:13
left-hand 35:7
leniency 9:9
license 29:10, 21
life 15:12
Light 2:14
38:2, 14
limiting 23:4
limits 50:17
Linda 1:21
72:4, 19
line 27:7
listed 22:9
little 9:9 16:1
33:9 43:5 71:5
live 10:9, 13
11:12 25:19
lived 9:18, 21
10:7 37:5
38:11
living 33:12, 13
34:15 35:7, 10
49:4, 5 52:6
location 29:4, 6
45:7
locked 15:10
32:3 67:5, 7, 9

long 7:17, 18
10:7 16:17
20:13 24:21
39:5 44:6 56:9
65:1
look 35:13
43:5 57:13
65:20 70:9
looked 47:5
48:21
looking 48:3
Lord 29:18
low 63:19
lunch 44:3

< M >
ma'am 8:7
11:1 13:4 20:9
50:11 71:6
maintain 70:13
maker 58:16
man 11:2, 8
57:12
management
27:21
Manager 28:7
43:15
marijuana
20:21 50:12, 13
51:2
MARQUEZ
2:12 71:17
married 16:13,
17 25:14
MARYLAND
1:2 2:7, 15 3:6,
13 9:17 72:3, 5
master 36:18
matter 17:21
18:2 64:20
MAYOR 1:6
McDonald
62:15
McDonald's
28:7, 10 38:20
62:15, 20 63:1
mean 11:17
12:6, 17 15:4, 8
16:5, 6 57:10

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 5

59:6  65:14
66:16  67:4, 10
means  24:7
meant  61:12
memory  7:10
men  11:9
mentioned
57:18
Mercury  30:7
mercy  29:18
MICHAEL
3:18  32:17
midday  44:4
middle  8:1
36:19, 21  37:1
mid-thirties
49:1
mind  48:12
minor  22:10
57:12, 14
minors  59:15
minutes  44:8,
10, 16, 17
mix  24:10
Mm-hm  17:1
32:10  33:11
36:15  38:12
Mobile  27:5
model  30:5
models  30:9
moment  71:4
money  52:10
62:1, 2  63:10
70:12
month  67:13
months  15:5,
16, 19  23:16
24:16  25:1, 21
26:8  31:20
morning  5:14
9:7  38:18, 19
39:4, 7, 15
42:20  58:16
mother  23:10,
11  28:12
mother's  19:3
25:12
Multipurpose
29:3

< N >
name  5:9, 14
8:1, 9, 17, 19
17:5  25:4, 6, 12
29:5  32:15
42:7  65:1, 2, 4,
5  69:13
names  32:14
42:9  70:1
nap  39:21
nasty  56:13, 15
nature  14:19
48:2  52:11
68:12
near  55:18
necessary  73:8
need  9:8  16:6,
8  41:12  43:7,
12, 16  57:16
71:10
needed  73:20
needs  22:19
neighbor  43:6
neighborhood
43:5
never  8:17
20:20  42:2
53:7  68:5, 8
69:18
nickname  8:12,
14  41:13
nicknames  8:11
42:3
night  16:5
37:20  38:2, 14
non-processed
21:9  65:18
66:5
normally  41:7
North  2:6  3:5
9:21  10:7
39:11  55:19, 20
56:1, 3
notarial  72:15
Notary  72:4, 19
notice  15:3
22:13
noticed  14:21

15:4  22:6
null  21:3  65:19
number  5:15
26:19  27:3, 5
numbers  26:18

< O >
oath  7:1, 7
observe  45:12
obviously  9:6
13:19  33:12
occurred  14:8
occurrence
14:2, 5  17:19
68:20
o'clock  9:4
44:4
odd  62:18
70:16
offered  4:7
officer  45:21
47:2, 3, 4, 10, 13
48:18, 20  49:13,
19  52:12  53:5,
6  54:8  57:10
58:9  64:14, 15,
17, 18  69:3
officers  13:10
45:6, 18  46:6,
12  47:14  52:7,
17  53:8  54:9
56:12  68:19
Oh  6:4  20:13
21:19  26:5
29:18  30:21
31:20  32:3
48:13  49:10
65:20  67:12
okay  5:17, 21
6:1, 3, 4, 9, 13,
14, 17, 18  7:4, 9,
11, 17, 21  8:5,
11, 14, 19  9:2, 6,
8, 14, 15, 21
10:2, 9, 17
11:11, 17  12:10,
17  13:2, 7, 9, 14
14:1, 2, 7, 16, 18
15:1, 16  16:19
17:4, 21  18:5, 7,

9, 13, 14  19:1, 4,
7, 10, 17  20:1,
11, 19  21:10, 12,
16, 18  22:3, 6,
13  23:2, 9
24:15  25:10, 15,
18  26:2, 11, 14,
18, 21  27:4, 6,
10  28:8, 11
29:9, 20  30:4,
12  32:1, 8, 13,
17  33:4, 9, 10,
16, 18, 21  34:1,
5  35:3, 12, 15,
20  36:4, 12
37:4, 7, 16, 19
38:3, 8, 10, 17,
18  39:3, 9, 19
40:16, 21  41:7,
13  42:3, 12, 15,
19  43:13, 17
44:6  45:1, 8, 11,
20  46:12, 17, 20
47:1, 4, 7, 10, 16,
19, 21  48:4, 7,
18  49:8, 15
50:8  51:7  52:1,
4, 6  53:19, 21
54:3, 6  55:7, 11,
16  56:6, 10
59:2, 9, 17, 19
60:19  61:7
62:20  64:8, 19
65:3, 7, 12, 17
66:7  67:11
68:10  69:1, 5, 8,
19  70:3, 21
old  24:13, 16
Olney  36:3
once  19:11
ones  50:3
open  58:13
Operator  28:6,
12
opportunity
20:2, 6
ordering  71:12
orders  71:11
original  71:12
73:9

O'SULLIVAN
3:18
Oswego  29:5
outcome  72:13
outside  15:13
34:2  45:18, 20
47:14  51:4
53:13, 15
overnight
10:20, 21  11:8,
10
Owner  28:6, 12
45:16

< P >
P.A  3:11
P.C  2:13
pack  66:1
package  58:11
packed  60:11
pad  46:16
page  2:20  4:3
73:21
paid  62:19
paint  22:6
PALMERE  3:8
paper  73:9, 21
paperwork
22:21  65:21
paraphernalia
57:18  58:5, 8
Paris  25:13
park  45:3, 5
parked  30:19
45:6
particular  70:5
parties  72:13
party  21:13
pass  68:11
pathway  46:11
PATZMAN
3:18
pay  61:20
70:10, 11, 12
PC  2:5
PDF  71:16
people  21:5
48:9  62:19
Period  63:7
periodic  15:17

Deposition of Zena Cunningham, Volume 1 — Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 80 of 186

**permanent**
11:*4, 5*
**permanently**
11:*12, 13*
**permit** 29:*15,
17*
**person** 14:*13*
21:*8* 50:*19*
**petty** 20:*15*
**Phat** 41:*15*
**P-H-A-T** 41:*15*
**Phone** 2:*8*
3:*14* 26:*18, 19*
27:*3, 4, 15* 43:*6*
52:*21* 55:*7*
68:*3*
**phones** 27:*16*
**pick** 36:*8, 9*
**piece** 73:*21*
**place** 69:*3* 72:*7*
**placed** 13:*11*
53:*2*
**places** 10:*17,
19* 11:*7* 56:*20*
58:*12* 59:*1*
**Plaintiff** 1:*4*
2:*10*
**played** 49:*6*
**please** 5:*8*
6:*16* 8:*6* 17:*6*
63:*16* 71:*11*
**pled** 66:*12*
**Pockets** 57:*8*
58:*20*
**point** 22:*19*
26:*12* 57:*16*
**police** 13:*17*
60:*21* 61:*1*
68:*19*
**porch** 34:*5, 6, 9*
48:*3*
**possession**
20:*16, 17* 51:*19*
52:*2* 65:*14, 15*
**possible** 23:*2*
**Pratt** 3:*12*
**prepare** 12:*4*
**present** 53:*9*
**pressure** 19:*5*

**presumably**
22:*9*
**Pretty** 18:*14,
18* 21:*6* 44:*11*
**primary** 24:*3*
**probably** 44:*11*
**problem** 9:*10*
56:*9* 60:*2*
63:*16*
**problems** 40:*2*
59:*16*
**proceed** 35:*9*
**proceedings**
72:*11*
**processed** 21:*3*
**program** 41:*11*
**prohibited** 51:*5*
**pronouncing**
59:*11*
**property** 31:*17*
**prossed** 65:*19*
**Protective** 23:*18*
**provide** 13:*12*
**provided** 24:*5*
**public** 63:*3*
66:*18* 69:*9, 16*
70:*20* 72:*4, 19*
**pulled** 45:*9*
46:*20, 21*
**pulls** 45:*15*
**purpose** 24:*3*
**Pursuing** 29:*1,
2*
**put** 23:*11*
25:*18* 36:*5, 8*
41:*20* 58:*12*
62:*16*

**< Q >**
**question** 6:*17,
20* 7:*3, 5* 14:*5*
36:*4* 44:*19*
56:*18, 19* 59:*14*
63:*8* 66:*16*
**questions** 6:*16*
7:*10*
**quick** 44:*11*
**quite** 29:*19*

**< R >**
**radio** 48:*5*
**radios** 46:*2*
**Raise** 63:*18*
**Raleigh** 56:*5*
**rat** 66:*1*
**reached** 20:*1, 5*
66:*14, 17, 19*
**read** 26:*11*
71:*7* 73:*3*
**ready** 40:*1*
41:*5* 71:*4*
**real** 15:*18*
**really** 33:*8*
38:*4* 39:*7* 49:*2*
52:*19* 54:*11, 15*
67:*1*
**reason** 23:*9*
60:*12, 17* 70:*5*
**recall** 20:*19*
21:*10* 22:*4*
43:*21* 44:*4*
54:*4, 20* 65:*12*
69:*13*
**receive** 70:*14*
**recognize** 26:*19,
20*
**recollection**
29:*20* 39:*14*
**recon** 67:*16*
**record** 5:*3, 9*
19:*10* 61:*8, 9*
71:*11, 19* 72:*11*
73:*5*
**recorded** 72:*10*
**recovered**
56:*17* 57:*17, 20*
58:*4, 7*
**recovering** 51:*5*
**recycle** 36:*9*
**red** 30:*6, 10*
31:*1* 61:*13*
**reference** 13:*5*
14:*12* 24:*3*
64:*21*
**regular** 40:*12*
60:*4, 9*
**Reisterstown**
29:*4, 5*

**relating** 68:*19*
**relation** 43:*3*
**remain** 68:*2*
**remember**
12:*16* 38:*9*
64:*2, 20* 65:*1*
**REMOTE** 1:*13*
38:*13*
**repeat** 6:*17*
35:*3*
**Reported** 1:*21*
**REPORTER**
5:*8, 11* 6:*2, 12*
8:*6* 17:*5* 71:*7,
10*
**REPORTER'S**
4:*9*
**represent** 5:*15*
69:*18* 70:*6*
**representation**
24:*5* 70:*20*
**represented**
20:*2, 6* 23:*5*
69:*15, 20, 21*
**representing**
70:*8*
**reside** 24:*17*
36:*19*
**resided** 26:*9*
**residence** 23:*15*
45:*13* 49:*21*
**residing** 26:*7*
**response** 6:*11*
**responsible** 40:*8*
**rest** 50:*1*
**restroom** 37:*3*
**result** 23:*21*
**resulted** 26:*3*
**results** 20:*20*
**resume** 71:*3*
**review** 12:*7*
**right** 6:*15*
10:*12* 12:*3*
14:*9* 16:*13*
18:*16* 20:*3, 7*
22:*14* 24:*18*
31:*7* 33:*7* 34:*3,
4, 10, 13* 35:*1, 6,
14* 36:*13* 37:*3*
38:*17, 19* 39:*16*

41:*1* 42:*6, 7*
43:*5* 44:*1, 3*
45:*3, 14, 16, 17*
46:*4, 19* 47:*1,
12* 48:*10, 15*
49:*4, 5, 6, 10, 19*
50:*1, 15, 21*
51:*1, 16, 18*
52:*6* 53:*3*
55:*13* 57:*4*
60:*15, 16* 61:*5,
14, 16* 62:*4*
63:*13, 20* 64:*12*
65:*9* 66:*19*
68:*9, 13* 70:*9*
71:*18*
**right-hand** 35:*4*
**Road** 29:*5*
36:*2, 3*
**ROBERT** 2:*17*
**Roger** 66:*2, 18*
**room** 7:*14, 15*
34:*15, 16, 21*
35:*7, 10, 15*
36:*19, 20* 38:*5*
49:*4, 5* 52:*6*
57:*1, 14* 58:*1,
19* 59:*6*
**route** 39:*6*
40:*10*
**Royal** 28:*7*
**rules** 6:*1*
**running** 43:*11*
**Ruscombe** 9:*17*
10:*11* 11:*6*
34:*2*

**< S >**
**SABRINA** 2:*12*
**SAUNDERS**
3:*19* 32:*21*
**saw** 20:*20*
46:*3* 54:*8*
**saying** 22:*17*
31:*16* 43:*8*
51:*1* 54:*1* 55:*1*
57:*13* 66:*15*
67:*9* 68:*4*
**says** 43:*11* 66:*1*

school   29:6
40:7, 10, 11, 12,
14   60:5, 10
63:9
screaming
52:21
seal   72:15
search   14:3, 8
28:15   30:19
33:9   48:17
49:14, 20   59:3,
4, 20   60:2, 12,
17   61:21
searched   60:3, 9
seat   48:12, 19
49:2, 3, 7, 9
second   6:21
7:5   36:14, 16
37:1
see   9:12   15:6
16:1, 6, 8   20:14
21:20   26:5
41:19   47:15, 17
52:16   53:10, 18
56:2   58:15
61:21
seeing   15:18
seeking   23:7
seen   12:20
58:7
seized   63:21
Seizure   49:20
sell   51:16
send   55:15
sense   7:1, 7
9:13   66:15
sent   5:16
separate   73:8
September   25:9
set   37:13, 14
38:3   49:5
67:19   72:7
Seven   39:2, 3, 4
shake   6:12
55:1
shaken   52:20
shaven   52:15
Shaw   1:21
72:4, 19

sheet   73:9, 20
shift   39:1, 8
shit   56:16, 20
57:8
short   41:21
shut   57:16
side   30:16
34:19   35:5, 7
36:8   45:5   46:1
sign   71:8
Sikes   22:14
25:13   33:20
similarly   23:3
simple   68:12
simply   7:13
sir   12:2   51:13
58:9
Sis   43:7
sister   67:14, 18,
21   68:3
sit   34:18
sitting   7:14
situation   15:7,
9   63:7   69:11
six   21:19
23:16   24:16
25:21   34:7
39:5
six-foot   38:15
sixth   31:20
size   37:15
skin   54:12, 16,
21
sliced   57:11
small   37:15
38:15   39:21
43:4
smarquez@bake
rdonelson.com
2:16
smart   56:13, 15
Smoking   50:12,
13   51:2, 3
Smooch   8:15,
16
snacks   60:4
somebody
11:12   21:14
22:20   57:6, 18

somebody's
25:5
someplace   9:3
something's
19:6
son   12:11, 17
13:18   22:7
33:17   55:3, 4, 5
70:14
son's   12:21
61:12
Soon   37:2
sorry   8:3   15:8
18:20   32:7, 12
speak   12:7
47:10   67:2
69:8
speaking   13:18
15:6
special   39:6
Specific   56:20
specifically
7:18   20:21
54:4
specifics   54:20
speeding   44:18
spell   8:6   17:5
spending   28:21
spoke   46:17
54:8
spoken   13:20
14:4, 11, 13, 16
17:15, 18   18:6
S-Q   41:21
Squint   41:17,
21   42:14
squinting   41:19
staircase   34:14
35:5
stairs   34:14
36:13
stand   37:20, 21
38:1, 2, 14
standing   46:15
47:13, 14
start   38:19
39:1
started   15:16
39:8

state   5:8   24:6
31:15   52:9
70:14, 17   72:3,
4
stated   50:4
STATES   1:1
stay   11:9
23:13   45:16, 17
stayed   10:19
11:7
stenographically
72:10
step   43:10
stepped   24:11
steps   34:8   37:2
stepson   33:19
38:11
stools   34:20
Storage   38:6
stores   62:15
63:4
stove   35:1
Strafford   8:16
straight   34:17
35:13   57:13
Street   2:6, 14
3:5, 12   23:12
41:6
strong   43:16
stuff   23:19
51:3   53:12
57:11   58:11, 14,
21   59:3, 4   60:5,
16, 18   62:3
66:5
stupid   56:16
subject   62:12
subsequent   14:8
substance   20:18
sudden   15:12
sued   21:14
22:3
sugar   58:10
suing   22:19
suit   22:4   23:20
Suite   3:5, 12
Sullivan   32:17
supervisor
43:14   44:11

63:1
support   43:15
supposed   6:7
13:12   25:4
57:19   60:5
64:7
supposedly
56:20
sure   6:16   7:3
9:7   11:3   18:18
19:4   20:5
29:19   30:13
35:3   46:4   54:5,
14   56:5   66:1
sworn   5:6   72:8
system   38:2, 13

< T >
tags   31:14, 17
32:8
take   6:12
23:17   24:11
36:16   38:17
39:5   40:18
44:6   56:10
57:3   60:5
70:13, 15, 19
71:13
Taken   1:15
40:7   44:7, 15
talk   6:3   33:9
47:20
talker   63:19
talking   6:4
19:11   22:18
46:2   53:17
TASHER   3:19
Tasker   32:19
Taxman   33:2
tboardman@han
sellaw.com   2:9
tearing   53:12
television   38:1
tell   6:16   7:10
11:10   12:13
20:11   21:16
23:8   25:4
27:16   38:10
45:14   48:12
49:2, 7   50:1

53:*21*  54:*12, 15*
57:*10*  63:*16*
**telling**  43:*7*
57:*13*
**temporarily**
11:*13*
**temporary**
63:*14*
**ten**  27:*3*  34:*7*
**test**  7:*10*
**testified**  5:*7*
**testify**  11:*19*
**testimony**  7:*18*
73:*5*
**Thank**  5:*11*
12:*3*  16:*4*  23:*6*
25:*7*  27:*12*
28:*17*  71:*6, 18*
**thanks**  71:*17*
**theft**  20:*15*
**thing**  16:*6*
21:*7*  40:*2*  43:*1,
2*  59:*15*  70:*13*
**things**  6:*19*
7:*4*  13:*11, 12*
14:*18*  15:*12*
23:*14*  60:*3*
**think**  17:*8*
20:*14, 15, 21*
21:*19*  29:*6, 7*
54:*2*  56:*17, 6,
18*  62:*21*  64:*21*
67:*12*  68:*11, 13,
14, 15*  69:*3*
71:*1*
**thinking**  22:*18*
55:*18*
**thirty**  68:*7*
**thought**  56:*15*
**thousand**  21:*21*
**three**  9:*10*
25:*1*  26:*6, 8*
46:*3*  53:*11, 15*
54:*2, 7, 19*
**thrown**  21:*1, 2*
**Thursday**  1:*17*
**TIANA**  2:*4*
**time**  6:*3, 4*  9:*3,
8*  20:*13*  21:*1*
22:*10*  23:*10*

28:*21*  33:*14*
38:*16*  39:*1, 3, 7*
40:*13, 18, 20*
43:*19*  44:*1, 5*
55:*14*  58:*12, 16*
63:*10*  67:*1, 14*
70:*9, 10*  71:*3, 6*
72:*7*
**times**  42:*7*
**time-wise**  64:*1*
**TIMOTHY**  1:*3*
5:*16*  10:*13, 19*
12:*17*  14:*13, 15,
16*  16:*20*  17:*8*
18:*16*  22:*10*
23:*14*  24:*2, 12*
25:*15*  28:*18, 20*
29:*9, 10*  31:*3*
33:*20*  37:*7*
40:*7, 9, 18*
41:*16*  42:*3, 10*
49:*21*  50:*5, 8*
52:*5, 9, 21*  53:*1*
55:*2, 7, 8*  60:*12*
61:*3*  62:*13*
66:*3, 12*  67:*3,
21*  69:*15, 18, 20,
21*  70:*6, 16*
**Timothy's**  10:*6*
14:*7*  17:*19*
18:*7, 9*  19:*15*
27:*15*  37:*11*
47:*3, 13*  59:*6*
66:*18*  69:*8*
70:*19*
**told**  13:*18*
48:*16*  54:*8*
55:*12*  56:*12*
60:*21*  61:*1, 5*
63:*5*  65:*7*  68:*1,
17*
**top**  16:*1, 2, 6*
36:*13*  37:*18*
**total**  53:*16, 19*
**touch**  61:*15*
**towed**  31:*9, 10,
12, 19*
**toys**  38:*6, 16*
**traffic**  39:*7*

