| | | | | T/C **CDS** | | CC# **145B002034** | | |
|---|---|---|---|---|---|---|---|---|
| Baltimore Police Department EVIDENCE CONTROL UNIT PROPERTY SHEET | | | | Lab # | | AC# **14005844** | | |
| TYPE Evidence | | VALUE | | PROPERTY **SHEPPARD, TROY TYRONE** | | | | PAGE **1** |
| RESPONSIBLE COMMAND Special Enf. Sect. Init. | | | | | | | DATE RECEIVED **02/06/2014** | |
| RESPONSIBLE OFFICER **ANKARD, R** | | | | RANK **OFC** | SEQ # **I370** | COMMA **Special Enf. Sect. Init.** | | |
| SUBMITTING OFFICER **ANKARD, R** | | | | RANK **OFC** | SEQ # **I370** | COMMA **Special Enf. Sect. Init.** | | |
| SIGNATURE SUBMITTING OFFICER | | | | | | | DATE PREPARED **02/06/2014** | |

Suspect(s)

| LAST NAME | FIRST NAME | MI | DATE OF BIRTH |
|---|---|---|---|
| PENDING | | | |

STREET ADDRESS

CIRCUMSTANCES

| ITEM | QTY | SERIAL # | ITEM DESCRIPTION | $ | STATUS | Delay Months |
|---|---|---|---|---|---|---|
| | 1 | | CLEAR SANDWICH BAG W/ RESIDUE | | HOLD | |
| | 1 | | ZIPLOCK BAG W/ MARIJUANA LOGO W/ RESIDUE | | HOLD | |
| | 3 | | CLEAR ZIPLOCK BAGS W/ RESIDUE | | HOLD | |
| | 4 | | YELLOW ZIPOCK BAGS W/ RESIDUE | | HOLD | |
| | 2 | | BLK. TOP JUGS W/ RESIDUE | | HOLD | |
| | | | - NO ITEMS FOLLOW - | | | |

| SIGNATURE RECEIVING PROPERTY OFFICER | DATE RECEIVED **02/06/2014** | TOTAL MONEY RECEIVED **$0.00** | TOTAL ITEMS **5** |
|---|---|---|---|

_PropSht

**BROWN RPD 00101**