**trafficker**  50:*5,
6*
**trafficking**  50:*7*
**transcript**
71:*14*  72:*10*
73:*4, 9*
**trash**  36:*5, 9*
48:*6*
**travel**  52:*9*
**Trevor**  16:*21*
17:*11, 12, 15, 18*
22:*7*  33:*17*
36:*19*  40:*6, 10,
13*  60:*10*
**Trevor's**  60:*9*
**tried**  21:*5*
62:*21*  63:*3, 4*
**trouble**  42:*8, 9*
60:*6*  67:*6*  68:*3*
**true**  72:*11*  73:*5*
**truthfully**  6:*21*
7:*6*  11:*20*
**try**  32:*1*  62:*14,
20*
**trying**  11:*3, 6*
15:*13*  16:*19*
23:*6*  33:*21*
55:*1*  56:*9*
64:*12*
**turn**  15:*20, 21*
16:*9*  67:*3*  68:*2,
6*
**turned**  15:*13*
55:*13*  68:*8*
**turning**  55:*13*
**TV**  38:*13*
**twin**  37:*15, 18*
**two**  6:*19*  7:*3*
10:*8, 9, 12*
16:*17*  21:*20*
23:*15*  26:*15*
38:*1, 6*  41:*3, 4,
5, 6*  45:*14, 18*
46:*1, 6*  53:*11,
12, 13*  54:*11*
68:*1*
**Tylance**  17:*3, 4,
13*  18:*5, 17*
36:*21*

**T-Y-L-A-N-C-E**
17:*7*
**type**  30:*6*
38:*12*  40:*2*
60:*5*

**< U >**
**uh-huh**  6:*12*
**uh-uh**  6:*12*
34:*18*
**um**  20:*14*  25:*3*
45:*21*  48:*21*
49:*2*  52:*8, 10,
14*  57:*14*  69:*2*
**UMBC**  28:*2*
**Um-um**  61:*17*
**uncle**  62:*2, 4*
63:*12*
**understand**
6:*15*  11:*4*  14:*5*
15:*14*  26:*7*
27:*18*  30:*10*
56:*3*  60:*19*
64:*13*  67:*8*
**understanding**
9:*4*  33:*21*  64:*5,
9*  66:*7, 11*
**understood**
6:*20*  7:*5, 21*
9:*2*  61:*16*
64:*12*  70:*21*
**UNITED**  1:*1*
**upset**  15:*7*
**upstairs**  53:*12*
**use**  31:*1, 3*
51:*12*  58:*11, 13,
14*  73:*21*
**usually**  40:*13,
18*

**< V >**
**Valentine's**
67:*19*
**vehicle**  31:*16*
45:*9*
**vehicles**  45:*6*
**verbal**  6:*10, 11*
**Video**  1:*16*
59:*16*

**videoconference**
72:*6*
**violence**  25:*3*
**Virtually**  1:*15*
7:*14*
**vision**  46:*3*
**visit**  39:*11*
**vitamins**  57:*3*
**voices**  53:*17*
**VOLUME**  1:*11*
**vs**  1:*5*

**< W >**
**waived**  20:*2, 6*
**walk**  35:*13*
45:*13*
**walk-in**  34:*17*
**walking**  41:*6*
**walkway**  34:*5,
7*  47:*13*
**want**  14:*3*
**warrant**  28:*15*
30:*20*  33:*10*
48:*16*  49:*14*
**way**  34:*20*
39:*11*  41:*3*
72:*13*
**weapon**  45:*15*
46:*20, 21*  57:*19*
**Well**  9:*9*  15:*17*
18:*17, 19*  19:*3*
24:*10*  50:*20*
52:*13*  60:*10*
63:*3*  70:*12, 19*
**went**  15:*10*
38:*14*  42:*4*
43:*1*  61:*21*
62:*1*  66:*5*
**we're**  7:*13, 14*
14:*7*  62:*12*
**West**  29:*8*
**we've**  10:*16*
24:*16*  47:*12*
**whatnot**  43:*10*
**whereabouts**
58:*4*
**White**  46:*18*
47:*8*
**wine**  30:*6, 14*
**wit**  72:*3*

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 83 of 186

**within-named**
72:*6*
**WITNESS** 4:*3*
5:*5, 10* 8:*8*
16:*3* 17:*7* 72:*6,*
*15* 73:*13*
**woman** 69:*2, 3*
**wood** 62:*11*
**Woodyear** 9:*21*
10:*7*
**words** 11:*3*
21:*13*
**work** 7:*20* 9:*5*
13:*16* 23:*14*
25:*7* 39:*6, 8, 16,*
*21* 43:*2* 58:*17*
61:*21* 62:*1*
63:*1, 4, 14*
70:*16, 18* 71:*3*
**worked** 63:*10*
**working** 28:*5, 9,*
*14, 18, 20* 38:*20*
39:*10* 63:*11*
**wrong** 19:*6*

**< X >**
**X-Y-Z-1-2-3**
66:*4*

**< Y >**
**ya** 41:*10, 13, 21*
42:*19* 65:*9*
**yard** 35:*20*
**Yeah** 20:*10*
21:*3, 4* 24:*8*
30:*8, 11* 35:*8*
41:*9* 42:*8*
44:*12, 17* 45:*19*
46:*8, 21* 49:*12,*
*18* 50:*3, 14*
51:*11* 54:*7*
56:*21* 59:*13*
60:*2, 3, 8* 70:*4*
**years** 10:*8, 9,*
*12* 20:*14, 15*
21:*19* 26:*15*
27:*3* 51:*8*
**yelling** 52:*20*
**Yep** 27:*1, 9*

**young** 11:*8*

**< Z >**
**ZENA** 1:*14*
4:*4* 5:*4, 10*
8:*10, 16, 21*
12:*3* 45:*16*
**Ziploc** 58:*13*
**Zoom** 1:*16*

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 10

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF MARYLAND

3      TIMOTHY BROWN

4              Plaintiff

5      vs.                           CASE NO.:

6      MAYOR AND CITY COUNCIL OF          23-CV-155 GLR

7      BALTIMORE CITY, et al.

8              Defendants

9      _____/

10

11                   VOLUME II

12

13              The deposition of ZENA CUNNINGHAM was

14     continued via Zoom on Thursday, June 26, 2025,

15     commencing at 9:00 a.m. and was reported remotely

16     via stenographic means by Paula J. Eliopoulos,

17     Notary Public.

18

19

20

21     REPORTED BY:  Paula J. Eliopoulos

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:

 3    TIANA BOARDMAN, ESQUIRE

 4    Hansel Law PC

 5    2514 North  Charles Street

 6    Baltimore, Maryland 21218

 7    tboardman@hansellaw.com

 8

 9    ON BEHALF OF DEFENDANT ROBERT HANKARD:

10    SABRINA N. MARQUEZ, ESQUIRE

11    Baker Donelson Bearman Caldwell & Berkowitz

12    100 Light Street 19th Floor

13    Baltimore, Maryland 21202

14    smarquez@bakerdonelson.com

15

16

17

18    (Appearances continued on the next page.)

19

20

21
```

1   APPEARANCES CONTINUED:

2

3   ON BEHALF OF DEFENDANT KEITH GLADSTONE, MICHAEL

4   O'SULLIVAN, KENNETH PATZMAN, AVRAHAM TASHER AND

5   ANTONIO SAUNDERS:

6   CHRISTOPHER JEFFRIES, ESQUIRE

7   Kramon & Graham, P.A.

8   750 E. Pratt Street S/1100

9   Baltimore, Maryland 21202

10  cjeffries@kg-law.com

11

12

13

14

15

16

17

18

19

20

21

Deposition of Zena Cunningham, Volume 2    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 87 of 186

```
 1                          INDEX

 2              Deposition of Zena Cunningham

 3                     June 26, 2025

 4

 5   EXAMINATION BY:                        PAGE:

 6   Mr. Jeffries                            78

 7   Ms. Marquez                            142

 8   Ms. Boardman                           157

 9   Mr. Jeffries                           159

10

11

12

13

14                        EXHIBITS

15              (No Exhibits were marked.)

16

17

18

19

20

21
```

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 88 of 186

```
 1                    PROCEEDINGS

 2   Whereupon

 3                    ZENA CUNNINGHAM,

 4   called as a witness, having been first duly sworn

 5   to tell the truth, the whole truth, and nothing

 6   but the truth, was examined and testified as

 7   follows:

 8   EXAMINATION BY MR. JEFFRIES:

 9        Q      Good morning, Ms. Cunningham.

10        A      Good morning.

11        Q      I'm Chris Jeffries, as you know.  I

12   represent a number of the Defendants.  It's nice

13   to see you this morning.

14                We're going to pick up kind of where

15   we left off.  I may bounce around a little bit, but

16   we'll keep moving through.  Okay?

17                Is that okay?

18        A      You're going in and out just so you

19   know, again.  Remember the last time.

20        Q      Thank you.  Can you hear me better

21   now?
```

1    A      Say it again.

2    Q      Are you able to hear me better now?

3    A      I can hear you, but like really faint.

4           MS. BOARDMAN:  Is your volume all the

5    way up on your computer?

6           THE WITNESS:  That's what I'm checking

7    now.  It says it is.

8    Q      That's funny because the only thing I

9    did was turn my volume up --

10   A      Okay.

11   Q      -- from when I started talking.

12          Can you hear me better now?

13   A      Yeah.  Like at first I was hearing

14   every other word now I can hear you.

15   Q      Okay.

16   A      You're faint but I can hear you.

17   Q      If at any time you're having problems

18   hearing me, tell me; okay?

19   A      Okay.

20   Q      Can the rest of you hear me okay?

21          MS. BOARDMAN:  Yes.

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 90 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

```
 1              THE COURT REPORTER:  Yes.

 2      Q      Okay.  So Ms. Cunningham you know the

 3  general ground rules, only one of us speaks at a

 4  time.  And please make sure to give verbal

 5  responses; right?

 6      A      Yes.

 7      Q      Okay.  I'm assuming you haven't spoken

 8  with anybody about your testimony since we started

 9  the deposition; is that correct?

10      A      Yes.

11      Q      Okay.  So when we -- I think when we

12  left off I was asking you in part about Mr.

13  Brown's guilty plea.

14              Do you recall that testimony

15  generally?

16      A      Say that again.

17      Q      I think when we left off I was asking

18  you about Mr. Brown's guilty plea.

19      A      Uh-huh.

20      Q      Do you recall that testimony?

21      A      Vaguely.
```

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 91 of 186

1      Q      Okay.  So -- well, let me go back a

2    little bit then.

3            My understanding is that your son

4    Timothy, Mr. Brown I'll call him, pled guilty as a

5    result of the search back in February of 2014.  Is

6    that your -- for what was seized during that

7    search.  Is that your understanding?

8      **A      Yes.**

9      Q      Okay.  Do you have an understanding as

10   to why he pled guilty?

11     **A      Yes.**

12     Q      What is that understanding?

13     **A      The understanding that he pled guilty**

14   **to it is that they told him that if he did not I**

15   **would go to jail.**

16     Q      And who told him that?

17     **A      The officers.**

18     Q      The officers.  Which officers?

19     **A      I can't recall which immediate**

20   **officers told him that he had to -- he had to make**

21   **a plea in order for me not to go.  Mr. Harris, the**

1    lawyer that represented me would know their exact

2    names.  I didn't keep a record of that.  I'm

3    sorry.

4        Q      That's okay.  When was that

5    conversation?

6        A      Maybe a week before I went to trial.

7        Q      When was your trial scheduled?

8        A      Oh my God, I can't even remember when

9    I went to court for that.  I know it had to be

10   like maybe three or four months after my home was

11   messed up.

12       Q      So the search was in February of 2014,

13   so somewhere around late spring, early summer; is

14   that fair?

15       A      Around that time I'm going to say it's

16   fair.

17       Q      Okay.  And who is it -- you're saying

18   it was a police officer that had this

19   conversation?

20       A      Huh?

21       Q      You're saying it was a police officer

1    that had this conversation?

2        A        We had a conversation with one of them

3    officers over -- on the phone when they told me to

4    contact him and get him back there, which I could

5    not.

6                When he reached out to one of the

7    family members, he called Mr. Harris.  Mr. Harris

8    told him that the only way that they was going to

9    take the weight off of me was for him to take the

10   weight.  Does that make sense?

11       Q        Yes.

12       A        Can you hear me?

13       Q        Yes, I can hear you.

14                So are you telling -- are you telling

15   me that that's what a police officer said or are

16   you telling me something that -- or are you

17   telling me that's what a lawyer said?

18       A        I did not hear the officer say that to

19   him directly.

20       Q        Okay.

21       A        I'm going through -- how can I -- how

Deposition of Zena Cunningham, Volume 2       Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 94 of 186

1    is the best way to say, hearsay.

2         Q       Okay.

3         A       Like you called me and I passed the

4    message to him and he passed the message back to

5    me and I passed it back to you.

6         Q       Okay.  But are you saying that it's

7    your understanding that a police officer had a

8    conversation with Mr.  Brown -- with your son and

9    said that?

10        A       Not an officer, a detective.

11        Q       Okay.  And was that a detective -- did

12   that detective have something to do with the

13   execution of the search warrant at your house?

14        A       I don't know.  I don't even remember

15   his name.

16        Q       Okay.  Do you know when this

17   conversation occurred?

18        A       After he was arrested.

19        Q       Can you be any more specific than

20   that?

21        A       No.  All I know is the conversation

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 95 of 186

1    took part after he was arrested.

2         Q       Okay.  And you're saying this based on

3    information that was relayed to you by Mr. Harris?

4         A       Yes.

5         Q       Okay.  And I should have asked you

6    before, is anyone else in the room with you?

7         A       No, I'm by myself.

8         Q       Okay.

9         A       The fan, that's what you hear.  The

10   fan.

11        Q       As hot as it is, of course.  No

12   problem.

13               Okay.  Do you know why your son didn't

14   proceed to trial?

15        A       Say it again.

16        Q       Your son, do you know why your son did

17   not proceed to trial?

18        A       Because from my understanding from

19   Mr. Harris that it was in his best interest to

20   plead out because he was -- the information that

21   Mr. Harris was given is that they supposedly had

1    found X, Y, Z, 1, 2, 3.

2         Q        Okay.  Were you present when -- during

3    his plea?

4         A        Was I present during what?

5         Q        Were you in court when your son pled

6    guilty?

7         A        Yes.

8         Q        And he was represented by counsel;

9    correct?

10        A        By a free lawyer, not by a paid

11   attorney.  We couldn't afford two.

12        Q        He was represented by a Public

13   Defender?

14        A        Yeah, by a free lawyer.

15        Q        So he was represented by a Public

16   Defender; correct?

17        A        Yes.

18        Q        Okay.  Do you recall that lawyer's

19   name?

20        A        No.

21        Q        Was it a man or a woman, do you know?

Deposition of Zena Cunningham, Volume 2                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 97 of 186

1      A       I believe when it started out it was a

2  woman.

3      Q       Okay.  Do you recall--

4      A       And when Mr. Harris represented me,

5  they said he couldn't represent Timothy because it

6  was a conflict of interest.

7      Q       Understood.  Do you recall whether it

8  was a man or woman that appeared with your son

9  when he pled guilty?

10     A       I can't recall.

11     Q       Okay.  I want to switch topics a

12  little bit.  I understand that at some point Mr.

13  Brown was involved in a motor vehicle accident.

14     A       Say that again.

15     Q       I understand at some point that Mr.

16  Brown was involved in a car accident -- I believe

17  it was a car accident; is that correct?

18     A       When he was hit?

19     Q       I believe.

20     A       Yes.

21     Q       Okay.  When did that occur?

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 98 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    A        Oh my God.

2    Q        I'm not asking for the date but if you

3    can, you know, at least if you can give me the

4    year and we can work from there.  Let's start

5    there.

6    A        I believe it was in 2013.

7    Q        Okay.  Can you give me around about

8    time of year?

9    A        It would have to be spring going --

10   fall -- fall going in to winter.

11   Q        Okay.

12   A        Because I believe I was putting

13   jackets on my grandson taking him to day care.  So

14   it was cool but it wasn't hot.

15   Q        Okay.  My understanding is this was a

16   serious accident; is that correct?

17   A        The car accident?  Yeah.

18   Q        All right.  Please tell me what

19   happened.

20   A        He was hit by a drunk driver.

21   Q        I'm sorry to hear that.  Where did it

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 99 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    occur?

2        **A        Northeast Baltimore on Sinclair and**

3    **Walther.  Walther Avenue.**

4        Q    And what was--

5        **A        Wait a minute.  Frankford and Walther**

6    **because the paramedics or the medical people said**

7    **that he was dragged for a block underneath of the**

8    **car.**

9        Q    What was Mr. Brown doing when he was

10   struck, do you know?

11       **A        Crossing the street.**

12       Q    Do you know what time of day this

13   happened?

14       **A        It was -- Johns Hopkins Bayview said**

15   **that the report came to them in the middle of the**

16   **night.  So they said they estimated that he was**

17   **found about 11:30, 12:00 at night -- 12:00 at**

18   **night but when they found him, they didn't have**

19   **him listed as Mr. Brown.  He was listed as Tay Doe**

20   **for about two weeks.  They couldn't identify him.**

21       Q    So Mr. Brown was struck by a drunk

Deposition of Zena Cunningham, Volume 2        Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 100 of 186

1    driver when he was crossing the street?

2        A        Yes.  And it all boiled down to the

3    investigation and whatnot.  And when they dug into

4    it, he was hit by a drunk driver in a stolen

5    rental car.

6        Q        After he was hit you mentioned EMS and

7    you mentioned Bayview,

8        A        Say that again.

9        Q        After he was -- in answering my

10   questions you mentioned EMS and you mentioned

11   Bayview.

12       A        Yes.

13       Q        So was he taken, he was taken by

14   paramedics to Bayview?

15       A        Yes.  That's where we found him at two

16   weeks later, Johns Hopkins Bayview, in the ICU

17   department listed as Tay Doe.

18       Q        T-a-y?

19       A        T-a-e, I guess.  All I know, to me it

20   was a Doe.  We had been calling around hospitals

21   everywhere and nobody had a John Doe.  Low and

Deposition of Zena Cunningham, Volume 2                              Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 101 of 186

 1    behold, the reason why they didn't give us the

 2    information because instead of John Doe they had

 3    Tay Doe.  What difference did it make?  You all

 4    had an unidentified male as Doe.

 5        Q       Understood.

 6        A       We could have found my son earlier

 7    than what we did.

 8        Q       I understand.  I'm sorry to hear that.

 9    Did you -- was anything -- did you make a report

10    to the police?

11        A       Uh-huh.

12        Q       So Mr. Brown was in Bayview for at

13    least two weeks because that's the period of time

14    when you found him.

15        A       Mr. Brown was in Bayview for longer

16    than two weeks, he was just in the critical

17    department for about three weeks.

18        Q       Thank you.  That's what I was going to

19    ask you.

20        A       Yeah.

21        Q       He was in the ICU for about three

Deposition of Zena Cunningham, Volume 2     Document 112-4     Filed 08/20/25     Page 102 of 186
Timothy Brown vs. Mayor and City Council of Baltimore City, et al.
Case 1:23-cv-00155-GLR

1    weeks?

2         A        Yeah.   And then they moved him to

3    another part of the hospital.

4         Q        Where was he moved after that?

5         A        He was moved to, from ICU to another

6    part of the hospital.   I forget what the name of

7    the ward was but it was for severe brain trauma.

8         Q        Do you have an understanding of the

9    nature of his injuries as a result of--

10        A        Do I have an understanding of what?

11        Q        Do you know what his injuries were as

12   a result of that accident?

13        A        He has, if I'm pronouncing it correct,

14   he had a cerebral hematoma and that his brain kept

15   swelling to the point where they had to give it

16   air pockets so the swelling could, the brain still

17   could sit inside the cranial.   The most trauma

18   was, let me get it correctly, the medulla

19   oblongata which is in the back of the brain and

20   they considered him to have severe brain trauma.

21        Q        Do you remember any of the physicians

1   that treated him?

2        A        Oh my God, no.  All I remember is the

3   program that helped us out the most was at Sinai

4   and it was called the RETURN and it was for

5   families and patients that had severe brain

6   trauma.  He was in the RETURN program at Sinai

7   Hospital.  They helped him to walk again, speak

8   verbally again, his memory.

9        Q        Okay.  About how long was he at

10  Bayview?

11       A        I'm going to say about 45 to 60 days.

12       Q        Between 45 and 60 days?

13       A        Uh-huh.

14       Q        Okay.  Where did he go from Bayview?

15       A        Maryland General.  It doesn't exist

16  any more but they sent him to Maryland General.

17  That was another rehabilitation center that helped

18  him with different coping mechanisms.

19       Q        How long was he at Maryland General?

20       A        30 days.

21       Q        And what was his treatment there that

1    you recall?

2        A        Still dealing with the brain, dealing

3    with mobility, walking, dealing with life skills,

4    helping him adjust back to dealing with people and

5    society and every day skills.

6        Q        Okay.  So let me unpack that a little

7    bit.  In terms of walking, what was the assistance

8    there?

9        A        He was on a walker.  He used a walker.

10       Q        And what do you mean in terms of life

11   skills?

12       A        How to bathe himself again because we

13   had to bathe Timothy.  How to bathe himself again,

14   brush his teeth.  He had a head full of hair he

15   didn't want us to cut.  Because they had cut the

16   hair off because of the brain thing, he didn't

17   want us to cut the rest of his hair so me and his

18   son's mother was helping him and along with the

19   life skills, to comb and brush the hair again.

20   Every day things.

21       Q        So activities of daily living, is that

```
 1    fair?

 2         A        Yes.

 3         Q        Okay.  Other skills or coping you

 4    mentioned.  What else?

 5         A        Yeah.  Like coping with the fact that

 6    he couldn't get up out of there and leave because

 7    his main focus while he was in there was getting

 8    back out there and being a dad to my grandson.

 9    And he forgot -- you know, he had memory loss but

10    the only thing that he kept really asking for was

11    that boy.  And by him being so young, we couldn't

12    bring him there.

13         Q        I understand.

14                  Any other treatment that you recall

15    when he was at Maryland General?

16         A        No.  Except for, you know, still

17    getting the medication.  He was having seizures so

18    they was giving him Dilantin, phenobarbital.

19                  And giving him blood thinners so no

20    blood would clot on the brain.  And it was a

21    few -- oh my God, I can't remember everything.  I
```

Deposition of Zena Cunningham, Volume 2                          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 106 of 186

```
 1    got folders downstairs this thick if you want me

 2    to go get the folders maybe I can, you know, get

 3    those and help you.  But it was a lot.

 4         Q      You have some of his medical records?

 5         A      Oh, yeah.  Oh, yeah.

 6         Q      I'm not going to -- well, I'm certainly

 7    not going to ask you to get those now but if you

 8    can turn those over to counsel, we can get them

 9    that way.  I'm assuming you have those to turn

10    over to counsel.

11         A      Okay.  No problem.  Yes, I got all of

12    his stuff from day one.

13         Q      Okay.

14              MR. JEFFRIES:  Ms. Boardman, is that

15    something you can get to us after you get it?

16              MS. BOARDMAN:  After I look at it and

17    see if it's -- yes, I can get it to you.

18              MR. JEFFRIES:  Okay.  Thank you.

19         Q      So now he's at Maryland General for 30

20    days, and then where does he go from there?

21         A      He comes home where they recommend
```

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 107 of 186

1   that I enroll him in a program that would help not

2   just him but help the family to deal with him as

3   well.

4        Q      Okay.  And is that -- what program --

5   did you enroll him in the Sinai program?

6        A      RETURN, the RETURN program at Sinai

7   Hospital.

8        Q      All right.  And was that an outpatient

9   or inpatient program?

10       A      Uh-huh.

11       Q      Which?

12       A      It was outpatient.  Timothy would go

13   and come.  I put him on the white bus on days that

14   I couldn't take him and it would take him along

15   with the walker and bring him back.  And my

16   husband or myself would take turns helping him.

17       Q      How long did that program last?

18       A      He stayed in there for three months.

19       Q      After that three months -- and I'm

20   going to talk to you about that period, but after

21   that, did he receive further treatment?

1           A       Except for periodic physicals and

2    stuff, no.  Because after the point where he felt

3    as though that he had a handle on things the

4    involvement in the program became voluntary.  We

5    couldn't make him go.

6           Q       Understood.  Okay.  So let's go back

7    to Sinai for that three month period.  Do you have

8    an understanding of what the treatment -- of what

9    his treatment was then?

10          A       Discussing things that -- he became

11   very agitated at times and the agitation came from

12   not remembering, you know what I'm saying.  Not

13   being able to hold the spoon without shaking.

14   Not, you know, things of that -- that the, his

15   nervous system was kind of messed up.

16              So he was having a problem with coping

17   with daily things.  And so to help him and to help

18   us to understand what he was going through, they

19   recommended that he went to Sinai for the RETURN

20   program.

21          Q       Has he continued to have any -- after

```
 1   being at Sinai, did he continue to have problems

 2   coping?

 3        A       No, not really.  But he still -- he's

 4   still supposed to get checked out once a year

 5   because they said that it could clot or he could

 6   -- what he think is a mild headache could be

 7   something else.  Because that trauma she said had

 8   no definite date on when his mind would be right.

 9        Q       And so has he gotten those checkups

10   each year?

11        A       That I'm aware of.

12        Q       Where has he gotten them, do you know?

13        A       Oh my goodness.  What is this program

14   called that's over on --  Healthy Start.  He goes

15   to Healthy something, something Health Care.  Lord

16   have mercy, what's the name of this place?

17   Something Health Care for males that's down on

18   Park Heights and Oswego.  I think it's 4466 Park

19   Heights.

20             It's called, it's through United

21   Health Care but it was -- his insurance, Aetna
```

Deposition of Zena Cunningham, Volume 2     Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 110 of 186

1    sent him there.  And he had Chesapeake Health at

2    one time and they was sending him to a medical

3    facility to get checked out once a year.

4              And then he was -- and then his

5    dentist appointment was at John J. Coleman, that

6    was Park Heights as well.  So I tried to make his

7    appointments around in the vicinity where we live

8    so he didn't have to travel far to get to them.

9        Q      Understood.

10             When was the last time that he went,

11   had a doctor's appointment like you talked about?

12       A      I'm going to say last year.  He went

13   last year.  I'm going to say around January,

14   February.

15       Q      So January -- of 2024?

16       A      Yeah, 2024.

17       Q      Okay.

18       A      Patient First he had -- he was having

19   a headache and Patient First sent him, gave him a

20   referral to the -- to see a neurologist.

21             And he went to his primary care

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 111 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1   facility on Park Heights and he said that they

2   said he was fine.

3        Q        Okay.

4        A        Don't read too much into it, it was

5   probably just a headache that -- from straining,

6   trying to see, needed his glasses.

7        Q        How long has he worn glasses?

8        A        He's supposed to have them glasses on

9   since the accident.  Do he wear the glasses?  No.

10  He said he don't look handsome in his glasses so

11  he won't wear them.

12       Q        I wear my contacts.  I don't know if

13  it helps.

14       A        I love my frames, baby.  Me and the

15  contacts ain't going to work.  I love my frames.

16       Q        It took me a long time to get to

17  contacts.  I understand.

18       A        Really?

19       Q        I don't like putting -- I didn't like

20  putting things in my eyes.

21       A        Okay.

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 112 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    Q       So when I first got them I literally,

2  I was late for things because I couldn't put them

3  in my eyes.

4          Is that why his nickname is Squints?

5    **A       Yes, that's why because he squints to**

6  **see.**

7    Q       You mentioned Chesapeake Health, you

8  mentioned Aetna, a few other insurance companies.

9  Is it your understanding that Mr. Brown has

10  insurance?

11   **A       Medical insurance?**

12   Q       Yes, ma'am.

13   **A       Uh-huh.**

14   Q       Okay.  Who is it through?  Do you know

15  who it's through?

16   **A       It's through the State.  It's State**

17  **provided.**

18   Q       Got you.  And how long has it been

19  State provided?

20   **A       For over two years now.  Because when**

21  **he -- he tried to go back into the work force, the**

Deposition of Zena Cunningham, Volume 2    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 113 of 186

1    headache thing caused him to be out.  And then he

2    had gotten a bout of Covid and they didn't -- it

3    didn't -- he didn't recover well from it and the

4    place that he was working at, Crispy Bagels,

5    didn't give him the amount of time that he needed

6    off.

7                    They were like you come to work or you

8    don't have no job.  And he said he had Covid

9    related issues and so he still wasn't feeling

10   well.  And they said that he was still -- he had

11   been there under a year, he was still on the six

12   months probationary period and he couldn't lose

13   any more time and if he didn't report to work he

14   didn't have no job, so it didn't work out well.

15       Q        Has the State said he's unable to

16   work?

17       A        Huh?  Yeah.

18       Q        Okay.  When was that finding made, do

19   you know?

20       A        Okay, so -- he was -- he -- after the

21   accident and he was in the hospital I signed him

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 114 of 186

1    up for disability.  They gave it to him

2    automatically because of the brain trauma and the

3    severity of the head injury.

4            Now what his worker says is they want

5    people like him to go back into the work force so

6    she was, you know, trying different little

7    programs to put Timothy in for him to be

8    introduced back into the work program.

9            But the hit of that is, he could only

10   make so much -- so many hours a month that won't

11   interfere with his monthly benefits.

12       Q      Got it.

13       A      Timothy receives State benefits right

14   now.

15       Q      Okay.  And he's been receiving them

16   since, around about since the accident?

17       A      Yes.

18       Q      Okay.

19       A      Not about the accident, after the

20   accident because it took me a fight to get to

21   there, yeah.

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 115 of 186

1      Q      Understood.  Okay.  And did he receive

2    State benefits even when he was locked up?

3      A      No.  When he was locked up they didn't

4    give it to me.  It was cut off and then once he

5    got out, reinstated.

6      Q      Understood.  Was he still receiving

7    his yearly medical treatment when he was

8    incarcerated?

9      A      I had to fight to get that too.  I had

10   to send a copy of everything that he was taking

11   and had been through and everything.  That's why I

12   said I got a whole folder downstairs, I had to

13   send that over to the medical facility over at the

14   jail.

15         It was some inmate counsel

16   representative from Reisterstown Road that took

17   all of the information from me and sent it over

18   there to the jail so that boy could get his

19   phenobarbital, Dilantin and other things in

20   reference to the seizures and the brain trauma

21   that they wasn't taking my word for it over the

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 116 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    phone.

2         Q       Understood.

3         A       So that's -- when you hear me say I

4    had to fight, I mean I had to fight.  And I just,

5    before he got incarcerated but after the

6    incarceration as well because they wouldn't give

7    that boy his medication.

8         Q       I understand.

9         A       They didn't just take my word for it,

10   you know, even though I know people do do that.

11   But why would a mother go out of her way, you

12   know, to do all of this and make sure that her

13   child gets his medication no matter how old he is

14   when you're telling them that he had a severe

15   brain trauma and he needs to take these

16   medications for X, Y, Z, 1, 2, 3.

17        Q       Understood.  How many different

18   medications was he taking in--

19        A       Four.  Four that was mandatory.  That

20   was the phenobarbital, the Dilantin, the blood

21   thinner, which I can't remember the name of it,

1    and the -- it's on the tip of my tongue.  It's an

2    antiinflammatory -- Meloxicam, Meloxicam or

3    something like that that helps with inflammation

4    so the back of the brain wouldn't swell.

5         Q      For what period of time was he taking

6    those four medicines on a mandatory basis?

7         A      From the time he got out of the

8    hospital until -- until he came home.

9         Q      Is he on any medication now, do you

10   know?

11        A      I'm not sure.  Is he supposed to be?

12   Yes.

13        Q      Got it.

14        A      Is he taking it?  I don't know.

15        Q      Thank you.  That was going to be my

16   next question.  To your understanding what is he

17   supposed to be taking?

18        A      Yeah.  I ask him, are you getting

19   your -- are you doing X, Y, Z?  Yeah, mom, yeah

20   mom, you know,  like I'm badgering him.  Like I

21   said, is he supposed to be?  Sure he is.  Is he

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 118 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    taking it or not?  I don't know that part.

2        Q       Do you know what he's supposed to be

3    taking?

4        A       I know for a fact it's still supposed

5    to be the Dilantin and the phenobarbital because

6    he's supposed to regulate if he feels any type of

7    tremor or whatnot because the thing they told me

8    at the RETURN program is that because of the head

9    trauma if that boy falls down and have another

10   seizure and hits that head and cracks that skull

11   once again, it might not be no returning.

12           You have to understand when we found

13   Timothy, Timothy's head was swollen the size of a

14   watermelon and they had to keep puncturing it to

15   let space in to reduce the swelling for him to

16   function.

17           They had his hands strapped to the

18   sides of the bed so he wouldn't keep pulling out

19   the tubes.  Because he kept pulling out the tubes

20   talking about he had to pick up my grandson from

21   day care which he didn't because we had the baby,

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 119 of 186

1    but he didn't remember that.

2             So his head was like something from

3    out a Frankenstein movie.  His face, all the bones

4    from the back of his feet and his buttocks was

5    showing from where the car had dragged him.  So he

6    had a lot going on.  He had a lot going on.

7             And for a parent to see their child

8    like that no matter how old they are, it was

9    devastating.

10        Q       I'm sorry you had to go through that.

11    I can't imagine.

12        A       I'm sorry -- my thing is, the

13    gentleman that hit him after it was all boiled

14    down, barely got a slap on the wrist.  He got

15    cited for driving while intoxicated and I think 3

16    to 5 years for stealing the vehicle from

17    Enterprise, that was it.

18        Q       Do you recall the gentleman's name?

19        A       No.

20        Q       Do you know who the person --

21        A       No.

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 120 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

```
 1        Q        But there was a criminal case filed?

 2        A        Yes.  Yes.

 3        Q        Was there a civil lawsuit filed

 4    against the person?

 5        A        No.  We didn't go against him civilly

 6    because they told us unless we had a paid attorney

 7    at the time that there was nothing they could do.

 8    We couldn't hold Enterprise liable because they

 9    said that the car was stolen.  And from my

10    understanding, the boy that did it, he had

11    psychiatric situations going on with hisself while

12    he was drinking and had stolen the car.  It's

13    supposed to have been some kind of flock,

14    somebody -- he gave somebody some money and they

15    let him rent the car from them.  He didn't

16    actually steal the car, he got the car from

17    somebody else that stole the car.

18             It was like a whole big mess behind

19    it.  But to make a long story short, in my book he

20    got a slap on the wrist.

21        Q        Do you recall -- so do you recall
```

1  anything else about -- well, that's too broad of a

2  question.

3             You told me that Mr. Brown obviously

4  had a brain injury.  Did he have other physical

5  injuries as a result of this accident?

6      **A**      **No.**

7      Q      You said that he had been dragged, you

8  could see his bone you said?

9      **A**      **Yeah.  The pelvic bone right here, the**

10  **bones on the heels of his feet were exposed, the**

11  **elbows and then of course back here.**

12      Q      Other than his head, did he break any

13  bones?

14      **A**      **Other than the head, no.**

15      Q      Okay.

16      **A**      **Just skinned all the way down to the**

17  **bone.  I don't even want to recall that picture.**

18      Q      To your understanding, other than what

19  you've told us, does he have any permanent injury

20  as a result of that accident?

21      **A**      **I only can tell you what the people**

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 122 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1    said that something like that he needs to check on

2    it, not to take anything, you know, for granted.

3    That a mild headache for him could be something

4    else and that he would, you know, only time would

5    tell.  Only time would tell.

6              Some people bounce back and recover

7    from it, some people don't.  Each person's

8    situation is different from what the therapist and

9    the psychiatrist and the other facilitators was

10   telling me, each person was different.  And for

11   me, to be honest, I thank God that he's moving and

12   doing the things that he's doing.

13   Q      Understood.

14             You mentioned a psychiatrist, where

15   was the psychiatrist?

16   A      You know along with all of that group

17   and all of that life skills and all of that it's

18   psychiatry involved where they sit down and ask

19   the parents or the caretakers, well, what do you

20   feel about it?  Do you see his mobility coming?

21   And then they ask him questions about certain

1    things to see if certain responses are normal with

2    the brain activity or if something agitates him

3    easily or if he's calm about certain things.

4              So a whole lot tied into his recovery,

5    a whole lot.

6        Q     Got you.  Okay.  And you mentioned a

7    therapist as well, was that in Sinai too?

8        A     Yes.  That was along with the RETURN

9    program.

10       Q     Was it PT--

11       A     Is he seeing one now?  I doubt it.

12       Q     What kind of -- was it physical

13   therapy or--

14       A     Yeah.  Physical therapy, what she

15   called it, mental and social skills, life skills

16   and something else.  All of it was all in that

17   same little program together.

18             But from what Timothy said after we

19   got out of the group and he's there -- he goes

20   there by himself, that it was a whole bunch of

21   talking and a whole bunch of probing and he said

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 124 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

 1    being nosey that was agitating him.

 2              Like they asked him, well, how are you

 3    feeling today, Mr. Brown?  He say I'm doing okay.

 4    And then she'll go, well, what makes you feel it's

 5    okay?  And he said then that's the part that

 6    agitates him.

 7              If I tell you I'm doing okay, I'm

 8    doing okay.  Why you got to -- what do you mean

 9    why am I feeling okay?  I'm feeling okay because I

10    said I'm feeling okay.  Stuff like that agitate

11    him.

12         Q    I got you.  Is he still getting

13    agitated like that now?

14         A    No.  What he does now is just talk a

15    lot.  You can tell when something is bothering him

16    because he talks a lot.

17         Q    Oh, okay.

18         A    He talks a lot.

19         Q    When did that start?

20         A    Oh my God.  To me, after the accident.

21         Q    Okay.

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 125 of 186

```
 1        A       He just talks a lot.  You can tell

 2   when something is bothering him because he'll

 3   talk.

 4                He'll go back to getting stuff that

 5   from when he was a toddler that you don't even

 6   think he would remember, but guess what, now after

 7   damn near 40 years old he's talking about it.

 8                Do you remember when I cut my finger?

 9                No, I don't remember.

10                Yeah, you remember when I cut my

11   finger.  I cut my finger when I was about 5 years

12   old and I was trying to climb the tree.

13                I don't remember that.  But I pacify

14   him and said, yeah, boy.  Yeah, I remember that.

15   I should have took you to the hospital then.

16                No, you don't.  You just telling me

17   that so I can get out your face.

18        Q       Understood.  Does he have -- to your

19   knowledge does Mr. Brown have any memory problems

20   as a result of the accident?

21        A       I can't -- if you would have asked me
```

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 126 of 186

1    that a few years ago I probably would have said

2    yeah.  But right now, no.

3         Q      Meaning you think he's getting better?

4         A      Yes.

5         Q      Okay.  Okay.  How about any--

6         A      As time progresses on, you know what

7    I'm saying, as time progresses on you can see -- I

8    can see the old Timothy.

9         Q      So even now he's continuing to

10   improve?

11        A      I want to say that his mental

12   faculties are not there I would just say that on

13   certain occasions you can see that something is

14   agitating him because he wants to talk.

15        Q      Okay.  So his mental -- you think his

16   mental faculties, as you say, are okay or are

17   improving?  I just didn't understand your answer.

18   What do you mean?

19        A      I'm not no, you know, I can't say --

20   from back then to now improving.

21        Q      Okay.

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 127 of 186

```
 1        A       Can I say that he's got it aced and

 2   he's got it -- no, I can't.  I can't determine

 3   that.  Because I can ask him if he's doing okay

 4   and he say yeah but I can look at him and see that

 5   something is bothering him.  You know, a mother

 6   knows.

 7        Q       A mother knows, of course.

 8        A       A mother knows.  And I can look at him

 9   and like say, you good?  You okay today?  Yeah,

10   I'm okay.  You want something to eat?  No, I'm not

11   hungry.  You sure you okay?  Yeah, I'm okay.

12               But that yeah that drags along tells

13   me.  Mommy knows best.  What's going on with you.

14        Q       I understand.  And I'm sorry I may

15   have asked you this the first time and I just

16   don't remember.  Does he still live with you?

17        A       We trying the independence thing.  We

18   trying the independence thing.  So I have a place

19   for him, most of the time he's here.

20        Q       Most of the time?

21        A       90 percent of the time he's here.
```

```
1        Q       Okay.  And when you said you're trying

2    the independence thing, tell me what you mean by

3    that.

4        A       I mean that I'm -- he has -- I have an

5    apartment set up for him that, you know, we take

6    care of, me and my husband.  He doesn't stay in

7    it.

8        Q       Where is that apartment located?

9        A       On Woodyear.

10       Q       Woodyear, is that 22--

11       A       Yeah.

12       Q       Okay.  Okay.  And how long -- go

13   ahead.

14       A       He doesn't stay in it.

15       Q       How long have you had that apartment

16   set up for him?

17       A       Less than a year now.  What's this,

18   June?  About six months.

19       Q       Six months, okay.

20               Is this the first time since he was

21   released that you've tried for him to live
```

```
 1   independently?

 2        A         Independently.  Has he been out there

 3   trying it on his own with quote unquote

 4   girlfriends?  Yes.  But his primary address is

 5   here.

 6        Q         Got it.

 7        A         I tried to kick him out of the nest.

 8   I tried to kick all of them out of the nest and

 9   they seem to come flying back.

10        Q         I understand.

11                  Other than, you've talked to me about

12   Timothy -- about Mr. Brown having some agitation

13   after this incident continuing, has he had any

14   other emotional issues that you have observed

15   since the incident?

16        A         I don't want to sound that I'm

17   insensitive but he does talk about different

18   things that happened to him while he was over

19   there incarcerated.  And the things that he said

20   either happened to him or he saw or he had to deal

21   with while he was over there.
```

1          And some of the stuff for me is

2    disturbing and I try to brush it off.  I don't

3    want to seem that I'm harsh but I don't want to

4    hear about nothing like that because I don't think

5    for me that's no place for nobody to be.

6          Do, you know, certain circumstances

7    happen and people have to be incarcerated or for

8    whatever reason they are, sure they are.  But to

9    actually be over there when I had to go through it

10   myself, that's no place for a human being.

11         And some of the things, the things

12   like I say when I talk to him and I see that he's

13   having a bad day and I kind of poke, you know,

14   like you poke the bear with the stick and then

15   watch out what you poke the bear with the stick

16   for because the bear turn around and slap you.  I

17   try to be mindful of that because that's one of

18   the symptoms that they told me to watch out for.

19   Don't poke and prod.

20         If he say he's okay, let it alone.

21   He's okay.  But some of them stories I don't want

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 131 of 186

```
 1    to hear about, you know.  And I know that helps

 2    him to cope with having to be over there as long

 3    as he was.  But I want to be honest with you, I

 4    don't want to hear that.

 5              And I try to listen to him because,

 6    you know, he has the brain injury and it was, you

 7    know, detrifying (sic) for him to be over there

 8    during that period of time and he couldn't cope

 9    with certain things that was going on around him

10    and adjust to being over there.

11              But to be honest with you, I didn't

12    want to hear those stories because they was

13    horrifying.

14        Q       What kind of -- and I'm sorry to ask,

15    what kinds of things was he telling you?

16        A       He said like -- well, one day he was

17    over there and he went to the bathroom and he saw

18    an individual being raped.  And he wanted to help

19    that individual but he knew that he couldn't help

20    that individual because he didn't want it to

21    happen to him.
```

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 132 of 186

```
 1              And to see a grown man cry and tell

 2   you something like that bothered him, that bother

 3   me.  You know what I'm saying --

 4        Q       I understand.

 5        A       You're a man.  You know what I'm

 6   saying.  I don't know, you know, about your

 7   sexuality thing but you don't want to hear about

 8   man or woman, you know, having to have that happen

 9   to them.

10        Q       Of course not.

11        A       That's not good.

12        Q       Understood.  Again, I'm sorry.  Were

13   there other things that he told you?

14        A       Huh?

15        Q       I said, again, I'm sorry.  Were there

16   other things that he told you.

17        A       The people taking your belongings,

18   people trying to fight you.  That if you didn't

19   belong to a certain association or you didn't want

20   to affiliate yourself with certain things or

21   certain situations going on over there that you
```

```
 1   were picked upon.

 2              That you had to show that you had

 3   teflon skin or they would take advantage of you in

 4   that institution.  And with somebody that has

 5   brain trauma and they already going through

 6   something or have a flare up or whatever the case

 7   may be, like I said, the first year or so we had

 8   to fight for him to get his medication.  That was

 9   frustrating for him to get the simple basic things

10   that he needed to survive.

11              And for him to tell me stories about,

12   you know, somebody trying to take somebody's

13   tennis shoes or you got to fight for your clothes.

14   Or if somebody didn't like you, they took your

15   food and all of this that and the other.  That's

16   something that I think that's harsh.  That's harsh

17   for anybody, whether you have a brain injury or

18   not to have to deal with something like that when

19   he proclaimed from day one that you know I

20   wouldn't do nothing like that to you.  You know I

21   wouldn't have nothing like that in your house.
```

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 134 of 186

```
 1    You know I wouldn't be involved in nothing like

 2    that.  You got to listen to me.

 3             He said I've been telling you and dad

 4    from day one, that's not true.  That's not true.

 5    That's not true.  I would never do nothing like

 6    that.

 7             The only thing you can do is take your

 8    child at his word unless it's proven otherwise,

 9    you know what I'm saying.

10        Q       I understand what you're saying.

11        A       I don't want to hear them jail

12    stories, I swear I don't.  But if it means for him

13    to sit there and talk about it to make him feel

14    better, you know what I'm saying, for that moment,

15    I'll listen.  But as you can see it makes me

16    emotional, so I don't know.  I send him to my

17    husband.  I say well, why don't you go talk to dad

18    about it.  Or why don't you talk to one of your

19    brothers about it because your mom not feeling too

20    well right now.  I don't want him to see me break

21    down and cry.
```

1      Q      And, again, I'm not -- I apologize for

2   asking.  I'm not trying to be difficult, I'm just

3   trying to get information.

4      **A      It's okay.**

5      Q      Do you need to take a break?

6      **A      Maybe.**

7      Q      Why don't we take -- let's take a

8   break.  Just let Ms. Boardman know when you're

9   ready.  We'll take at least five minutes.

10     **A      That's fine.**

11            (A short recess was taken)

12     Q      Ms. Cunningham, other than the stories

13  that you told me that Mr. Brown told you, did he

14  have -- did anything happen to him while he was

15  incarcerated or was he just relating stories about

16  other people?

17     **A      To say that something happened to him**

18  **physically about a couple of physical incidents he**

19  **had over there, that's it.  I don't think that**

20  **nobody, like they might have tried it.  I don't**

21  **think they succeeded touching him but that's**

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 136 of 186

```
 1    something I don't think a man is going to tell his

 2    mom.

 3         Q    Understood.

 4         A    My husband said that, you know, he

 5    talk about certain things but he goes around the

 6    mulberry bush with certain things.  We talk about

 7    one thing and then all of a sudden he'll jump from

 8    that subject to something else either to evade the

 9    conversation or that's an indication that he no

10    longer wants to talk about that subject any more

11    so he'll flip.  How can I -- my grandson says that

12    his father flips, meaning he flips the script.

13    He'll be talking about A and B and then all of a

14    sudden he'll flip the script to C and D because

15    that means he no longer wants to talk about that

16    situation.

17         Q    And is that something --

18         A    So --

19         Q    I'm sorry, did you have anything to

20    add?

21         A    Go ahead, I apologize.
```

Deposition of Zena Cunningham, Volume 2        Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 137 of 186

1    Q    Okay.  And is that something that Mr.

2   Brown started to do after the car accident?

3    **A    No, that's something that Mr. Brown**

4   **started to do after the incarceration.**

5    Q    Okay.  Okay.  Other than marijuana, do

6   you know whether Mr. Brown used any other drugs at

7   any time?

8    **A    No.  No.**

9    Q    No, he didn't or --

10    **A    He was prohibited from alcohol.  They**

11   **told him that under no circumstances was he**

12   **supposed to indulge in alcohol because the alcohol**

13   **intensifies or does something to the blood stream**

14   **and with him having that trauma back there of the**

15   **clotting of the brain that alcohol was not an**

16   **option for him.  No drinking.**

17    Q    Do you know whether he used any other

18   drugs?

19    **A    No.  No, sir.  I don't know of no**

20   **other drugs.**

21    Q    Okay.  You don't know one way or the

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 138 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

```
 1    other?

 2         A        No, I do not know.  I've never seen

 3    him under the influence of anything else.

 4         Q        Okay.  Did he work as a drug

 5    counselor?

 6         A        Yeah.

 7         Q        Where?

 8         A        Yes, he did.

 9              I don't know the name of that place.

10    Lord have mercy.  Two institutions, as a matter of

11    fact.  And he was so proud of that he had gotten a

12    job.

13              One he was an intake, an intake

14    receptionist where he wrote down their

15    information, categorized their belongings that

16    they brought in and when prompted to had to

17    collect their urine for the men.  They went into I

18    guess a little booth or whatever, they had to put

19    their urine in the specimen and then hand it to

20    him.  He had to put it in the bag with their name

21    on it and put it the box.  So he was a little
```

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 139 of 186

```
 1    excited about that.

 2              And then somebody that was a driver

 3    referred him to another program where he was at --

 4    he was at for some, about, I'm going to say almost

 5    six months to a year.

 6              But like I was telling him, that he

 7    should go into, while he had the opportunity to

 8    get, you know, the training, you know, to do more

 9    with that but I don't know what happened.

10              Him and one of the residents or

11    something didn't see eye to eye about something

12    and he said he didn't want to return there.  They

13    was supposed to send him somewhere else but they

14    was dragging their feet about it.

15              And so he was thinking about going

16    back to school and doing -- and getting something,

17    doing something else.  So that's where we're at

18    right now, him looking for something else.  But he

19    seemed to like that.

20         Q    And what were his duties at that

21    second facility?
```

```
 1        A      At the second center?

 2        Q      Yes, ma'am.

 3        A      Intake.

 4        Q      Okay.

 5        A      And transportation.

 6        Q      Okay.

 7        A      See he had graduated by that time and

 8   got his license so he could drive their vehicle

 9   after being at the other facility for a certain

10   period of time, he had got his license.  And after

11   the 30 day probationary period was up he was

12   taking the people to, I think he said DHR where

13   they apply for their assistance at, intake

14   services where he was taking them to meetings and

15   different places that they supposed to go within

16   the perimeter that they had to have transportation

17   for.

18             But most of the things that he had to

19   do with them was a group setting.  So by the place

20   being men and women he was responsible for taking

21   the men and another co-worker took the women.  He
```

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 141 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

```
 1    seemed excited about both jobs.

 2         Q        Understood.

 3         A        Why it didn't pan out, I don't know.

 4         Q        You said he had gotten a driver's

 5    license.  What kind of license -- a normal

 6    Maryland driver's license or a CDL, which did you

 7    mean -- a commercial driver's license, which did

 8    you mean?

 9         A        I think he got the -- he had Maryland,

10    regular Maryland driver's license but I think this

11    was a special type of card that they gave them to

12    drive those vans with more than three people in

13    it.  I don't know what those -- that's called when

14    you're able to -- they're not like buses but

15    they're not, you know, you know what I'm saying.

16         Q        I understand.

17         A        It's like the little minivans.

18         Q        I understand exactly what you're

19    saying.

20         A        It's almost like Mobility, but it's a

21    van type of setting.
```

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 142 of 186

1      Q      Yes.  Thank you.

2             Do you know whether Mr. Brown has any

3      restrictions on his license?

4      **A      No, he does not.**

5      Q      He doesn't.

6      **A      The glasses, that's it.**

7      Q      Glasses.  I was asking, I didn't know

8      with his seizure medication.

9      **A      No.  Glasses.**

10     Q      Understood.  Okay.  Thank you.

11     **A      Because see the seizure medication, it**

12     **can be taken at, either during the day or at**

13     **night.**

14     Q      Got it.

15     **A      He doesn't have to take it during the**

16     **day.  And the phenobarbital and Dilantin it is**

17     **not -- doesn't make you drowsy unless you**

18     **over-medicate so it shouldn't make him drowsy.**

19     **Because I've taken phenobarbital and Dilantin.**

20     **I'm grateful in recovery and remission from Lupus.**

21     Q      Glad to hear that you're in recovery.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 143 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1      A      Yeah.

2      Q      Were you aware that Mr. Brown filed a

3   motion for -- to be evaluated for drug treatment

4   while he was incarcerated?

5      A      No, I wasn't aware of it.

6      Q      Okay.  So I'm looking at, let me just

7   ask you a few questions, they may sound like

8   they're coming out of the blue.

9             Did Mr. Brown, to your knowledge did

10  Mr. Brown ever steal anything from you?

11     A      No.

12     Q      Did you ever put him out of the house?

13     A      Yeah.

14     Q      When?

15     A      I put him out of the house, I put all

16  of them out of the house before for fighting and

17  arguing at one time or another.

18     Q      Any other reason?

19     A      But not to the point where you're put

20  out and you can never come back.  Why don't you

21  just take a walk and get yourself some air or

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 144 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    **something, you know --**

2        Q        Was he ever -- was Mr. Brown ever

3    homeless, to your knowledge?

4        **A        No.**

5        Q        Was he ever living on the street?

6        **A        No.**

7        Q        Did he ever seek drug -- other than, I

8    mean, are you aware of him ever seeking drug

9    rehabilitation treatment?

10        **A        No.**

11        Q        Okay.

12        **A        I never knew they had drug**

13    **rehabilitation for marijuana.**

14        Q        You have been identified in documents

15    in this case as having seen the socio emotional

16    and financial toll that the false conviction had

17    on Mr. Brown.

18        **A        Uh-huh.**

19        Q        Can you tell me what information you

20    have about that?

21        **A        Say that again.**

1      Q      Sure.  You have been identified in an

2  answer to a question that we sent to Mr. Brown as

3  having information about the socio emotional and

4  financial toll that the false conviction had on

5  her son -- had on Mr. Brown.

6            Can you tell me what information you

7  have about that topic?

8      A      Okay, on that topic.

9      Q      Yes, ma'am.

10     A      The things that I've seen that

11 socio -- besides the horror stories of him being

12 over there and witnessing different things, the

13 setback.  Like when, upon being arrested then he

14 was going to school for the driver's license and

15 had just completed the GED program.

16           So he was, you know, furthering his

17 education so he could provide financially for my

18 grandson and be a better father.

19           He was in parenting because we had,

20 myself, my husband and Timothy have custody of his

21 now 17 year old son.  Then we had had him since he

```
 1    was six months old.

 2              So by, while he was incarcerated, mom

 3    and dad had the grandchild.  So the whole 5 and a

 4    half, 6 years he was locked up, we had the son for

 5    him.  Didn't receive any type of State assistance

 6    whatsoever.  We worked two jobs, my husband worked

 7    two jobs, I worked two stores to provide for not

 8    just our own household, his son as well.

 9              And for whatever reason he felt as

10    though that, you know, we -- he was a burden to us

11    because he was incarcerated and we was taking care

12    of his responsibility, which wasn't a burden

13    because we the grandparents.

14              But he felt as though I could be in

15    school, I could be done this by now.  I could be

16    done this.  And you don't know X, Y, Z, 1, 2, 3

17    that it's taken on me being over here away from

18    him and doing this that and the other.  Like I

19    said from the start, his main focus even while he

20    had got that brain injury was that child.  That

21    boy is everything to him.
```

```
 1              And I hated having to drag that child

 2     over there to see him behind them bars.  I hated

 3     it.  But I did what I thought was right to help

 4     him and help the child, my grandson.  My grandson

 5     would zap out and he cry I want my daddy.  I want

 6     my daddy.  And like I had to toss a coin up,

 7     should I take him over there in that environment

 8     to see him or should I not, so I chose to do it.

 9              Did it help Timothy?  I can't say

10     whether it helped him or not.  I know each visit

11     was emotional.

12              Did it help my grandson?  In a way.

13     He got to see his father no matter what condition

14     he saw him in.

15          Q      Sure.

16          A      So it's kind of hard on both ends, you

17     know.

18          Q      Yes.

19          A      So, yeah, it did take a toll on the

20     both of them.

21          Q      Is it your -- do you think his
```

Deposition of Zena Cunningham, Volume 2    Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 148 of 186

1     incarceration slowed his recovery?

2     **A     Yes.**

3     Q     Has anyone else said that?  Has any

4     doctor or anybody said that?

5     **A     Well, she said -- she didn't say it**

6     **slowed it, she said it prohibited a lot of things**

7     **that should have, would have, could have.  Am I**

8     **professional, can I give you the ins and outs of**

9     **everything?  No, I cannot.  The only thing I can**

10     **do is give you third party speaking.**

11     Q     Who's the person who said that?

12     **A     One of his facilitators at Sinai.**

13     Q     When did that person say that?

14     **A     When he went from -- when he came home**

15     and I asked him about the headaches and whatnot

16     and tried to go back around there and we spoke to,

17     I believe her name was Ms. Carmichael.  And Ms.

18     Carmichael said because of, how can she say, the

19     late nature of him coming back into the program

20     that she couldn't help him but she could refer him

21     to somebody that could.  I guess after, you know,

1   she shot him down because he was comfortable with

2   talking to her about certain things that he didn't

3   pursue seeking talking to somebody about what he

4   was going through or what happened to him with

5   somebody else.

6           I guess she made him feel comfortable.

7   She was an older like grandmom figure.  But she

8   was like a great mediator and she helped our

9   family a lot during the transition.  That's all I

10   can say.  And he felt comfortable with talking to

11   her.  So once he got out, we went back around

12   there to try to get him, you know, reconnected to

13   one of those programs and they said that he had

14   been gone too long.

15      Q     Did he get treatment after -- did he

16   get treatment after he got out?

17      A     Not like -- not like that.  Not like

18   in a group setting or nothing like that.

19           Going to the doctors, you know, here

20   and there, yeah.  Talking to somebody like we did

21   at the RETURN program and Maryland General, no.

Deposition of Zena Cunningham, Volume 2           Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 150 of 186

1        Q        Okay.

2        A        And if he did, he didn't include me.

3    Like I said, it's not all the time young men want

4    to involve their mothers in what they're doing or

5    how they're feeling or what they're going through.

6                 And like I said, if something did

7    happen to him over there, he's not going to talk

8    to the mom about it and he know I'm a cry baby any

9    way so I'm not going, you know, I start getting

10    upset and then he'll get upset it will be a whole

11    mess.

12        Q        Got you.  And he -- is it your

13    understanding that Mr. Brown received his GED or

14    was working towards it?  You mentioned that and I

15    just didn't --

16        A        From my understanding, he was working

17    towards it.  Or I think, I'm not for certain,

18    don't quote me verbatim, while he was in there he

19    got it.  While he was facilitized he got it.  I'm

20    not for sure.

21        Q        Okay.

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 151 of 186

```
 1        A      I knew he had to get it at some point

 2   because those recovery centers, one of the

 3   requirements is high school diploma or high school

 4   equivalency.  So he either had to have a diploma

 5   or GED to get it.

 6        Q      All right.  Any other information that

 7   you have about the socio emotional and financial

 8   toll that the false conviction had on your -- Mr.

 9   Brown, had on your son?  That's where you've been

10   identified.  So any other information there?

11        A      Like I said, I can identify with it in

12   reference to my grandson and his emotional state.

13   I can identify and speak upon, you know, the

14   emotional state that it had on him, the change

15   that I saw in him in reference to how he used to

16   be versus how he is now, him being shut off.

17             Like I said, you can tell when he's

18   going through something because he starts to talk,

19   talk, talk.  And like I said you can be going

20   through something and you don't want to seem as

21   though, you know, I don't want to hear that right
```

```
 1    now.  Talk to me later.  Because one of the coping

 2    mechanisms they told me for Timothy would be to

 3    let him talk.  So, you know, we let him talk.

 4    Sometimes it makes sense, sometimes it don't.

 5        Q        Understood.  Anything else that you

 6    haven't already told me?

 7        A        No, not really.  But it has taken a

 8    toll on everybody, but the main two is the father

 9    and the son.  To me that's all that's important.

10                 MR. JEFFRIES:  Okay.  Ma'am, I

11    appreciate your time.  I don't think, other than

12    if you could give those folders to counsel, I

13    don't believe I have any further questions for you

14    right now.

15                 THE WITNESS:  Thank you so much, I

16    appreciate you.

17                 MR. JEFFRIES:  Thank you.

18    EXAMINATION BY MS. MARQUEZ:

19        Q        All right, Ms. Cunningham.  My name is

20    Sabrina Marquez, I represent an individual named

21    Defendant Robert Hankard.  I have a couple of
```

```
 1   questions for you but I will do my best to be

 2   brief given your work schedule.

 3             And I'm going to hop around a bit on

 4   topics so if you're not understanding what I'm

 5   referring to please feel free to let me know and

 6   I'll try and clarify my questions.

 7             All right.  Now during the first

 8   session of your deposition Mr. Jeffries asked you

 9   about a couple of individuals.  I'd like to ask

10   you about one more.  Are you familiar with an

11   individual named Robert Hankard?

12        A     I'm not familiar, to be honest with

13   you.  I don't remember anybody's name.  If they

14   gave me their names upon me -- them -- me coming

15   to the home, I cannot -- I do not remember

16   anybody's name.  I remember maybe two of the

17   officers were -- that was speaking to me telling

18   me what was going on and what to expect.  One of

19   them was, I can tell you that what I think their

20   ethnic background is or their race is.  I cannot

21   tell you for sure because like I said three of
```

```
 1   them were fair skinned.  One was African American,

 2   had on regular clothes and one had on uniform.

 3   Other than that, I couldn't -- I can't remember

 4   what nobody's name was.

 5        Q      Okay.  So that name Robert Hankard is

 6   not ringing any bells as you sit here today?

 7        A      Absolutely not.

 8        Q      Now turning back to the burgundy

 9   Mercury Cougar.  Who was that vehicle registered

10   to?

11        A      Me.

12        Q      And who drove that vehicle in 2014?

13        A      It was like our go to car.  When

14   something was wrong with any of our cars, me and

15   my husband would drive that car.  Did they do

16   stuff they wasn't supposed to do?  Of course they

17   did.  I remember Trevor, Tylance sneaking and

18   taking my car before.  I remember my nephew

19   sneaking and taking my car before.

20             But were they allowed to drive my car?

21   Absolutely not.
```

```
1        Q        Who was allowed to drive that car?

2        A        Zena Cunningham and Dennis Cunningham.

3        Q        Did Mr. Brown ever drive that vehicle

4   in 2014 -- early 2014?

5        A        Did he take my vehicle before?  Of

6   course he did.

7        Q        And I believe during the first session

8   of your deposition it was your testimony that the

9   Mercury Cougar was Mr. Brown's car.

10       A        That's not what I meant.  When I said

11  it was his car, meaning that he used to clean it

12  for me and I promised it to him once he got his

13  license which was, he was going forward on

14  retrieving before the incident happened.  It was

15  promised to him.  Yes, I did promise him the

16  vehicle if he completed the driving class, the

17  course and got his permit.

18       Q        Okay.  And you indicated that at some

19  points Mr. Brown had taken the car even though it

20  may have--

21       A        Not points.  Not points, don't put an
```

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 156 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

```
 1    S on it.  Point.

 2         Q       When was that?

 3         A       I can't give you a specific date.

 4         Q       Can you tell me the circumstance?

 5         A       I beg your pardon?

 6         Q       Can you tell me the circumstance?

 7    What happened?

 8         A       I don't understand the question.

 9         Q       What happened when -- how did you come

10    to find out that Mr. Brown had used your car, he

11    had used the Mercury Cougar without your

12    permission?

13         A       I saw it gone.

14         Q       Was this before or after Mr. Brown was

15    incarcerated?

16         A       What do you mean before or after?  He

17    couldn't have taken it after the incarceration.

18    He took it before the incarceration.

19         Q       Was it after Mr. Brown was in the car

20    accident that we've been discussing today?

21         A       Oh, no, baby.  No.
```

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 157 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    Q    So it was before that accident?

2    **A    You're talking about the brain trauma?**

3    Q    Yes.

4    **A    Yes.  We didn't allow him to drive**

5    **after that.**

6    Q    And is this incident that you're

7    discussing that was before the car accident where

8    Mr. Brown had used the Mercury Cougar without your

9    permission, is that the only time you're aware of

10   that Mr. Brown ever used the Mercury Cougar?

11   **A    That I'm aware of, yes.**

12   Q    And the home that's located at 2811

13   Ruscombe Lane, is that in the Park Heights area of

14   Baltimore?

15   **A    It's in the Northwest District, ma'am.**

16   Q    And what is that in relation to Park

17   Heights?

18   **A    What do you mean?**

19   Q    Is Park Heights--

20   **A    Is it in the vicinity?**

21   Q    Yes.

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 158 of 186

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

1       A       Sure, it's in the vicinity.  But

2   that's not where my home -- my home is not, is not

3   considered the Park Heights area.  Where we live

4   at it's considered to be, it's Cylburn.  Cylburn

5   community.  As a matter of fact my area is called

6   Cylburn Commons.  I live on Ruscombe and Poe

7   Avenue.

8               It's a good hop and skip and a jump

9   from Park Heights.  Can you walk to Park Heights?

10  I guess you can.  Do you want to walk to Park

11  Heights from my home?  I don't think so.

12      Q       Understood.

13              Now prior to February 12th, 2014, when

14  was the last time you had gone into the basement

15  of your home?

16      A       That morning.

17      Q       What were you doing down there?

18      A       Getting Hot Pockets and breakfast

19  sandwiches for the kids for school and for work.

20      Q       And I believe you testified during the

21  first portion of your deposition that on the

1    morning of February 12th, 2014 Mr. Brown was at

2    the home?

3         **A       Yes.**

4         Q       And you saw him there?

5         **A       He got his son ready for day care.**

6         Q       You saw him that morning?

7         **A       Absolutely.**

8         Q       And in February of 2014, early

9    February of 2014, Mr. Brown was regularly living

10   in the home?

11        **A       Yes, he was.  Him and his son.**

12        Q       And prior to February 12th, 2014, when

13   was the last time you had gone in to Mr. Brown's

14   bedroom?

15        **A       That morning to get the baby's back**

16   **pack.**

17        Q       Do you recall--

18        **A       To fix his back pack for day care.**

19        Q       Do you recall where the back pack was

20   located in the room?

21        **A       On the organizer.**

Deposition of Zena Cunningham, Volume 2                                    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 160 of 186

1      Q       When packing the back pack, did you

2   have to go in the closet or any drawers in the

3   room?

4      A       I had to do pretty much all of that

5   because I packed -- I packed the baby's bag for

6   him to go to day care.  I made sure he had pull

7   ups and change of clothes and his lunch, his

8   eczema medicine.  Or whatever -- you're supposed

9   to send sheets and everything else on a daily

10  basis or a weekly basis for the day care.

11     Q       And prior to February 12th, 2014, when

12  was the last time you had gone into your son

13  Trevor Epperson's (phonetic) room?

14     A       Every day.  The same day.

15     Q       Why did you go in the room if you

16  recall?

17     A       Because I iron the uniforms and set

18  the uniforms out for them to go to school.  Two

19  boys shared that room.

20     Q       And on February 12th, 2014 when you

21  had come back to the home during the execution of

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 161 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    the search warrant, you were interviewed by

2    officers on the scene?

3         A      Yes.  Well, I don't know what you call

4    an interview.  What do you consider an interview?

5         Q      Did officers on the scene ask you

6    questions?

7         A      Yes, they did.

8         Q      Did they ask you who lived in the

9    house?

10        A      Yes, they did.

11        Q      Who did you say lived there?

12        A      That's not the first question they

13   asked me.

14        Q      What was the first question they asked

15   you?

16        A      The first question they asked me was

17   who was inside the home.  I remember that verbatim

18   because I said to him, I said now that's funny how

19   are you asking me who's in the home when you've

20   already been in the home.  You know there's nobody

21   in the home.  The two cats that you're terrifying.

1    Q       And then after that first question at

2  some point they asked you who lived in the house?

3    **A       That is correct.**

4    Q       Who did you say lived in the house?

5    **A       I said my children, my grandson and my**

6  **husband along with my two cats.**

7    Q       Did you initially say that Mr. Brown

8  lived there?

9    **A       Yes.**

10   Q       Were you asked when the last time you

11  saw Mr. Brown was?

12   **A       Yes.**

13   Q       What was your response?

14   **A       Two hours ago.**

15   Q       And in February of 2014, did your son

16  Trevor Epperson have a license?

17   **A       No.**

18   Q       Or a driver's -- a learner's permit?

19   **A       No.**

20   Q       And you had mentioned that they have

21  also taken this Mercury Cougar without your

1   permission.  Approximately how many times would

2   you say that occurred?

3        A      I said I'm only aware of him, of

4   Timothy taking my car one time.

5        Q      Yeah, I'm asking about Mr. Epperson

6   now.

7        A      I never said I was aware of Trevor

8   stealing my car.

9        Q      So in February of 2014 Mr. Epperson

10  did not drive the Mercury Cougar?

11       A      No.

12       Q      Now once Mr. Brown was incarcerated,

13  did you continue to keep the Mercury Cougar

14  registered?

15       A      Uh-huh.  Until I had it sent away

16  because I kept getting violations for the car.

17       Q      What were the violations for?

18       A      The violations were that they thought

19  that the car was abandoned.

20       Q      But its registration was up to date?

21       A      Uh-huh.  The car was not abandoned.

Deposition of Zena Cunningham, Volume 2     Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR     Document 112-4     Filed 08/20/25     Page 164 of 186

1    They gave me environmental hazard fine.

2         Q      Do you recall when that was?

3         A      Almost, I'm going to say six months to

4    maybe into a year after Timothy was incarcerated.

5              Like I said we had a lot going on and

6    we couldn't afford to keep the car up like, you

7    know, we supposed to have.  It was registered.  We

8    only had liability on it, I believe my husband

9    did.

10             And somebody took it upon theirself to

11   bust the window out.  So I'm guessing because they

12   busted out, the side window out and somebody drove

13   past and knocked the mirror off they considered

14   the car as being abandoned or messed up or

15   whatever they wanted to call it.

16        Q      And then prior to February 12th, 2014,

17   when was the last time you had gone into the China

18   cabinet that was located in your dining room?

19        A      Say that again.

20        Q      Prior to February 12th, 2014 when was

21   the last time you went into the China cabinet that

1   was in your dining room?

2        A        My dining room, I'm not going to say

3   that I went in there on a regular basis because I

4   didn't.  But I could almost say that it was on

5   that Sunday.  Every Sunday we set the table for

6   Sunday dinner and that's where the silverware was

7   kept at.  So the younger children set the table.

8   So that means they put place mats out, they put

9   the utensils out and to set the cups out and to

10  set the table up for dinner on Sunday.  That was a

11  routine thing, every Sunday.

12       Q        Okay.  And you mentioned that you went

13  into the basement on the morning of February 12th,

14  2014 to go into the fridge freezer to get food for

15  the kids in the house.

16       A        Yeah.  The deep freezer.  Hot Pockets.

17  Hot Pockets and Jimmy Dean breakfast sandwiches.

18       Q        Can you please describe where the deep

19  freezer was located in the basement, like kind of

20  the -- how the basement is set up?

21       A        Okay.  So you come down the basement

Deposition of Zena Cunningham, Volume 2          Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 166 of 186

1    steps.  At the top, you come down.  At the bottom

2    of the steps you turn to the right.  When you turn

3    to the right, over in the far right-hand area

4    which is where Koran's bedroom was located.  Right

5    as you come down those steps there was one small

6    cubic freezer there.  You go further across the

7    room, there to the left just a little slightly was

8    the 7 foot long cubic freezer.

9         Q      And then was there also an area in the

10   basement where there was storage or where the

11   family stored items?

12        A      No, it was no storage area.  Like I

13   said, Koran's living -- bedroom was set up to the

14   right side.  The play room for my grandson and my

15   other grand daughter Keziyah and all played at

16   that had video games and all was by the other

17   cubic freezer.  And the cats' room was in front

18   of the two freezers.  So it was no storage area.

19   It wasn't no space for a storage area.

20             MS. MARQUEZ:  All right,

21   Ms. Cunningham, I think that those are all of the

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 167 of 186

```
 1    questions that I have for you this morning.  Thank

 2    you very much.

 3              THE WITNESS:  You're welcome.

 4              MS. BOARDMAN:  All right, Ms.

 5    Cunningham, I just have a few.

 6    EXAMINATION BY MS. BOARDMAN:

 7         Q    So we just finished talking about how

 8    you went into the kids' rooms, the China cabinet,

 9    the basement, you know, within a week of this

10    incident.

11              When you went in to the bedrooms, did

12    you see any -- and I think I know the answers to

13    these questions but I just want to make it clear.

14    Did you see any Mannite bars or any items that are

15    used to cut heroin?

16         A    Any what?

17         Q    Any Mannite bars or any other items

18    used to cut heroin?

19              MR. JEFFRIES:  Objection to form.  You

20    may answer.

21         A    And forgive me for my ignorance, but
```

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 168 of 186

Deposition of Zena Cunningham, Volume 2                Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

1    what is that?

2         Q       It's a material that is mixed with

3    heroin to make it less strong.

4         A       So in other words, let me get this

5    correct.  You're asking me going in my kids' room

6    on a periodic basis which is daily did I ever come

7    across or see any cut--

8         Q       Any materials--

9         A       -- to manufacture drugs with?

10        Q       Yes.

11        A       No.

12        Q       Okay.  Did you see any scales that are

13   used to weigh drugs?

14        A       No.

15        Q       Did you see any packaging materials

16   for drugs like capsules or little small baggies?

17        A       No.

18        Q       Have you ever seen a shotgun in your

19   home?

20        A       Absolutely not.

21        Q       What about any sort of ammunition for

Deposition of Zena Cunningham, Volume 2
Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 169 of 186
Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

```
 1   that shotgun?

 2        A       No.

 3                MS. BOARDMAN:  Those are my only

 4   questions.

 5                MR. JEFFRIES:  I have one followup

 6   question.

 7   EXAMINATION BY MR. JEFFRIES:

 8        Q       Ms. Cunningham, have you ever seen a

 9   gun in your home?  A weapon or a gun of any sort?

10        A       Have I ever seen a gun?  Sure I have.

11   I've seen plenty of guns.

12        Q       No, no, I'm sorry.  You might not have

13   heard the tail end of my question, in your home.

14        A       Oh, no, no, no.  I thought you said

15   had I ever seen a gun.  Sure I've seen a gun.

16        Q       No.

17        A       But in my home, no.

18        Q       And to be clear I mean a physical

19   actual weapon, I don't mean watching on T.V. or

20   something like that.

21        A       I apologize.  I misunderstood.
```

```
 1        Q       No problem.  And your answer is no?

 2        A       Yes, my answer is no.

 3                MR. JEFFRIES:  Okay.  I don't have any

 4    further questions.

 5                MS. MARQUEZ:  I don't have any

 6    questions.  Thank you very much.

 7                MR. JEFFRIES:  So other than, Ms.

 8    Cunningham, you're going to send those folders to

 9    Ms. Boardman, I think that's it from my

10    perspective.

11                THE COURT REPORTER:  Will the witness

12    read and sign?

13                MS. BOARDMAN:  Yes.

14                THE COURT REPORTER:  Could I just get

15    everyone's transcript order, what you need and

16    when you need it by.  Regular delivery is 10 days,

17    but I can get it to you whenever you need it.

18                MS. BOARDMAN:  Regular is fine for

19    Plaintiff, and we'll do the ASCII and PDF condensed

20    and full sized.

21                MR. JEFFRIES:  And I think I have a
```

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 160

Deposition of Zena Cunningham, Volume 2          Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 171 of 186

1    standing order, electronic copy.  And can I get it

2    around the 3rd?

3               THE COURT REPORTER:  Sure.  No

4    problem.  So one week then?

5               MR. JEFFRIES:  Yes.

6          (Deposition concluded at 11:00 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

1                    CERTIFICATE OF DEPONENT

2

3              I hereby certify that I have read and

4    examined the foregoing transcript, and the same is

5    a true and accurate record of the testimony given

6    by me.

7

8              Any additions or corrections that I feel

9    are necessary will be made on the Errata Sheet.

10

11

12

13   _____

14   Zena Cunningham

15

16   _____

17   Date

18

19       (If needed, make additional copies of the

20   Errata Sheet on the next page or use a blank piece

21   of paper.)

```
 1                      ERRATA SHEET

 2    Case: Brown vs. Mayor and City Council
      Witness: Zena Cunningham, Volume II
 3    Date: June 26, 2025

 4    PAGE/LINE    SHOULD READ    REASON FOR CHANGE

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____
```

1   State of Maryland

2   Baltimore County, to wit:

3           I, PAULA J. ELIOPOULOS a Notary Public of the

4   State of Maryland, County of Baltimore, do hereby

5   certify that the within-named witness remotely appeared

6   before me via Zoom at the time herein set out, and

7   after having been duly sworn by me, according to law,

8   was examined by counsel.

9           I further certify that the examination was

10  recorded stenographically by me and this transcript is

11  a true record of the proceedings.

12          I further certify that I am not of counsel to

13  any of the parties, nor in any way interested in the

14  outcome of this action.

15          As witness my hand and notarial seal this

16  30th day of June, 2025.

17

18                          *Paula J. Eliopoulos*

19                          PAULA J. ELIOPOULOS

20                          Notary Public

21  My Commission Expires:  June 15, 2028

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 175 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

## WORD INDEX

**< 1 >**
**1** 86:*1* 106:*16*
136:*16*
**10** 160:*16*
**100** 75:*12*
**11:00** 161:*6*
**11:30** 89:*17*
**12:00** 89:*17*
**12th** 148:*13*
149:*1, 12*
150:*11, 20*
154:*16, 20*
155:*13*
**142** 77:*7*
**15** 164:*21*
**157** 77:*8*
**159** 77:*9*
**17** 135:*21*
**19th** 75:*12*

**< 2 >**
**2** 86:*1* 106:*16*
136:*16*
**2013** 88:*6*
**2014** 81:*5*
82:*12* 144:*12*
145:*4* 148:*13*
149:*1, 8, 9, 12*
150:*11, 20*
152:*15* 153:*9*
154:*16, 20*
155:*14*
**2024** 100:*15, 16*
**2025** 74:*14*
77:*3* 163:*3*
164:*16*
**2028** 164:*21*
**21202** 75:*13*
76:*9*
**21218** 75:*6*
**22** 118:*10*
**23-CV-155** 74:*6*
**2514** 75:*5*
**26** 74:*14* 77:*3*
163:*3*
**2811** 147:*12*

**< 3 >**

**3** 86:*1* 106:*16*
109:*15* 136:*16*
**30** 93:*20* 96:*19*
130:*11*
**30th** 164:*16*
**3rd** 161:*2*

**< 4 >**
**40** 115:*7*
**4466** 99:*18*
**45** 93:*11, 12*

**< 5 >**
**5** 109:*16*
115:*11* 136:*3*

**< 6 >**
**6** 136:*4*
**60** 93:*11, 12*

**< 7 >**
**7** 156:*8*
**750** 76:*8*
**78** 77:*6*

**< 9 >**
**9:00** 74:*15*
**90** 117:*21*

**< A >**
**a.m** 74:*15*
161:*6*
**abandoned**
153:*19, 21*
154:*14*
**able** 79:*2*
98:*13* 131:*14*
**Absolutely**
144:*7, 21* 149:*7*
158:*20*
**accident** 87:*13,
16, 17* 88:*16, 17*
92:*12* 101:*9*
103:*21* 104:*16,
19, 20* 111:*5, 20*
114:*20* 115:*20*
127:*2* 146:*20*
147:*1, 7*
**accurate** 162:*5*

**aced** 117:*1*
**action** 164:*14*
**activities** 94:*21*
**activity** 113:*2*
**actual** 159:*19*
**add** 126:*20*
**additional**
162:*19*
**additions** 162:*8*
**address** 119:*4*
**adjust** 94:*4*
121:*10*
**advantage**
123:*3*
**Aetna** 99:*21*
102:*8*
**affiliate** 122:*20*
**afford** 86:*11*
154:*6*
**African** 144:*1*
**agitate** 114:*10*
**agitated** 98:*11*
114:*13*
**agitates** 113:*2*
114:*6*
**agitating** 114:*1*
116:*14*
**agitation** 98:*11*
119:*12*
**ago** 116:*1*
152:*14*
**ahead** 118:*13*
126:*21*
**ain't** 101:*15*
**air** 92:*16*
133:*21*
**al** 74:*7*
**alcohol** 127:*10,
12, 15*
**allow** 147:*4*
**allowed** 144:*20*
145:*1*
**American** 144:*1*
**ammunition**
158:*21*
**amount** 103:*5*
**answer** 116:*17*
135:*2* 157:*20*
160:*1, 2*

**answering** 90:*9*
**answers** 157:*12*
**antiinflammator
y** 107:*2*
**ANTONIO** 76:*5*
**anybody** 80:*8*
123:*17* 138:*4*
**anybody's**
143:*13, 16*
**apartment**
118:*5, 8, 15*
**apologize** 125:*1*
126:*21* 159:*21*
**APPEARANCE
S** 75:*1, 18* 76:*1*
**appeared** 87:*8*
164:*5*
**apply** 130:*13*
**appointment**
100:*5, 11*
**appointments**
100:*7*
**appreciate**
142:*11, 16*
**Approximately**
153:*1*
**area** 147:*13*
148:*3, 5* 156:*3,
9, 12, 18, 19*
**arguing** 133:*17*
**arrested** 84:*18*
85:*1* 135:*13*
**ASCII** 160:*19*
**asked** 85:*5*
114:*2* 115:*21*
117:*15* 138:*15*
143:*8* 151:*13,
14, 16* 152:*2, 10*
**asking** 80:*12,
17* 88:*2* 95:*10*
125:*2* 132:*7*
151:*19* 153:*5*
158:*5*
**assistance** 94:*7*
130:*13* 136:*5*
**association**
122:*19*
**assuming** 80:*7*
96:*9*

**attorney** 86:*11*
110:*6*
**automatically**
104:*2*
**Avenue** 89:*3*
148:*7*
**AVRAHAM**
76:*4*
**aware** 99:*11*
133:*2, 5* 134:*8*
147:*9, 11* 153:*3,
7*

**< B >**
**baby** 101:*14*
108:*21* 140:*8*
146:*21*
**baby's** 149:*15*
150:*5*
**back** 81:*1, 5*
83:*4* 84:*4, 5*
92:*19* 94:*4*
95:*8* 97:*15*
98:*6* 102:*21*
104:*5, 8* 107:*4*
109:*4* 111:*11*
112:*6* 115:*4*
116:*20* 119:*9*
127:*14* 129:*16*
133:*20* 138:*16,
19* 139:*11*
144:*8* 149:*15,
18, 19* 150:*1, 21*
**background**
143:*20*
**bad** 120:*13*
**badgering**
107:*20*
**bag** 128:*20*
150:*5*
**Bagels** 103:*4*
**baggies** 158:*16*
**Baker** 75:*11*
**BALTIMORE**
74:*7* 75:*6, 13*
76:*9* 89:*2*
147:*14* 164:*2, 4*
**barely** 109:*14*
**bars** 137:*2*

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com · info@crcsalomon.com

Facsimile (410) 821-4889
Page: 1

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 176 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

157:*14, 17*
**based** 85:*2*
**basement**
  148:*14* 155:*13,*
  *19, 20, 21*
  156:*10* 157:*9*
**basic** 123:*9*
**basis** 107:*6*
  150:*10* 155:*3*
  158:*6*
**bathe** 94:*12, 13*
**bathroom**
  121:*17*
**Bayview** 89:*14*
  90:*7, 11, 14, 16*
  91:*12, 15* 93:*10,*
  *14*
**bear** 120:*14, 15,*
  *16*
**Bearman** 75:*11*
**bed** 108:*18*
**bedroom**
  149:*14* 156:*4,*
  *13*
**bedrooms**
  157:*11*
**beg** 146:*5*
**BEHALF** 75:*2,*
  *9* 76:*3*
**behold** 91:*1*
**believe** 87:*1, 16,*
  *19* 88:*6, 12*
  138:*17* 142:*13*
  145:*7* 148:*20*
  154:*8*
**bells** 144:*6*
**belong** 122:*19*
**belongings**
  122:*17* 128:*15*
**benefits** 104:*11,*
  *13* 105:*2*
**Berkowitz**
  75:*11*
**best** 84:*1*
  85:*19* 117:*13*
  143:*1*
**better** 78:*20*
  79:*2, 12* 116:*3*
  124:*14* 135:*18*
**big** 110:*18*

**bit** 78:*15* 81:*2*
  87:*12* 94:*7*
  143:*3*
**blank** 162:*20*
**block** 89:*7*
**blood** 95:*19, 20*
  106:*20* 127:*13*
**blue** 133:*8*
**BOARDMAN**
  75:*3* 77:*8* 79:*4,*
  *21* 96:*14, 16*
  125:*8* 157:*4, 6*
  159:*3* 160:*9, 13,*
  *18*
**boiled** 90:*2*
  109:*13*
**bone** 111:*8, 9,*
  *17*
**bones** 109:*3*
  111:*10, 13*
**book** 110:*19*
**booth** 128:*18*
**bother** 122:*2*
**bothered** 122:*2*
**bothering**
  114:*15* 115:*2*
  117:*5*
**bottom** 156:*1*
**bounce** 78:*15*
  112:*6*
**bout** 103:*2*
**box** 128:*21*
**boy** 95:*11*
  105:*18* 106:*7*
  108:*9* 110:*10*
  115:*14* 136:*21*
**boys** 150:*19*
**brain** 92:*7, 14,*
  *16, 19, 20* 93:*5*
  94:*2, 16* 95:*20*
  104:*2* 105:*20*
  106:*15* 107:*4*
  111:*4* 113:*2*
  121:*6* 123:*5, 17*
  127:*15* 136:*20*
  147:*2*
**break** 111:*12*
  124:*20* 125:*5, 8*
**breakfast**

148:*18* 155:*17*
**brief** 143:*2*
**bring** 95:*12*
  97:*15*
**broad** 111:*1*
**brothers** 124:*19*
**brought** 128:*16*
**BROWN** 74:*3*
  81:*4* 84:*8*
  87:*13, 16* 89:*9,*
  *19, 21* 91:*12, 15*
  102:*9* 111:*3*
  114:*3* 115:*19*
  119:*12* 125:*13*
  127:*2, 3, 6*
  132:*2* 133:*2, 9,*
  *10* 134:*2, 17*
  135:*2, 5* 140:*13*
  141:*9* 145:*3, 19*
  146:*10, 14, 19*
  147:*8, 10* 149:*1,*
  *9* 152:*7, 11*
  153:*12* 163:*2*
**Brown's** 80:*13,*
  *18* 145:*9*
  149:*13*
**brush** 94:*14, 19*
  120:*2*
**bunch** 113:*20,*
  *21*
**burden** 136:*10,*
  *12*
**burgundy** 144:*8*
**bus** 97:*13*
**buses** 131:*14*
**bush** 126:*6*
**bust** 154:*11*
**busted** 154:*12*
**buttocks** 109:*4*

**< C >**
**cabinet** 154:*18,*
  *21* 157:*8*
**Caldwell** 75:*11*
**call** 81:*4* 151:*3*
  154:*15*
**called** 78:*4*
  83:*7* 84:*3* 93:*4*
  99:*14, 20*

113:*15* 131:*13*
  148:*5*
**calling** 90:*20*
**calm** 113:*3*
**capsules** 158:*16*
**car** 87:*16, 17*
  88:*17* 89:*8*
  90:*5* 109:*5*
  110:*9, 12, 15, 16,*
  *17* 127:*2*
  144:*13, 15, 18,*
  *19, 20* 145:*1, 9,*
  *11, 19* 146:*10,*
  *19* 147:*7* 153:*4,*
  *8, 16, 19, 21*
  154:*6, 14*
**card** 131:*11*
**care** 88:*13*
  99:*15, 17, 21*
  100:*21* 108:*21*
  118:*6* 136:*11*
  149:*5, 18* 150:*6,*
  *10*
**caretakers**
  112:*19*
**Carmichael**
  138:*17, 18*
**cars** 144:*14*
**CASE** 74:*5*
  110:*1* 123:*6*
  134:*15* 163:*2*
**categorized**
  128:*15*
**cats** 151:*21*
  152:*6* 156:*17*
**caused** 103:*1*
**CDL** 131:*6*
**center** 93:*17*
  130:*1*
**centers** 141:*2*
**cerebral** 92:*14*
**certain** 112:*21*
  113:*1, 3* 116:*13*
  120:*6* 121:*9*
  122:*19, 20, 21*
  126:*5, 6* 130:*9*
  139:*2* 140:*17*
**certainly** 96:*6*
**CERTIFICATE**
  162:*1*

**certify** 162:*3*
  164:*5, 9, 12*
**change** 141:*14*
  150:*7* 163:*4*
**Charles** 75:*5*
**check** 112:*1*
**checked** 99:*4*
  100:*3*
**checking** 79:*6*
**checkups** 99:*9*
**Chesapeake**
  100:*1* 102:*7*
**child** 106:*13*
  109:*7* 124:*8*
  136:*20* 137:*1, 4*
**children** 152:*5*
  155:*7*
**China** 154:*17,*
  *21* 157:*8*
**chose** 137:*8*
**Chris** 78:*11*
**CHRISTOPHE**
**R** 76:*6*
**circumstance**
  146:*4, 6*
**circumstances**
  120:*6* 127:*11*
**cited** 109:*15*
**CITY** 74:*6, 7*
  163:*2*
**civil** 110:*3*
**civilly** 110:*5*
**cjeffries@kg-**
**law.com** 76:*10*
**clarify** 143:*6*
**class** 145:*16*
**clean** 145:*11*
**clear** 157:*13*
  159:*18*
**climb** 115:*12*
**closet** 150:*2*
**clot** 95:*20* 99:*5*
**clothes** 123:*13*
  144:*2* 150:*7*
**clotting** 127:*15*
**coin** 137:*6*
**Coleman** 100:*5*
**collect** 128:*17*
**comb** 94:*19*

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 2

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 177 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

come 97:13
103:7 119:9
133:20 146:9
150:21 155:21
156:1, 5 158:6
comes 96:21
comfortable
139:1, 6, 10
coming 112:20
133:8 138:19
143:14
commencing
74:15
commercial
131:7
Commission
164:21
Commons 148:6
community
148:5
companies
102:8
completed
135:15 145:16
computer 79:5
concluded 161:6
condensed
160:19
condition
137:13
conflict 87:6
consider 151:4
considered
92:20 148:3, 4
154:13
contact 83:4
contacts 101:12,
15, 17
continue 99:1
153:13
continued
74:14 75:18
76:1 98:21
continuing
116:9 119:13
conversation
82:5, 19 83:1, 2
84:8, 17, 21
126:9

conviction
134:16 135:4
141:8
cool 88:14
cope 121:2, 8
copies 162:19
coping 93:18
95:3, 5 98:16
99:2 142:1
copy 105:10
161:1
correct 80:9
86:9, 16 87:17
88:16 92:13
152:3 158:5
corrections
162:8
correctly 92:18
Cougar 144:9
145:9 146:11
147:8, 10
152:21 153:10,
13
COUNCIL
74:6 163:2
counsel 86:8
96:8, 10 105:15
142:12 164:8,
12
counselor 128:5
County 164:2, 4
couple 125:18
142:21 143:9
course 85:11
111:11 117:7
122:10 144:16
145:6, 17
COURT 74:1
80:1 82:9 86:5
160:11, 14
161:3
Covid 103:2, 8
co-worker
130:21
cracks 108:10
cranial 92:17
criminal 110:1
Crispy 103:4
critical 91:16

Crossing 89:11
90:1
cry 122:1
124:21 137:5
140:8
cubic 156:6, 8,
17

CUNNINGHAM
74:13 77:2
78:3, 9 80:2
125:12 142:19
145:2 156:21
157:5 159:8
160:8 162:14
163:2
cups 155:9
custody 135:20
cut 94:15, 17
105:4 115:8, 10,
11 157:15, 18
158:7
Cylburn 148:4,
6

< D >
dad 95:8
124:3, 17 136:3
daddy 137:5, 6
daily 94:21
98:17 150:9
158:6
damn 115:7
date 88:2 99:8
146:3 153:20
162:17 163:3
daughter
156:15
day 88:13
89:12 94:5, 20
96:12 108:21
120:13 121:16
123:19 124:4
130:11 132:12,
16 149:5, 18
150:6, 10, 14
164:16
days 93:11, 12,
20 96:20 97:13
160:16

deal 97:2
119:20 123:18
dealing 94:2, 3,
4
Dean 155:17
deep 155:16, 18
DEFENDANT
75:9 76:3
142:21
Defendants
74:8 78:12
Defender 86:13,
16
definite 99:8
delivery 160:16
Dennis 145:2
dentist 100:5
department
90:17 91:17
DEPONENT
162:1
deposition
74:13 77:2
80:9 143:8
145:8 148:21
161:6
describe 155:18
detective 84:10,
11, 12
determine 117:2
detrifying 121:7
devastating
109:9
DHR 130:12
difference 91:3
different 93:18
104:6 106:17
112:8, 10
119:17 130:15
135:12
difficult 125:2
Dilantin 95:18
105:19 106:20
108:5 132:16,
19
dining 154:18
155:1, 2
dinner 155:6, 10
diploma 141:3,

4
directly 83:19
disability 104:1
Discussing
98:10 146:20
147:7
DISTRICT
74:1, 2 147:15
disturbing
120:2
doctor 138:4
doctors 139:19
doctor's 100:11
documents
134:14
Doe 89:19
90:17, 20, 21
91:2, 3, 4
doing 89:9
107:19 112:12
114:3, 7, 8
117:3 129:16,
17 136:18
140:4 148:17
Donelson 75:11
doubt 113:11
downstairs
96:1 105:12
drag 137:1
dragged 89:7
109:5 111:7
dragging 129:14
drags 117:12
drawers 150:2
drinking
110:12 127:16
drive 130:8
131:12 144:15,
20 145:1, 3
147:4 153:10
driver 88:20
90:1, 4 129:2
driver's 131:4,
6, 7, 10 135:14
152:18
driving 109:15
145:16
drove 144:12
154:12

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 3

drowsy  132:*17,*
*18*
drug  128:*4*
133:*3*  134:*7, 8,*
*12*
drugs  127:*6, 18,*
*20*  158:*9, 13, 16*
drunk  88:*20*
89:*21*  90:*4*
dug  90:*3*
duly  78:*4*
164:*7*
duties  129:*20*

< E >
earlier  91:*6*
early  82:*13*
145:*4*  149:*8*
easily  113:*3*
eat  117:*10*
eczema  150:*8*
education
135:*17*
either  119:*20*
126:*8*  132:*12*
141:*4*
elbows  111:*11*
electronic  161:*1*
Eliopoulos
74:*16, 21*  164:*3,*
*19*
emotional
119:*14*  124:*16*
134:*15*  135:*3*
137:*11*  141:*7,*
*12, 14*
EMS  90:*6, 10*
ends  137:*16*
enroll  97:*1, 5*
Enterprise
109:*17*  110:*8*
environment
137:*7*
environmental
154:*1*
Epperson
152:*16*  153:*5, 9*
Epperson's
150:*13*

equivalency
141:*4*
Errata  162:*9,*
*20*  163:*1*
ESQUIRE  75:*3,*
*10*  76:*6*
estimated  89:*16*
et  74:*7*
ethnic  143:*20*
evade  126:*8*
evaluated  133:*3*
everybody
142:*8*
everyone's
160:*15*
exact  82:*1*
exactly  131:*18*
EXAMINATIO
N  77:*5*  78:*8*
142:*18*  157:*6*
159:*7*  164:*9*
examined  78:*6*
162:*4*  164:*8*
excited  129:*1*
131:*1*
execution  84:*13*
150:*21*
EXHIBITS
77:*14, 15*
exist  93:*15*
expect  143:*18*
Expires  164:*21*
exposed  111:*10*
eye  129:*11*
eyes  101:*20*
102:*3*

< F >
face  109:*3*
115:*17*
facilitators
112:*9*  138:*12*
facilitized
140:*19*
facility  100:*3*
101:*1*  105:*13*
129:*21*  130:*9*
fact  95:*5*
108:*4*  128:*11*
148:*5*

faculties  116:*12,*
*16*
faint  79:*3, 16*
fair  82:*14, 16*
95:*1*  144:*1*
fall  88:*10*
falls  108:*9*
false  134:*16*
135:*4*  141:*8*
familiar  143:*10,*
*12*
families  93:*5*
family  83:*7*
97:*2*  139:*9*
156:*11*
fan  85:*9, 10*
far  100:*8*  156:*3*
father  126:*12*
135:*18*  137:*13*
142:*8*
February  81:*5*
82:*12*  100:*14*
148:*13*  149:*1, 8,*
*9, 12*  150:*11, 20*
152:*15*  153:*9*
154:*16, 20*
155:*13*
feel  112:*20*
114:*4*  124:*13*
139:*6*  143:*5*
162:*8*
feeling  103:*9*
114:*3, 9, 10*
124:*19*  140:*5*
feels  108:*6*
feet  109:*4*
111:*10*  129:*14*
felt  98:*2*  136:*9,*
*14*  139:*10*
fight  104:*20*
105:*9*  106:*4*
122:*18*  123:*8,*
*13*
fighting  133:*16*
figure  139:*7*
filed  110:*1, 3*
133:*2*
financial
134:*16*  135:*4*
141:*7*

financially
135:*17*
find  146:*10*
finding  103:*18*
fine  101:*2*
125:*10*  154:*1*
160:*18*
finger  115:*8, 11*
finished  157:*7*
first  78:*4*
79:*13*  100:*18,*
*19*  102:*1*
117:*15*  118:*20*
123:*7*  143:*7*
145:*7*  148:*21*
151:*12, 14, 16*
152:*1*
five  125:*9*
fix  149:*18*
flare  123:*6*
flip  126:*11, 14*
flips  126:*12*
flock  110:*13*
Floor  75:*12*
flying  119:*9*
focus  95:*7*
136:*19*
folder  105:*12*
folders  96:*1, 2*
142:*12*  160:*8*
follows  78:*7*
followup  159:*5*
food  123:*15*
155:*14*
foot  156:*8*
force  102:*21*
104:*5*
foregoing  162:*4*
forget  92:*6*
forgive  157:*21*
forgot  95:*9*
form  157:*19*
forward  145:*13*
found  86:*1*
89:*17, 18*  90:*15*
91:*6, 14*  108:*12*
four  82:*10*
106:*19*  107:*6*
frames  101:*14,*
*15*

Frankenstein
109:*3*
Frankford  89:*5*
free  86:*10, 14*
143:*5*
freezer  155:*14,*
*16, 19*  156:*6, 8,*
*17*
freezers  156:*18*
fridge  155:*14*
front  156:*17*
frustrating
123:*9*
full  94:*14*
160:*20*
function  108:*16*
funny  79:*8*
151:*18*
further  97:*21*
142:*13*  156:*6*
160:*4*  164:*9, 12*
furthering
135:*16*

< G >
games  156:*16*
GED  135:*15*
140:*13*  141:*5*
general  80:*3*
93:*15, 16, 19*
95:*15*  96:*19*
139:*21*
generally  80:*15*
gentleman
109:*13*
gentleman's
109:*18*
getting  95:*7, 17*
107:*18*  114:*12*
115:*4*  116:*3*
129:*16*  140:*9*
148:*18*  153:*16*
girlfriends
119:*4*
give  80:*4*  88:*3,*
*7*  91:*1*  92:*15*
103:*5*  105:*4*
106:*6*  138:*8, 10*
142:*12*  146:*3*

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 179 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

**given** 85:*21*
143:*2* 162:*5*
**giving** 95:*18, 19*
**Glad** 132:*21*
**GLADSTONE**
76:*3*
**glasses** 101:*6, 7,*
*8, 9, 10* 132:*6, 7,*
*9*
**GLR** 74:*6*
**go** 81:*1, 15, 21*
93:*14* 96:*2, 20*
97:*12* 98:*5, 6*
102:*21* 104:*5*
106:*11* 109:*10*
110:*5* 114:*4*
115:*4* 118:*12*
120:*9* 124:*17*
126:*21* 129:*7*
130:*15* 138:*16*
144:*13* 150:*2, 6,*
*15, 18* 155:*14*
156:*6*
**God** 82:*8* 88:*1*
93:*2* 95:*21*
112:*11* 114:*20*
**goes** 99:*14*
113:*19* 126:*5*
**going** 78:*14, 18*
82:*15* 83:*8, 21*
88:*9, 10* 91:*18*
93:*11* 96:*6, 7*
97:*20* 98:*18*
100:*12, 13*
101:*15* 107:*15*
109:*6* 110:*11*
117:*13* 121:*9*
122:*21* 123:*5*
126:*1* 129:*4, 15*
135:*14* 139:*4,*
*19* 140:*5, 7, 9*
141:*18, 19*
143:*3, 18*
145:*13* 154:*3, 5*
155:*2* 158:*5*
160:*8*
**Good** 78:*9, 10*
117:*9* 122:*11*
148:*8*
**goodness** 99:*13*

**gotten** 99:*9, 12*
103:*2* 128:*11*
131:*4*
**graduated**
130:*7*
**Graham** 76:*7*
**grand** 156:*15*
**grandchild**
136:*3*
**grandmom**
139:*7*
**grandparents**
136:*13*
**grandson** 88:*13*
95:*8* 108:*20*
126:*11* 135:*18*
137:*4, 12*
141:*12* 152:*5*
156:*14*
**granted** 112:*2*
**grateful** 132:*20*
**great** 139:*8*
**ground** 80:*3*
**group** 112:*16*
113:*19* 130:*19*
139:*18*
**grown** 122:*1*
**guess** 90:*19*
115:*6* 128:*18*
138:*21* 139:*6*
148:*10*
**guessing** 154:*11*
**guilty** 80:*13, 18*
81:*4, 10, 13*
86:*6* 87:*9*
**gun** 159:*9, 10,*
*15*
**guns** 159:*11*

**< H >**
**hair** 94:*14, 16,*
*17, 19*
**half** 136:*4*
**hand** 128:*19*
164:*15*
**handle** 98:*3*
**hands** 108:*17*
**handsome**
101:*10*

**HANKARD**
75:*9* 142:*21*
143:*11* 144:*5*
**Hansel** 75:*4*
**happen** 120:*7*
121:*21* 122:*8*
125:*14* 140:*7*
**happened**
88:*19* 89:*13*
119:*18, 20*
125:*17* 129:*9*
139:*4* 145:*14*
146:*7, 9*
**hard** 137:*16*
**Harris** 81:*21*
83:*7* 85:*3, 19,*
*21* 87:*4*
**harsh** 120:*3*
123:*16*
**hated** 137:*1, 2*
**hazard** 154:*1*
**head** 94:*14*
104:*3* 108:*8, 10,*
*13* 109:*2*
111:*12, 14*
**headache** 99:*6*
100:*19* 101:*5*
103:*1* 112:*3*
**headaches**
138:*15*
**Health** 99:*15,*
*17, 21* 100:*1*
102:*7*
**Healthy** 99:*14,*
*15*
**hear** 78:*20*
79:*2, 3, 12, 14,*
*16, 20* 83:*12, 13,*
*18* 85:*9* 88:*21*
91:*8* 106:*3*
120:*4* 121:*1, 4,*
*12* 122:*7*
124:*11* 132:*21*
141:*21*
**heard** 159:*13*
**hearing** 79:*13,*
*18*
**hearsay** 84:*1*
**heels** 111:*10*

**Heights** 99:*18,*
*19* 100:*6* 101:*1*
147:*13, 17, 19*
148:*3, 9, 11*
**he'll** 115:*2, 4*
126:*7, 11, 13, 14*
140:*10*
**help** 96:*3* 97:*1,*
*2* 98:*17* 121:*18,*
*19* 137:*3, 4, 9,*
*12* 138:*20*
**helped** 93:*3, 7,*
*17* 137:*10*
139:*8*
**helping** 94:*4,*
*18* 97:*16*
**helps** 101:*13*
107:*3* 121:*1*
**hematoma**
92:*14*
**heroin** 157:*15,*
*18* 158:*3*
**high** 141:*3*
**hisself** 110:*11*
**hit** 87:*18*
88:*20* 90:*4, 6*
104:*9* 109:*13*
**hits** 108:*10*
**hold** 98:*13*
110:*8*
**home** 82:*10*
96:*21* 107:*8*
138:*14* 143:*15*
147:*12* 148:*2,*
*11, 15* 149:*2, 10*
150:*21* 151:*17,*
*19, 20, 21*
158:*19* 159:*9,*
*13, 17*
**homeless** 134:*3*
**honest** 112:*11*
121:*3, 11*
143:*12*
**hop** 143:*3*
148:*8*
**Hopkins** 89:*14*
90:*16*
**horrifying**
121:*13*
**horror** 135:*11*

**hospital** 92:*3, 6*
93:*7* 97:*7*
103:*21* 107:*8*
115:*15*
**hospitals** 90:*20*
**hot** 85:*11*
88:*14* 148:*18*
155:*16, 17*
**hours** 104:*10*
152:*14*
**house** 84:*13*
123:*21* 133:*12,*
*15, 16* 151:*9*
152:*2, 4* 155:*15*
**household** 136:*8*
**Huh** 82:*20*
103:*17* 122:*14*
**human** 120:*10*
**hungry** 117:*11*
**husband** 97:*16*
118:*6* 124:*17*
126:*4* 135:*20*
136:*6* 144:*15*
152:*6* 154:*8*

**< I >**
**ICU** 90:*16*
91:*21* 92:*5*
**identified**
134:*14* 135:*1*
141:*10*
**identify** 89:*20*
141:*11, 13*
**ignorance**
157:*21*
**II** 74:*11* 163:*2*
**imagine** 109:*11*
**immediate**
81:*19*
**important** 142:*9*
**improve** 116:*10*
**improving**
116:*17, 20*
**incarcerated**
105:*8* 106:*5*
119:*19* 120:*7*
125:*15* 133:*4*
136:*2, 11*
146:*15* 153:*12*
154:*4*

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 180 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

incarceration
106:*6* 127:*4*
138:*1* 146:*17,*
*18*
incident 119:*13,*
*15* 145:*14*
147:*6* 157:*10*
incidents 125:*18*
include 140:*2*
independence
117:*17, 18*
118:*2*
independently
119:*1, 2*
INDEX 77:*1*
indicated
145:*18*
indication 126:*9*
individual
121:*18, 19, 20*
142:*20* 143:*11*
individuals
143:*9*
indulge 127:*12*
inflammation
107:*3*
influence 128:*3*
information
85:*3, 20* 91:*2*
105:*17* 125:*3*
128:*15* 134:*19*
135:*3, 6* 141:*6,*
*10*
initially 152:*7*
injuries 92:*9,*
*11* 111:*5*
injury 104:*3*
111:*4, 19* 121:*6*
123:*17* 136:*20*
inmate 105:*15*
inpatient 97:*9*
ins 138:*8*
insensitive
119:*17*
inside 92:*17*
151:*17*
institution
123:*4*
institutions
128:*10*

insurance
99:*21* 102:*8, 10,*
*11*
intake 128:*13*
130:*3, 13*
intensifies
127:*13*
interest 85:*19*
87:*6*
interested
164:*13*
interfere 104:*11*
interview 151:*4*
interviewed
151:*1*
intoxicated
109:*15*
introduced
104:*8*
investigation
90:*3*
involve 140:*4*
involved 87:*13,*
*16* 112:*18*
124:*1*
involvement
98:*4*
iron 150:*17*
issues 103:*9*
119:*14*
items 156:*11*
157:*14, 17*
its 153:*20*

< J >
jackets 88:*13*
jail 81:*15*
105:*14, 18*
124:*11*
January 100:*13,*
*15*
JEFFRIES
76:*6* 77:*6, 9*
78:*8, 11* 96:*14,*
*18* 142:*10, 17*
143:*8* 157:*19*
159:*5, 7* 160:*3,*
*7, 21* 161:*5*
Jimmy 155:*17*

job 103:*8, 14*
128:*12*
jobs 131:*1*
136:*6, 7*
John 90:*21*
91:*2* 100:*5*
Johns 89:*14*
90:*16*
jump 126:*7*
148:*8*
June 74:*14*
77:*3* 118:*18*
163:*3* 164:*16,*
*21*

< K >
keep 78:*16*
82:*2* 108:*14, 18*
153:*13* 154:*6*
KEITH 76:*3*
KENNETH
76:*4*
kept 92:*14*
95:*10* 108:*19*
153:*16* 155:*7*
Keziyah 156:*15*
kick 119:*7, 8*
kids 148:*19*
155:*15* 157:*8*
158:*5*
kind 78:*14*
98:*15* 110:*13*
113:*12* 120:*13*
121:*14* 131:*5*
137:*16* 155:*19*
kinds 121:*15*
knew 121:*19*
134:*12* 141:*1*
knocked 154:*13*
know 78:*11, 19*
80:*2* 82:*1, 9*
84:*14, 16, 21*
85:*13, 16* 86:*21*
88:*3* 89:*10, 12*
90:*19* 92:*11*
95:*9, 16* 96:*2*
98:*12, 14* 99:*12*
101:*12* 102:*14*
103:*19* 104:*6*
106:*10, 12*

107:*10, 14, 20*
108:*1, 2, 4*
109:*20* 112:*2, 4,*
*16* 116:*6, 19*
117:*5* 118:*15*
120:*6, 13* 121:*1,*
*6, 7* 122:*3, 5, 6,*
*8* 123:*12, 19, 20*
124:*1, 9, 14, 16*
125:*8* 126:*4*
127:*6, 17, 19, 21*
128:*2, 9* 129:*8,*
*9* 131:*3, 13, 15*
132:*2, 7* 134:*1*
135:*16* 136:*10,*
*16* 137:*10, 17*
138:*21* 139:*12,*
*19* 140:*8, 9*
141:*13, 21*
142:*3* 143:*5*
151:*3, 20* 154:*7*
157:*9, 12*
knowledge
115:*19* 133:*9*
134:*3*
knows 117:*6, 7,*
*8, 13*
Koran's 156:*4,*
*13*
Kramon 76:*7*

< L >
Lane 147:*13*
late 82:*13*
102:*2* 138:*19*
Law 75:*4*
164:*7*
lawsuit 110:*3*
lawyer 82:*1*
83:*17* 86:*10, 14*
lawyer's 86:*18*
learner's 152:*18*
leave 95:*6*
left 78:*15*
80:*12, 17* 156:*7*
liability 154:*8*
liable 110:*8*
license 130:*8,*
*10* 131:*5, 6, 7,*
*10* 132:*3*

135:*14* 145:*13*
152:*16*
life 94:*3, 10, 19*
112:*17* 113:*15*
Light 75:*12*
listed 89:*19*
90:*17*
listen 121:*5*
124:*2, 15*
literally 102:*1*
little 78:*15*
81:*2* 87:*12*
94:*6* 104:*6*
113:*17* 128:*18,*
*21* 131:*17*
156:*7* 158:*16*
live 100:*7*
117:*16* 118:*21*
148:*3, 6*
lived 151:*8, 11*
152:*2, 4, 8*
living 94:*21*
134:*5* 149:*9*
156:*13*
located 118:*8*
147:*12* 149:*20*
154:*18* 155:*19*
156:*4*
locked 105:*2, 3*
136:*4*
long 93:*9, 19*
97:*17* 101:*7, 16*
102:*18* 110:*19*
118:*12, 15*
121:*2* 139:*14*
156:*8*
longer 91:*15*
126:*10, 15*
look 96:*16*
101:*10* 117:*4, 8*
looking 129:*18*
133:*6*
Lord 99:*15*
128:*10*
lose 103:*12*
loss 95:*9*
lot 96:*3* 109:*6*
113:*4, 5* 114:*15,*
*16, 18* 115:*1*

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 6

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 181 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

138:*6*  139:*9*
154:*5*
**love**  101:*14, 15*
**Low**  90:*21*
**lunch**  150:*7*
**Lupus**  132:*20*

**< M >**
**ma'am**  102:*12*
130:*2*  135:*9*
142:*10*  147:*15*
**main**  95:*7*
136:*19*  142:*8*
**male**  91:*4*
**males**  99:*17*
**man**  86:*21*
87:*8*  122:*1, 5, 8*
126:*1*
**mandatory**
106:*19*  107:*6*
**Mannite**
157:*14, 17*
**manufacture**
158:*9*
**marijuana**
127:*5*  134:*13*
**marked**  77:*15*
**MARQUEZ**
75:*10*  77:*7*
142:*18, 20*
156:*20*  160:*5*
**MARYLAND**
74:*2*  75:*6, 13*
76:*9*  93:*15, 16,*
*19*  95:*15*  96:*19*
131:*6, 9, 10*
139:*21*  164:*1, 4*
**material**  158:*2*
**materials**  158:*8,*
*15*
**mats**  155:*8*
**matter**  106:*13*
109:*8*  128:*10*
137:*13*  148:*5*
**MAYOR**  74:*6*
163:*2*
**mean**  94:*10*
106:*4*  114:*8*
116:*18*  118:*2, 4*
131:*7, 8*  134:*8*

146:*16*  147:*18*
159:*18, 19*
**Meaning**  116:*3*
126:*12*  145:*11*
**means**  74:*16*
124:*12*  126:*15*
155:*8*
**meant**  145:*10*
**mechanisms**
93:*18*  142:*2*
**mediator**  139:*8*
**medical**  89:*6*
96:*4*  100:*2*
102:*11*  105:*7,*
*13*
**medication**
95:*17*  106:*7, 13*
107:*9*  123:*8*
132:*8, 11*
**medications**
106:*16, 18*
**medicine**  150:*8*
**medicines**  107:*6*
**medulla**  92:*18*
**meetings**  130:*14*
**Meloxicam**
107:*2*
**members**  83:*7*
**memory**  93:*8*
95:*9*  115:*19*
**men**  128:*17*
130:*20, 21*
140:*3*
**mental**  113:*15*
116:*11, 15, 16*
**mentioned**  90:*6,*
*7, 10*  95:*4*
102:*7, 8*  112:*14*
113:*6*  140:*14*
152:*20*  155:*12*
**Mercury**  144:*9*
145:*9*  146:*11*
147:*8, 10*
152:*21*  153:*10,*
*13*
**mercy**  99:*16*
128:*10*
**mess**  110:*18*
140:*11*
**message**  84:*4*

**messed**  82:*11*
98:*15*  154:*14*
**MICHAEL**
76:*3*
**middle**  89:*15*
**mild**  99:*6*
112:*3*
**mind**  99:*8*
**mindful**  120:*17*
**minivans**
131:*17*
**minute**  89:*5*
**minutes**  125:*9*
**mirror**  154:*13*
**misunderstood**
159:*21*
**mixed**  158:*2*
**mobility**  94:*3*
112:*20*  131:*20*
**mom**  107:*19,*
*20*  124:*19*
126:*2*  136:*2*
140:*8*
**moment**  124:*14*
**Mommy**  117:*13*
**money**  110:*14*
**month**  98:*7*
104:*10*
**monthly**  104:*11*
**months**  82:*10*
97:*18, 19*
103:*12*  118:*18,*
*19*  129:*5*  136:*1*
154:*3*
**morning**  78:*9,*
*10, 13*  148:*16*
149:*1, 6, 15*
155:*13*  157:*1*
**mother**  94:*18*
106:*11*  117:*5, 7,*
*8*
**mothers**  140:*4*
**motion**  133:*3*
**motor**  87:*13*
**moved**  92:*2, 4, 5*
**movie**  109:*3*
**moving**  78:*16*
112:*11*
**mulberry**  126:*6*

**< N >**
**name**  84:*15*
86:*19*  92:*6*
99:*16*  106:*21*
109:*18*  128:*9,*
*20*  138:*17*
142:*19*  143:*13,*
*16*  144:*4, 5*
**named**  142:*20*
143:*11*
**names**  82:*2*
143:*14*
**nature**  92:*9*
138:*19*
**near**  115:*7*
**necessary**  162:*9*
**need**  125:*5*
160:*15, 16, 17*
**needed**  101:*6*
103:*5*  123:*10*
162:*19*
**needs**  106:*15*
112:*1*
**nephew**  144:*18*
**nervous**  98:*15*
**nest**  119:*7, 8*
**neurologist**
100:*20*
**never**  124:*5*
128:*2*  133:*20*
134:*12*  153:*7*
**nice**  78:*12*
**nickname**  102:*4*
**night**  89:*16, 17,*
*18*  132:*13*
**nobody's**  144:*4*
**normal**  113:*1*
131:*5*
**North**  75:*5*
**Northeast**  89:*2*
**Northwest**
147:*15*
**nosey**  114:*1*
**notarial**  164:*15*
**Notary**  74:*17*
164:*3, 20*
**number**  78:*12*

**< O >**

**Objection**
157:*19*
**oblongata**  92:*19*
**observed**  119:*14*
**obviously**  111:*3*
**occasions**
116:*13*
**occur**  87:*21*
89:*1*
**occurred**  84:*17*
153:*2*
**officer**  82:*18,*
*21*  83:*15, 18*
84:*7, 10*
**officers**  81:*17,*
*18, 20*  83:*3*
143:*17*  151:*2, 5*
**Oh**  82:*8*  88:*1*
93:*2*  95:*21*
96:*5*  99:*13*
114:*17, 20*
146:*21*  159:*14*
**Okay**  78:*16, 17*
79:*10, 15, 18, 19,*
*20*  80:*2, 7, 11*
81:*1, 9*  82:*4, 17*
83:*20*  84:*2, 6,*
*11, 16*  85:*2, 5, 8,*
*13*  86:*2, 18*
87:*3, 11, 21*
88:*7, 11, 15*
93:*9, 14*  94:*6*
95:*3*  96:*11, 13,*
*18*  97:*4*  98:*6*
100:*17*  101:*3,*
*21*  102:*14*
103:*18, 20*
104:*15, 18*
105:*1*  111:*15*
113:*6*  114:*3, 5,*
*7, 8, 9, 10, 17, 21*
116:*5, 15, 16, 21*
117:*3, 9, 10, 11*
118:*1, 12, 19*
120:*20, 21*
125:*4*  127:*1, 5,*
*21*  128:*4*  130:*4,*
*6*  132:*10*  133:*6*
134:*11*  135:*8*
140:*1, 21*

Office (410) 821-4888
CRC Salomon
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com · info@crcsalomon.com
Facsimile (410) 821-4889
Page: 7

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR 2  Document 112-4  Filed 08/20/25  Page 182 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

142:*10*  144:*5*
145:*18*  155:*12*,
*21* 158:*12*
160:*3*
old  106:*13*
109:*8*  115:*7*, *12*
116:*8*  135:*21*
136:*1*
older  139:*7*
once  99:*4*
100:*3*  105:*4*
108:*11*  139:*11*
145:*12* 153:*12*
opportunity
129:*7*
option  127:*16*
order  81:*21*
160:*15*  161:*1*
organizer
149:*21*
O'SULLIVAN
76:*4*
Oswego  99:*18*
outcome  164:*14*
outpatient  97:*8*,
*12*
outs  138:*8*
over-medicate
132:*18*

< P >
P.A  76:*7*
pacify  115:*13*
pack  149:*16*, *18*,
*19*  150:*1*
packaging
158:*15*
packed  150:*5*
packing  150:*1*
page  75:*18*
77:*5* 162:*20*
PAGE/LINE
163:*4*
paid  86:*10*
110:*6*
pan  131:*3*
paper  162:*21*
paramedics
89:*6*  90:*14*

pardon  146:*5*
parent  109:*7*
parenting
135:*19*
parents  112:*19*
Park  99:*18*
100:*6*  101:*1*
147:*13*, *16*, *19*
148:*3*, *9*, *10*
part  80:*12*
85:*1*  92:*3*, *6*
108:*1*  114:*5*
parties  164:*13*
party  138:*10*
passed  84:*3*, *4*, *5*
Patient  100:*18*,
*19*
patients  93:*5*
PATZMAN
76:*4*
Paula  74:*16*, *21*
164:*3*, *19*
PC  75:*4*
PDF  160:*19*
pelvic  111:*9*
people  89:*6*
94:*4*  104:*5*
106:*10*  111:*21*
112:*6*, *7*  120:*7*
122:*17*, *18*
125:*16*  130:*12*
131:*12*
percent  117:*21*
perimeter
130:*16*
period  91:*13*
97:*20*  98:*7*
103:*12*  107:*5*
121:*8*  130:*10*,
*11*
periodic  98:*1*
158:*6*
permanent
111:*19*
permission
146:*12*  147:*9*
153:*1*
permit  145:*17*
152:*18*

person  109:*20*
110:*4*  112:*10*
138:*11*, *13*
person's  112:*7*
perspective
160:*10*
phenobarbital
95:*18*  105:*19*
106:*20*  108:*5*
132:*16*, *19*
phone  83:*3*
106:*1*
phonetic  150:*13*
physical  111:*4*
113:*12*, *14*
125:*18*  159:*18*
physically
125:*18*
physicals  98:*1*
physicians
92:*21*
pick  78:*14*
108:*20*
picked  123:*1*
picture  111:*17*
piece  162:*20*
place  99:*16*
103:*4*  117:*18*
120:*5*, *10*  128:*9*
130:*19*  155:*8*
places  130:*15*
Plaintiff  74:*4*
75:*2*  160:*19*
play  156:*14*
played  156:*15*
plea  80:*13*, *18*
81:*21*  86:*3*
plead  85:*20*
please  80:*4*
88:*18*  143:*5*
155:*18*
pled  81:*4*, *10*,
*13*  86:*5*  87:*9*
plenty  159:*11*
pockets  92:*16*
148:*18*  155:*16*,
*17*
Poe  148:*6*
point  87:*12*, *15*
92:*15*  98:*2*

133:*19*  141:*1*
146:*1*  152:*2*
points  145:*19*,
*21*
poke  120:*13*, *14*,
*15*, *19*
police  82:*18*, *21*
83:*15*  84:*7*
91:*10*
portion  148:*21*
Pratt  76:*8*
present  86:*2*, *4*
pretty  150:*4*
primary  100:*21*
119:*4*
prior  148:*13*
149:*12*  150:*11*
154:*16*, *20*
probably  101:*5*
116:*1*
probationary
103:*12*  130:*11*
probing  113:*21*
problem  85:*12*
96:*11*  98:*16*
160:*1*  161:*4*
problems  79:*17*
99:*1*  115:*19*
proceed  85:*14*,
*17*

PROCEEDINGS
78:*1*  164:*11*
proclaimed
123:*19*
prod  120:*19*
professional
138:*8*
program  93:*3*,
*6*  97:*1*, *4*, *5*, *6*, *9*,
*17*  98:*4*, *20*
99:*13*  104:*8*
108:*8*  113:*9*, *17*
129:*3*  135:*15*
138:*19*  139:*21*
programs
104:*7*  139:*13*
progresses
116:*6*, *7*

prohibited
127:*10*  138:*6*
promise  145:*15*
promised
145:*12*, *15*
prompted
128:*16*
pronouncing
92:*13*
proud  128:*11*
proven  124:*8*
provide  135:*17*
136:*7*
provided
102:*17*, *19*
psychiatric
110:*11*
psychiatrist
112:*9*, *14*, *15*
psychiatry
112:*18*
PT  113:*10*
Public  74:*17*
86:*12*, *15*  164:*3*,
*20*
pull  150:*6*
pulling  108:*18*,
*19*
puncturing
108:*14*
pursue  139:*3*
put  97:*13*
102:*2*  104:*7*
128:*18*, *20*, *21*
133:*12*, *15*, *19*
145:*21*  155:*8*
putting  88:*12*
101:*19*, *20*

< Q >
question
107:*16*  111:*2*
135:*2*  146:*8*
151:*12*, *14*, *16*
152:*1*  159:*6*, *13*
questions  90:*10*
112:*21*  133:*7*
142:*13*  143:*1*, *6*
151:*6*  157:*1*, *13*
159:*4*  160:*4*, *6*

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 8

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 183 of 186

Timothy Brown vs. Mayor and City Council of Baltimore City, et al.

**quote** 119:*3*
140:*18*

**< R >**
**race** 143:*20*
**raped** 121:*18*
**reached** 83:*6*
**read** 101:*4*
160:*12* 162:*3*
163:*4*
**ready** 125:*9*
149:*5*
**really** 79:*3*
95:*10* 99:*3*
101:*18* 142:*7*
**reason** 91:*1*
120:*8* 133:*18*
136:*9* 163:*4*
**recall** 80:*14, 20*
81:*19* 86:*18*
87:*3, 7, 10* 94:*1*
95:*14* 109:*18*
110:*21* 111:*17*
149:*17, 19*
150:*16* 154:*2*
**receive** 97:*21*
105:*1* 136:*5*
**received** 140:*13*
**receives** 104:*13*
**receiving**
104:*15* 105:*6*
**receptionist**
128:*14*
**recess** 125:*11*
**recommend**
96:*21*
**recommended**
98:*19*
**reconnected**
139:*12*
**record** 82:*2*
162:*5* 164:*11*
**recorded** 164:*10*
**records** 96:*4*
**recover** 103:*3*
112:*6*
**recovery** 113:*4*
132:*20, 21*
138:*1* 141:*2*

**reduce** 108:*15*
**refer** 138:*20*
**reference**
105:*20* 141:*12,
15*
**referral** 100:*20*
**referred** 129:*3*
**referring** 143:*5*
**registered**
144:*9* 153:*14*
154:*7*
**registration**
153:*20*
**regular** 131:*10*
144:*2* 155:*3*
160:*16, 18*
**regularly** 149:*9*
**regulate** 108:*6*
**rehabilitation**
93:*17* 134:*9, 13*
**reinstated** 105:*5*
**Reisterstown**
105:*16*
**related** 103:*9*
**relating** 125:*15*
**relation** 147:*16*
**relayed** 85:*3*
**released** 118:*21*
**Remember**
78:*19* 82:*8*
84:*14* 92:*21*
93:*2* 95:*21*
106:*21* 109:*1*
115:*6, 8, 9, 10,
13, 14* 117:*16*
143:*13, 15, 16*
144:*3, 17, 18*
151:*17*
**remembering**
98:*12*
**remission**
132:*20*
**remotely** 74:*15*
164:*5*
**rent** 110:*15*
**rental** 90:*5*
**report** 89:*15*
91:*9* 103:*13*
**reported** 74:*15,
21*

**REPORTER**
80:*1* 160:*11, 14*
161:*3*
**represent** 78:*12*
87:*5* 142:*20*
**representative**
105:*16*
**represented**
82:*1* 86:*8, 12,
15* 87:*4*
**requirements**
141:*3*
**residents** 129:*10*
**response** 152:*13*
**responses** 80:*5*
113:*1*
**responsibility**
136:*12*
**responsible**
130:*20*
**rest** 79:*20*
94:*17*
**restrictions**
132:*3*
**result** 81:*5*
92:*9, 12* 111:*5,
20* 115:*20*
**retrieving**
145:*14*
**RETURN** 93:*4,
6* 97:*6* 98:*19*
108:*8* 113:*8*
129:*12* 139:*21*
**returning**
108:*11*
**right** 80:*5*
88:*18* 97:*8*
99:*8* 104:*13*
111:*9* 116:*2*
124:*20* 129:*18*
137:*3* 141:*6, 21*
142:*14, 19*
143:*7* 156:*2, 3,
4, 14, 20* 157:*4*
**right-hand**
156:*3*
**ringing** 144:*6*
**Road** 105:*16*

**ROBERT** 75:*9*
142:*21* 143:*11*
144:*5*
**room** 85:*6*
149:*20* 150:*3,
13, 15, 19*
154:*18* 155:*1, 2*
156:*7, 14, 17*
158:*5*
**rooms** 157:*8*
**routine** 155:*11*
**rules** 80:*3*
**Ruscombe**
147:*13* 148:*6*

**< S >**
**S/1100** 76:*8*
**SABRINA**
75:*10* 142:*20*
**sandwiches**
148:*19* 155:*17*
**SAUNDERS**
76:*5*
**saw** 119:*20*
121:*17* 137:*14*
141:*15* 146:*13*
149:*4, 6* 152:*11*
**saying** 82:*17,
21* 84:*6* 85:*2*
98:*12* 116:*7*
122:*3, 6* 124:*9,
10, 14* 131:*15,
19*
**says** 79:*7*
104:*4* 126:*11*
**scales** 158:*12*
**scene** 151:*2, 5*
**schedule** 143:*2*
**scheduled** 82:*7*
**school** 129:*16*
135:*14* 136:*15*
141:*3* 148:*19*
150:*18*
**script** 126:*12,
14*
**seal** 164:*15*
**search** 81:*5, 7*
82:*12* 84:*13*
151:*1*

**second** 129:*21*
130:*1*
**see** 78:*13*
96:*17* 100:*20*
101:*6* 102:*6*
109:*7* 111:*8*
112:*20* 113:*1*
116:*7, 8, 13*
117:*4* 120:*12*
122:*1* 124:*15,
20* 129:*11*
130:*7* 132:*11*
137:*2, 8, 13*
157:*12, 14*
158:*7, 12, 15*
**seeing** 113:*11*
**seek** 134:*7*
**seeking** 134:*8*
139:*3*
**seen** 128:*2*
134:*15* 135:*10*
158:*18* 159:*8,
10, 11, 15*
**seized** 81:*6*
**seizure** 108:*10*
132:*8, 11*
**seizures** 95:*17*
105:*20*
**send** 105:*10, 13*
124:*16* 129:*13*
150:*9* 160:*8*
**sending** 100:*2*
**sense** 83:*10*
142:*4*
**sent** 93:*16*
100:*1, 19*
105:*17* 135:*2*
153:*15*
**serious** 88:*16*
**services** 130:*14*
**session** 143:*8*
145:*7*
**set** 118:*5, 16*
150:*17* 155:*5, 7,
9, 10, 20* 156:*13*
164:*6*
**setback** 135:*13*
**setting** 130:*19*
131:*21* 139:*18*

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 9

Deposition of Zena Cunningham, Volume 2 Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 184 of 186

**severe** 92:7, *20*
93:5 106:*14*
**severity** 104:*3*
**sexuality** 122:7
**shaking** 98:*13*
**shared** 150:*19*
**Sheet** 162:*9, 20*
163:*1*
**sheets** 150:*9*
**she'll** 114:*4*
**shoes** 123:*13*
**short** 110:*19*
125:*11*
**shot** 139:*1*
**shotgun** 158:*18*
159:*1*
**show** 123:*2*
**showing** 109:*5*
**shut** 141:*16*
**sic** 121:7
**side** 154:*12*
156:*14*
**sides** 108:*18*
**sign** 160:*12*
**signed** 103:*21*
**silverware**
155:*6*
**simple** 123:*9*
**Sinai** 93:3, *6*
97:5, *6* 98:7, *19*
99:*1* 113:*7*
138:*12*
**Sinclair** 89:*2*
**sir** 127:*19*
**sit** 92:*17*
112:*18* 124:*13*
144:*6*
**situation** 112:*8*
126:*16*
**situations**
110:*11* 122:*21*
118:*18, 19*
129:5 136:*1*
154:*3*
**size** 108:*13*
**sized** 160:*20*
**skills** 94:3, *5,*
*11, 19* 95:3

112:*17* 113:*15*
**skin** 123:*3*
**skinned** 111:*16*
144:*1*
**skip** 148:*8*
**skull** 108:*10*
**slap** 109:*14*
110:*20* 120:*16*
**slightly** 156:7
**slowed** 138:*1, 6*
**small** 156:5
158:*16*
**smarquez@bake
rdonelson.com**
75:*14*
**sneaking**
144:*17, 19*
**social** 113:*15*
**society** 94:5
**socio** 134:*15*
135:3, *11* 141:7
**somebody**
110:*14, 17*
123:*4, 12, 14*
129:2 138:*21*
139:*3, 5, 20*
154:*10, 12*
**somebody's**
123:*12*
**son** 81:*3* 84:8
85:*13, 16* 86:5
87:8 91:6
135:5, *21* 136:*4,*
*8* 141:*9* 142:*9*
149:5, *11*
150:*12* 152:*15*
**son's** 94:*18*
**sorry** 82:3
88:*21* 91:8
109:*10, 12*
117:*14* 121:*14*
122:*12, 15*
126:*19* 159:*12*
**sort** 158:*21*
159:*9*
**sound** 119:*16*
133:7
**space** 108:*15*
156:*19*

**speak** 93:7
141:*13*
**speaking**
138:*10* 143:*17*
**speaks** 80:3
**special** 131:*11*
**specific** 84:*19*
146:*3*
**specimen**
128:*19*
**spoke** 138:*16*
**spoken** 80:7
**spoon** 98:*13*
**spring** 82:*13*
88:*9*
**Squints** 102:*4, 5*
**standing** 161:*1*
**start** 88:*4*
99:*14* 114:*19*
136:*19* 140:9
**started** 79:*11*
80:*8* 87:*1*
127:2, *4*
**starts** 141:*18*
**State** 102:*16,*
*19* 103:*15*
104:*13* 105:*2*
136:5 141:*12,*
*14* 164:*1, 4*
**STATES** 74:*1*
**stay** 118:*6, 14*
**stayed** 97:*18*
**steal** 110:*16*
133:*10*
**stealing** 109:*16*
153:*8*
**stenographic**
74:*16*
**stenographically**
164:*10*
**steps** 156:*1, 2, 5*
**stick** 120:*14, 15*
**stole** 110:*17*
**stolen** 90:*4*
110:*9, 12*
**storage** 156:*10,*
*12, 18, 19*
**stored** 156:*11*
**stores** 136:7

**stories** 120:*21*
121:*12* 123:*11*
124:*12* 125:*12,*
*15* 135:*11*
**story** 110:*19*
**straining** 101:5
**strapped** 108:*17*
**stream** 127:*13*
**Street** 75:5, *12*
76:8 89:*11*
90:*1* 134:5
**strong** 158:3
**struck** 89:*10, 21*
**stuff** 96:*12*
98:2 114:*10*
115:*4* 120:*1*
144:*16*
**subject** 126:8,
*10*
**succeeded**
125:*21*
**sudden** 126:7,
*14*
**summer** 82:*13*
**Sunday** 155:5,
*6, 10, 11*
**supposed** 99:*4*
101:*8* 107:*11,*
*17, 21* 108:2, *4,*
*6* 110:*13*
127:*12* 129:*13*
130:*15* 144:*16*
150:*8* 154:7
**supposedly**
85:*21*
**sure** 80:*4*
106:*12* 107:*11,*
*21* 117:*11*
120:*8* 135:*1*
137:*15* 140:*20*
143:*21* 148:*1*
150:6 159:*10,*
*15* 161:*3*
**survive** 123:*10*
**swear** 124:*12*
**swell** 107:*4*
**swelling** 92:*15,*
*16* 108:*15*
**switch** 87:*11*
**swollen** 108:*13*

**sworn** 78:*4*
164:7
**symptoms**
120:*18*
**system** 98:*15*

**< T >**
**T.V** 159:*19*
**table** 155:5, *7,*
*10*
**T-a-e** 90:*19*
**tail** 159:*13*
**take** 83:*9*
97:*14, 16* 106:*9,*
*15* 112:2 118:5
123:*3, 12* 124:7
125:5, *7, 9*
132:*15* 133:*21*
137:7, *19* 145:5
**taken** 90:*13*
125:*11* 132:*12,*
*19* 136:*17*
142:7 145:*19*
146:*17* 152:*21*
**talk** 97:*20*
114:*14* 115:3
116:*14* 119:*17*
120:*12* 124:*13,*
*17, 18* 126:5, *6,*
*10, 15* 140:7
141:*18, 19*
142:*1, 3*
**talked** 100:*11*
119:*11*
**talking** 79:*11*
108:*20* 113:*21*
115:7 126:*13*
139:2, *3, 10, 20*
147:2 157:7
**talks** 114:*16, 18*
115:*1*
**TASHER** 76:*4*
**Tay** 89:*19*
90:*17* 91:3
**T-a-y** 90:*18*
**tboardman@han
sellaw.com** 75:7
**teeth** 94:*14*
**teflon** 123:3

Deposition of Zena Cunningham, Volume 2

Case 1:23-cv-00155-GLR    Document 112-4    Filed 08/20/25    Page 185 of 186

Timothy Brown v. Mayor and City Council of Baltimore City, et al.

tell 78:5 79:18
88:18 111:21
112:5 114:7, 15
115:1 118:2
122:1 123:11
126:1 134:19
135:6 141:17
143:19, 21
146:4, 6
telling 83:14,
16, 17 106:14
112:10 115:16
121:15 124:3
129:6 143:17
tells 117:12
tennis 123:13
terms 94:7, 10
terrifying
151:21
testified 78:6
148:20
testimony 80:8,
14, 20 145:8
162:5
Thank 78:20
91:18 96:18
107:15 112:11
132:1, 10
142:15, 17
157:1 160:6
theirself 154:10
therapist 112:8
113:7
therapy 113:13,
14
thick 96:1
thing 79:8
94:16 95:10
103:1 108:7
109:12 117:17,
18 118:2 122:7
124:7 126:7
138:9 155:11
things 94:20
98:3, 10, 14, 17
101:20 102:2
105:19 112:12
113:1, 3 119:18,
19 120:11
121:9, 15

122:13, 16, 20
123:9 126:5, 6
130:18 135:10,
12 138:6 139:2
think 80:11, 17
99:6, 18 109:15
115:6 116:3, 15
120:4 123:16
125:19, 21
126:1 130:12
131:9, 10
137:21 140:17
142:11 143:19
148:11 156:21
157:12 160:9,
21
thinking 129:15
thinner 106:21
thinners 95:19
third 138:10
thought 137:3
153:18 159:14
three 82:10
91:17, 21 97:18,
19 98:7 131:12
143:21
Thursday 74:14
TIANA 75:3
tied 113:4
time 78:19
79:17 80:4
82:15 88:8
89:12 91:13
100:2, 10
101:16 103:5,
13 107:5, 7
110:7 112:4, 5
116:6, 7 117:15,
19, 20, 21
118:20 121:8
127:7 130:7, 10
133:17 140:3
142:11 147:9
148:14 149:13
150:12 152:10
153:4 154:17,
21 164:6
times 98:11
153:1

**TIMOTHY**
74:3 81:4 87:5
94:13 97:12
104:7, 13
108:13 113:18
116:8 119:12
135:20 137:9
142:2 153:4
154:4
**Timothy's**
108:13
tip 107:1
today 114:3
117:9 144:6
146:20
toddler 115:5
told 81:14, 16,
20 83:3, 8
108:7 110:6
111:3, 19
120:18 122:13,
16 125:13
127:11 142:2, 6
toll 134:16
135:4 137:19
141:8 142:8
tongue 107:1
top 156:1
topic 135:7, 8
topics 87:11
143:4
toss 137:6
touching 125:21
training 129:8
transcript
160:15 162:4
164:10
transition 139:9
transportation
130:5, 16
trauma 92:7,
17, 20 93:6
99:7 104:2
105:20 106:15
108:9 123:5
127:14 147:2
travel 100:8
treated 93:1
treatment
93:21 95:14

97:21 98:8, 9
105:7 133:3
134:9 139:15,
16
tree 115:12
tremor 108:7
Trevor 144:17
150:13 152:16
153:7
trial 82:6, 7
85:14, 17
tried 100:6
102:21 118:21
119:7, 8 125:20
138:16
true 124:4, 5
162:5 164:11
truth 78:5, 6
try 120:2, 17
121:5 139:12
143:6
trying 101:6
104:6 115:12
117:17, 18
118:1 119:3
122:18 123:12
125:2, 3
tubes 108:19
turn 79:9 96:8,
9 120:16 156:2
turning 144:8
turns 97:16
two 86:11
89:20 90:15
91:13, 16
102:20 128:10
136:6, 7 142:8
143:16 150:18
151:21 152:6,
14 156:18
Tylance 144:17
type 108:6
131:11, 21
136:5

< U >
Uh-huh 80:19
91:11 93:13
97:10 102:13

134:18 153:15,
21
unable 103:15
underneath
89:7
understand
87:12, 15 91:8
95:13 98:18
101:17 106:8
108:12 116:17
117:14 119:10
122:4 124:10
131:16, 18
146:8
understanding
81:3, 7, 9, 12, 13
84:7 85:18
88:15 92:8, 10
98:8 102:9
107:16 110:10
111:18 140:13,
16 143:4
Understood
87:7 91:5 98:6
100:9 105:1, 6
106:2, 17
112:13 115:18
122:12 126:3
131:2 132:10
142:5 148:12
unidentified
91:4
uniform 144:2
uniforms
150:17, 18
UNITED 74:1
99:20
unpack 94:6
unquote 119:3
ups 150:7
upset 140:10
urine 128:17, 19
use 162:20
utensils 155:9

< V >
Vaguely 80:21
van 131:21
vans 131:12

Office (410) 821-4888
CRC Salomon

2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com

Facsimile (410) 821-4889
Page: 11

Deposition of Zena Cunningham, Volume 2    Timothy Brown v. Mayor and City Council of Baltimore City, et al.

Case 1:23-cv-00155-GLR   Document 112-4   Filed 08/20/25   Page 186 of 186

vehicle 87:13
109:16 130:8
144:9, 12 145:3,
5, 16
verbal 80:4
verbally 93:8
verbatim
140:18 151:17
versus 141:16
vicinity 100:7
147:20 148:1
video 156:16
violations
153:16, 17, 18
visit 137:10
VOLUME
74:11 79:4, 9
163:2
voluntary 98:4
vs 74:5 163:2

< W >
Wait 89:5
walk 93:7
133:21 148:9,
10
walker 94:9
97:15
walking 94:3, 7
Walther 89:3, 5
want 87:11
94:15, 17 96:1
104:4 111:17
116:11 117:10
119:16 120:3,
21 121:3, 4, 12,
20 122:7, 19
124:11, 20
129:12 137:5
140:3 141:20,
21 148:10
157:13
wanted 121:18
154:15
wants 116:14
126:10, 15
ward 92:7
warrant 84:13
151:1

watch 120:15,
18
watching
159:19
watermelon
108:14
way 79:5 83:8
84:1 96:9
106:11 111:16
127:21 137:12
140:9 164:13
weapon 159:9,
19
wear 101:9, 11,
12
week 82:6
157:9 161:4
weekly 150:10
weeks 89:20
90:16 91:13, 16,
17 92:1
weigh 158:13
weight 83:9, 10
welcome 157:3
well 81:1 96:6
97:3 100:6
103:3, 10, 14
106:6 111:1
112:19 113:7
114:2, 4 121:16
124:17, 20
136:8 138:5
151:3
went 82:6, 9
98:19 100:10,
12, 21 121:17
128:17 138:14
139:11 154:21
155:3, 12 157:8,
11
We're 78:14
129:17
we've 146:20
whatnot 90:3
108:7 138:15
whatsoever
136:6
white 97:13
window 154:11,

12
winter 88:10
wit 164:2
within-named
164:5
witness 78:4
79:6 142:15
157:3 160:11
163:2 164:5, 15
witnessing
135:12
woman 86:21
87:2, 8 122:8
women 130:20,
21
Woodyear
118:9, 10
word 79:14
105:21 106:9
124:8
words 158:4
work 88:4
101:15 102:21
103:7, 13, 14, 16
104:5, 8 128:4
143:2 148:19
worked 136:6, 7
worker 104:4
working 103:4
140:14, 16
worn 101:7
wrist 109:14
110:20
wrong 144:14
wrote 128:14

< Y >
Yeah 79:13
86:14 88:17
91:20 92:2
95:5 96:5
100:16 103:17
104:21 107:18,
19 111:9
113:14 115:10,
14 116:2 117:4,
9, 11, 12 118:11
128:6 133:1, 13
137:19 139:20
153:5 155:16

year 88:4, 8
99:4, 10 100:3,
12, 13 103:11
118:17 123:7
129:5 135:21
154:4
yearly 105:7
years 102:20
109:16 115:7,
11 116:1 136:4
young 95:11
140:3
younger 155:7

< Z >
zap 137:5
ZENA 74:13
77:2 78:3
145:2 162:14
163:2
Zoom 74:14
164:6